AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF

LOU ALBERGHINI

v.

SIMONDS INDUSTRIES, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04-40092-NMG**

TO: (Name and address of defendant)   Simonds Industries, Inc.
135 Intervale Road
Fitchburg, MA 01420

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marcia L. Elliott, Esquire
Elliott Law Office, P.C.
307 Central Street
Gardner, MA 01440

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**                                          5-28-04
CLERK                                                     DATE

_Sherry Jones_
(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc.

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss                                    06/21/2004

I hereby certify and return that on 06/16/2004 at 11:40am I served a true and attested copy of the Summons and Complaint, Civil Cover Sheet in this action in the following manner: To wit, by delivering in hand to RAY MARTINO, CEO, agent, person in charge at the time of service for SIMONDS INDUSTRIES, INC. at 135 INTERVALE RD, FITCHBURG, MA. Fees: Service 30.00, Travel 14.08, Conveyance 2.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $52.08

Deputy Sheriff John J Curran

*/s/ John J Curran*
**Deputy Sheriff**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date                    Signature of Server

                                            _____
                                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.