UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| LOUIS ALBERGHINI, ) | CIVIL ACTION NO. 04-40092NMG |
| ) | |
| Plaintiff, ) | Jonathan R. Sigel |
| ) | BBO# 559850 |
| v. ) | |
| ) | Kathryn E. Abare |
| SIMONDS INDUSTRIES INC., ) | BBO# 647594 |
| ) | |
| Defendant. ) | |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND LOCAL RULE 7.3

Defendant Simonds Industries Inc. hereby discloses, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 that Simonds Industries Inc. is a corporation, that it has no parent corporation, and that no publicly held company owns ten percent (10%) or more of its stock.

SIMONDS INDUSTRIES INC.

By its Attorneys,

Jonathan R. Sigel, BBO# 559850
Kathryn E. Abare, BBO #647594
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on 9/7/04

Dated: September 7, 2004