UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CENTRAL SECTION

LOUIS ALBERGHINI,
            Plaintiff,

V.

SIMONDS INDUSTRIES, INC.,
            Defendant.

CIVIL ACTION NO.  04CV11042

## LOCAL RULE 16.1 (D) (3) CERTIFICATION

We, Marcia L. Elliott, Attorney for the Plaintiff, and Louis Alberghini, Plaintiff, hereby certify that we have conferred with respect to establishing a budget for the cost of conducting the full course and various alternative courses for the litigation through the use of alternative dispute resolution programs, including those outlined in Local Rule 16.4.

Dated: September 30 , 2004.


_____
Marcia L. Elliott, Esquire

_____
Louis Alberghini

## CERTIFICATE OF SERVICE

I, Marcia L. Elliott, Esquire, hereby certify that the foregoing document has been served by first class mail, postage prepaid, upon the Defendant's attorney, Jonathan Sigel at Bowditch & Dewey, LLP, 311 Main Street, Worcester, MA 01615 this _4th_ day of October 2004.

Marcia L. Elliott, Esquire