UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS ALBERGHINI,<br>Plaintiff,<br><br>v.<br><br>SIMONDS INDUSTRIES INC.,<br>Defendant. | CIVIL ACTION NO. 04-40092NMG<br><br>Jonathan R. Sigel<br>BBO# 559850<br><br>John M. Flick<br>BBO# 652169 |

## JOINT STATEMENT FOR RULE 16
## SCHEDULING CONFERENCE

Pursuant to Rule 16.1 of the Local Rules of the United States District Court for the District of Massachusetts and the Court's Order for Scheduling Conference, the parties submit the following Joint Statement.

## I.    PROPOSED PRE-TRIAL SCHEDULE

| Pre-Trial Event | Agreed, Proposed Event Dates |
|---|---|
| Voluntary Disclosures Served | October 14, 2004 |
| Written Discovery (Not Including Requests for Admissions) | December 23, 2004 |
| Service of Requests for Admissions | January 14, 2005 |
| Rule 26(a)(2)(B) Disclosure of Trial Expert by Plaintiff | January 31, 2005 |
| Rule 26(a)(2)(B) Disclosure of Trial Expert by Defendant | February 15, 2005 |
| Fact Witness Depositions Completed | February 28, 2005 |

{J:\CLIENTS\emp\193083\0105\00472230.DOC;1}

| Amendments and/or Supplements to Pleadings | March 15, 2005 |
|---|---|
| Expert Depositions (if any) Completed | March 15, 2005 |
| Summary Judgment Motions or Other Dispositive Motions Filed | April 15, 2005 |
| Opposition (if any) to Summary Judgment or Other Dispositive Motions Filed | May 16, 2005 |
| Pre-Trial Conference | In or About June 2005 |

## II. CERTIFICATIONS BY PARTIES AND COUNSEL

Each party certifies that the party has filed the required Local Rule 16.1 Certifications with the court.

## III. OTHER MATTERS

A. The parties have considered trial by Magistrate Judge and do not consent to same.

B. A written settlement proposal will be presented by Plaintiff to Defendant on or before October 7, 2004, and defense counsel will be prepared to respond to the proposal at the Scheduling Conference.

LOUIS ALBERGHINI

By his attorneys,

_____
Marcia L. Elliott, BBO# 564291
John M. Flick, BBO# 652169
Elliott Law Office, P.C.
301 Central Street
Gardner, MA 01440
(978) 632-7948

SIMONDS INDUSTRIES INC.

By its attorneys,

_____
Jonathan R. Sigel, BBO# 559850
Kathryn E. Abare, BBO# 647594
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Dated: October 4, 2004