UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| LOUIS ALBERGHINI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SIMONDS INDUSTRIES INC., ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. 04-40092NMG <br><br> Jonathan R. Sigel <br> BBO# 559850 |

## CERTIFICATION OF CONFERENCE
## PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1(D) and in compliance with the Court's Order for Scheduling Conference, Defendant Simonds Industries Inc. and its counsel affirm that they have conferred:

(1) With a view to establishing a budget for the cost of conducting the full course, and various alternative courses, of litigation; and

(2) To consider resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

Respectfully submitted,

SIMONDS INDUSTRIES INC.

By: _____
David P. Witman, General Counsel

{J:\CLIENTS\emp\193083\0105\00472478.DOC;1}

And by its attorneys,

SIMONDS INDUSTRIES INC.

By its Attorneys,

_____
Jonathan R. Sigel, BBO# 559850
Kathryn E. Abare, BBO #647594
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Dated: October 6, 2004

{J:\CLIENTS\emp\193083\0105\00472478.DOC;1}