UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| LOUIS P. ALBERGHINI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SIMONDS INDUSTRIES INC., ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 04-40092-FDS <br><br> Jonathan R. Sigel <br> BBO# 559850 <br><br> Marcia L. Elliott <br> BBO# 564291 |

## JOINT MOTION TO EXTEND SCHEDULING ORDER

The parties respectfully move this Court to extend the scheduling order in the above captioned case as follows: allow the parties to submit their respective dispositive motions on or before August 1, 2005; allow the parties to submit their respective oppositions to such motions by September 1, 2005; and schedule the pre-trial conference, if necessary, after this Court issues its decisions on the parties' dispositive motions. Further, the parties request that the Court reschedule the status conference, which is currently set for June 17, 2005 at 11:00 a.m. As grounds for their motion, the parties state as follows:

1. Under the current scheduling order, all dispositive motions must be filed by June 30, 2005 and oppositions are to be filed by July 31, 2005 pursuant to the previous request of the parties.

2. The legal counsel representing the parties in this case also represent the parties in the case of Larsen v. Simonds Industries Inc., Civil Action No. 01-40059-NMG. The parties' legal counsel are now preparing for a second trial in that case.

3. The second trial in the <u>Larsen</u> case is set to begin on June 27, 2005, and finish by July 1, 2005.

5. For these reasons, the parties request additional time to prepare and file their respective summary judgment motions and/or oppositions to such motions.

6. Neither this Court nor the parties will be prejudiced by the allowance of this motion.

Therefore, the parties jointly request that the Court extend the Scheduling Order so as to allow the parties to file their respective dispositive motions on or before August 1, 2005; allow the parties to submit their respective oppositions to such motions by September 1, 2005; schedule the pre-trial conference, if necessary, after this Court issues its decisions on the parties' dispositive motions, and reschedule the status conference accordingly.

Respectfully submitted,

_____  
Marcia L. Elliott, BBO #564291  
John M. Flick, BBO# 652169  
Attorney for Plaintiff  
Elliott Law Office, P.C  
307 Central Street  
Gardner, MA 01440  
978-632-7948

_____  
Jonathan R. Sigel, BBO# 559850  
Kathryn E. Abare, BBO# 647594  
Attorneys for Defendant  
Bowditch & Dewey, LLP  
311 Main Street – P.O. Box 15156  
Worcester, MA 01615-0156  
508-791-3511

Dated: June 6, 2005