UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| LOUIS P. ALBERGHINI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SIMONDS INDUSTRIES INC., )<br>)<br>Defendant. ) | CIVIL ACTION NO. 04-40092-FDS<br><br>Jonathan R. Sigel<br>BBO# 559850<br><br>Marcia L. Elliott<br>BBO# 564291 |

### JOINT MOTION TO EXTEND SCHEDULING ORDER

The parties respectfully move this Court to extend the scheduling order in the above captioned case as follows: allow the parties to submit their respective dispositive motions on or before August 8, 2005; allow the parties to submit their respective oppositions to such motions by September 8, 2005 and hold the pre-trial conference, if necessary, as currently scheduled on October 17, 2005.

1. Under the current scheduling order, all dispositive motions must be filed by August 1, 2005 and oppositions are to be filed by September 1, 2005 pursuant to the previous request of the parties.

2. Due to the schedules of counsel for the parties, the parties need extra time to prepare and file their respective summary judgment motions and/or oppositions to such motions.

3. Neither this Court nor the parties will be prejudiced by the allowance of this motion.

Therefore, the parties jointly request that the Court extend the Scheduling Order so as to allow the parties to file their respective dispositive motions on or before August 8, 2005; allow the parties to submit their respective oppositions to such motions by September 8, 2005; and hold the pre-trial conference, if necessary, as currently scheduled on October 17, 2005.

Respectfully submitted,

| | |
|---|---|
| /s/ Marcia L. Elliott by JRS | /s/ Jonathan R. Sigel |
| Marcia L. Elliott, BBO #564291 | Jonathan R. Sigel, BBO# 559850 |
| John M. Flick, BBO# 652169 | Kathryn E. Abare-O'Connell, BBO# 647594 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Elliott Law Office, P.C | Bowditch & Dewey, LLP |
| 307 Central Street | 311 Main Street – P.O. Box 15156 |
| Gardner, MA  01440 | Worcester, MA  01615-0156 |
| 978-632-7948 | 508-791-3511 |

Dated: July 26, 2005