UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| LOUIS P. ALBERGHINI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SIMONDS INDUSTRIES INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 04-40092-FDS<br><br>Jonathan R. Sigel BBO# 559850<br>Kathryn E. Abare-O'Connell BBO# 647594 |

## *ASSENTED TO* MOTION FOR LEAVE TO FILE MEMORANDUM EXCEEDING TWENTY PAGES

Pursuant to Rule 7.1(B)(4) of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Simonds Industries Inc. (herein "Defendant") moves for leave to file a memorandum in excess of twenty (20) pages.

As grounds for its Motion, Defendant states as follows:

1. In conjunction with this request, Defendant is moving for summary judgment on *all four* counts of Plaintiff's Complaint.

2. In order to address adequately all of Plaintiff's factual and legal contentions, it is necessary for Defendant's Memorandum in Support of Motion for Summary Judgment to exceed the prescribed 20-page length by approximately five (5) pages.

3. The Court's allowance of this Motion will not prejudice Plaintiff and, moreover, *Plaintiff's counsel has assented to the Motion.*

WHEREFORE, Defendant respectfully requests that its *Assented to* Motion for Leave to File a Memorandum in Excess of Twenty Pages be allowed.

SIMONDS INDUSTRIES INC.,

By its Attorneys,

_____
Jonathan R. Sigel, BBO# 559850
Kathryn E. Abare-O'Connell, BBO# 647594
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

ASSENTED TO:

LOUIS P. ALBERGHINI

By his Attorney,

_____
Marcia L. Elliott, BBO# 564291
Elliott Law Office
307 Central Street
Gardner, MA 01440
(978) 632-7948

Dated: August 8, 2005