# EXHIBIT 4

Case 4:04-cv-40092-FDS    Document 21-3    Filed 08/08/2005    Page 1 of 13

**SALVATORE SANTORO**
77 North Street
Shrewsbury, MA 01545
508-842-3297

**Objective**

To secure a position where a successful background in achieving customer satisfaction, trough effective quality management, engineering, and teamwork can contribute to the growth of your organization.

**Qualifications Summary**

*Personal & Professional Profile:*

- Effective communication with excellent interpersonal, organizational and managerial skills
- Highly motivated and confident self-starter who performs well under pressure
- Demonstrated ability to systematically identify, isolate and address problems
- Able to coordinate multiple projects, set appropriate priorities and meet deadlines
- Enthusiastic and energetic team player capable of independent decision making
- Successful hire, train, motivate, supervise and evaluate staff
- Interact effectively both interdepartmentally and at all organizational levels
- Ability to statistically evaluate processes capability and expected behavior.
- Data oriented leader of root cause analysis. Preventive and corrective action process owner.

*Functional:*

- Full P&L production responsibility; Plant management; Engineering management; Quality management.
- Accountable for manufacturing processes optimization, Determine needs; Purchase equipment and machinery; Evaluate vendors and ROI factors
- Quality control management; Manufacturing / Process engineering; CNC operation
- Develop, implement and prepare budgets; Machinery utilization; Process efficiency; Manufacturing demonstrated capacity; Production planning and scheduling
- Evaluate and improve manufacturing processes; Implement cost controls; Incentive systems, statistical evaluations and process inferences.
- Managing quality systems to successfully achieve ISO 9002 certification and re-certification.
- Manage production facility transfer and relocation; Coordinated local and global plant / product consolidation
- Facilitator for 5's organization programs.

*Computer Skills:*

- ASK System; MRP; CRP; QA2;KISS;Minitab; Gagetalker (Real time SPC data collection); MS Word; Excel, Projects, Access, and Power Point; MS Publisher; Visio flow charting; Lotus Notes; FMEA 4.1; Minitab; KISS (Keep it simple with statistics)

## EMPLOYEMENT

**Greenfield Industries, Greenfield, MA**

**1987- Present**

*Manager of Manufacturing Engineering*
Accountable for the performance of a team of four engineers maintaining and improving over 30 separated and interdependent manufacturing processes.

*Accomplishments:*

- Engineered process improvements in addition of timely and effective capital investments that resulted in production increases of 30% over a period of three years.
- Coordinated internal machinery rebuilding project resulting in improved machinery uptime by 25% while saving the company $ 350,000 in external rebuilding costs.
- Coordinated process parameters optimization / documentation resulting in 10% reduction of set-up time.
- Championed, supported, expected and recognized "Lean Manufacturing" initiatives from the Engineering team and manufacturing resources.
- Evaluated needs, justified, purchased, coordinated; installation, statistical qualification, process optimization / documentation, training for all capital investments ($ 3.000,000.)

1993-1996   *Senior Manufacturing Engineer / QA Manager*
Accountable for coordinating plant / machinery consolidation on a local and global scale and improving internal Quality System.

*Accomplishments:*

- Coordinated, transferred and installation of equipment during GTD product rationalization and consolidation including employee training resulting in 40% capacity increase.
- Achieved ISO 9002 re-certification. Auditor reported ZERO non-compliance's or observations
- Received the Kennametal Managerial award for continuous improvement initiatives.
- Enhanced manufacturing efficiency of the Flute grinding process resulting in a $ 500,000 annual savings and a company bonus award.
- Received a company award for coordinating process enhancements and training in the Solon and Pachuga (Mex) plants.
- Received a company award for coordinating and supporting the team working on the Lindner One-Cut project which saved the company $ 600,000 annually.
- Coordinated and supported the team working on the Skip-Dress project resulting in a $ 100,000 annual savings to the company.
- Implemented GageTalker electronic SPC monitoring system in all critical areas of manufacturing.

**1988-1992** *Unit Manager – Unit #2*

Accountable for the efficient and profitable operation of a manufacturing team consisting of 10 supervisors, 22 group leaders and over 200 employees across three shifts with a production forecast of 20,000 units per day and an approximate sales value of 28 M per year.

*Accomplishments:*

- Played an important role in changing our management system from departmental and vertical integrated to horizontal and cross-functional.
- Implemented quality and engineering initiatives that resulted in reduction of scrap rate from 42% to 12%
- Coordinate and implemented all requirements and training for initial ISO 9002 third party assessment.

**1975-1987**    **NEW YORK TWIST DRILL,** Ramsey, NJ

1986-1987 *Plant Manager,* J. Bath Div., Worcester, MA
Full P&L responsibility for this 110 employee manufacturing operation

*Accomplishments:*

- Instrumental in the development of grinding methodology for "Vary Bits" a multidrill tool specifically manufactured for American Saw.
- Improved the manufacturing process for aircraft drill i.e. Space-matic and Drive-matic
- Implemented Statistical Process Control (SPC) disciplines in all automatic work centers reducing internal scrap rate from 25% to 5%
- Coordinated gap analysis, process improvements and documentation required to be awarded the coveted Ford "Q101" award. NYTD was the first US based organization to receive this award.

1984-1985 *Product Manager,* J. Bath Div. Worcester, MA
Accountable for all aspects of taps manufacturing.

1982-1983 *Production Supervisor* J. Bath Div. Worcester, MA
Supervised all semi-finished operations including squaring, fluting, milling, centerless grinding, OD grinding, spiral pointing, chamfering and all special modifications.

1975-1981 *Production Supervisor*  Tap Div. Ramsey, NJ

**1969-1974**    **SOSSNER TAP,** Melville L.I. N.Y.

*Department Leader; Thread Grinding Machine Operator*

**1963-1968**    **FIAT AUTO** Avellino, Italy

*Cutting Tools Machine Operator*

| | |
|---|---|
| **AWARDS** | Ford "Q101"<br>Ford "Q1"<br>ISO 9002 Certifications (New York Twist Drill, Greenfield, and Simonds)<br>Navistar Quality Award<br>T.E.S.Q.A Tooling – Chrysler<br>McDonnell Douglas Quality Award |
| **EDUCATION** | **ISTITUTO PROFESSIONALE DI STATO PER INSTRUZIONE TECHINICA, Italy.** *BS Mechanical Engineering 1963* graduated with a 3.68 GPA<br><br>*National Graduate School, Falmouth MA*<br>*MS Quality Systems Management May/2000* graduated with a 3.96 GPA<br><br>*Certificates:* ASQ Quality Auditor, WPI Project Management, Hazardous material handling, TOPS (Team Oriented Process Improvements). CNC programming, Greenfield Community College. NEQC Six Sigma Tools using Minitab.<br><br>*Professional Training:* ASQ Statistics I, II, III and Advanced Statistics, S.M.E.A.D. WPI set up reduction, Managing Time, Fanuc / Mitsubishi CNC programming, Merubini-Citizen NJ. MS Access, Greenfield C.C. Coaching & Counseling, Paget & Thompson, Managing Chaos, Tom Peters, Management of Seven Deadly Diseases, W.E. Deming, Quality Loss Function, Taguci, SPC, ASQ, How to work with people, Fred Pryor. |
| **AFFILIATIONS** | ASME; APICS; ASQ Automotive Div. |
| **INTEREST** | Classical music, Gardening, Technical Reading, Bowling |

References Available upon Request

# EXHIBIT 5

# JEREMY DEXTER

Address: 62 Carriage Way Drive, Fitchburg, MA 01420, (978) 342-8895   Email: jeremydexter@hotmail.com

| | |
|---|---|
| **WORK EXPERIENCE** | **Simonds Industries Inc.** Fitchburg, Massachusetts<br>*Manufacturing Engineer/Process Metallurgist.* July 2000 – Present<br>• Designed and implemented four versions of an electron beam weld bead-rolling unit. Eliminated two operations in one case and one operation in the other cases. Combined annual savings $218,000.00.<br>• Product line engineer for carbon band and welded edge products. Responsible for product quality, process and product improvements, R&D, and process organization.<br>• CNC programming of Wire EDM, ground form and laser cut products.<br>• Designed and implemented in-line band saw tempering unit – Eliminated need for batch tempering, enabling a one-piece-flow process.<br>• Responsible for implementation of "Lean Manufacturing" techniques for carbon band and welded edge products.<br>• Work though marketing team and territory sales managers to determine customer's needs.<br><br>**Simonds Industries Inc.** Fitchburg, Massachusetts<br>*Materials Laboratory Internship.* May-August 1998; May-August 1999<br>Contact: Ernest Evancic, Chief Metallurgical Engineer, (978) 343-3731<br>• Performed sectioning, mounting, grinding, and polishing of metallurgical specimens<br>• Performed failure analysis of returned products and R&D tests<br>• Performed quality control inspections using Rockwell hardness testing, micro hardness testing, file testing, and optical microscopy |
| **PROJECT EXPERIENCE** | **Heraeus Electro-Nite.** Philadelphia, Pennsylvania<br>*Thermal Analysis of Aluminum Alloys.* 9/1999-3/2000<br>Testing a thermocouple prototype that can determine the composition of grain refiners based on the liquidus and solidus temperatures and the slope of the cooling curve. Also analyzing different aluminum alloys properties on composition and cooling rate using an Alu-Delta and comparing those with that of the prototype.<br>**U.S. Consumer Product Safety Commission.** Washington D.C.<br>*Powered Lawn and Garden Equipment – An Examination of Injury Data and Market Information.* 9/1998-12/1998<br>Analyzed statistical injury data and performed interviews with trade organizations. Conclusions were made on how to limit injuries dealing with powered lawn equipment. |
| **EDUCATION** | **Worcester Polytechnic Institute**<br>Worcester, Massachusetts<br>***Bachelors of Science in Mechanical Engineering***, May 2000<br>Concentration in Material Science<br>Graduated with Distinction |
| **SKILLS** | Microsoft Office 2000 (Word, Excel, PowerPoint), Pro Engineer 3D Solid Modeling, AutoCAD 2000 LT, metallurgical mount preparation, optical microscopy. |

# EXHIBIT 6

Simonds Industry
Fitchburg Employees

| LIST | NAME | BIRTHDATE | AGE | D.O.H. | DOT | Age at DOT | TermReason | Location | Current Job Title | SALARY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Howard, John A. | 03/23/34 | 68 | 07/09/56 | 07/09/99 | 65 | Retirement | Fitchburg | MGR. MFG. SVC | 66,338.00 |
| 2 | Sylvia, Joseph L. | 04/11/45 | 57 | 08/10/70 | 11/30/99 | 54 | Resigned | Fitchburg | VP FINANCE CFO | 193,253.00 |
| 3 | Derivera, Eric O. | 04/02/57 | 45 | 01/03/89 | 12/31/99 | 42 | Resigned | Fitchburg | SR. MFG. ENGINEER | 71,167.00 |
| 4 | Ackles, Nancy P. | 12/28/32 | 69 | 07/20/66 | 01/07/00 | 67 | RIF | Fitchburg | WORD PRO. SEC. | 28,202.00 |
| 5 | Larsen, Ronald | 11/08/38 | 63 | 09/30/69 | 01/07/00 | 61 | RIF | Fitchburg | PLANT OPERATIONS | 92,700.00 |
| 6 | Sylvester, Amy L. | 03/10/67 | 35 | 08/21/87 | 01/07/00 | 32 | Resigned | Fitchburg | COST ANALYST | 33,410.72 |
| 7 | Walsh, Robert L. | 01/06/60 | 42 | 11/12/96 | 01/21/00 | 40 | Resigned | Fitchburg | CUSTOMER SERVICE | 39,720.00 |
| 8 | Devilling III, Frank A. | 12/06/41 | 60 | 11/17/95 | 01/31/00 | 58 | terminated | Fitchburg | VP BUSINESS DEVELOP | 120,120.00 |
| 9 | Chase, John W | 01/31/49 | 53 | 11/17/97 | 02/17/00 | 51 | resigned | Fitchburg | CREDIT MANAGER | 63,440.00 |
| 10 | Souliere, Richard A. | 04/17/41 | 61 | 06/17/71 | 08/27/00 | 59 | Retired | Fitchburg | UNIT MANAGER | 63,162.00 |
| 11 | Carnivale, James J. | 05/27/44 | 57 | 10/17/90 | 09/30/00 | 56 | Retired | Fitchburg | HUMAN RESOURCES MGR. | 76,977.00 |
| 12 | Ilewicz, Robert L | 09/03/59 | 42 | 05/26/98 | 12/18/00 | 41 | terminated | Fitchburg | PRINCIPAL R&D ENGINEER | 69,628.00 |
| 13 | Harvey, Steven R. | 11/29/49 | 52 | 02/28/83 | 01/12/01 | 51 | Resigned | Fitchburg | SENIOR ACCOUNTANT | 59,760.96 |
| 14 | Owens, Ronald W | 11/30/44 | 57 | 03/31/98 | 03/31/01 | 56 | Retired | Fitchburg | SR. V/P OF MANUFACTURING OPER | 151,400.04 |
| 15 | Byrom, Andrew M. | 06/22/71 | 30 | 07/29/96 | 04/06/01 | 29 | resigned | Fitchburg | TERRITORY MGR | 38,500.00 |
| 16 | Balcom, Wayne A. | 02/08/36 | 66 | 04/18/60 | 05/04/01 | 65 | Retirement | Fitchburg | UNIT MANAGER | 48,241.00 |
| 17 | Alberghini, Louis P. | 08/30/40 | 61 | 04/19/82 | 05/31/01 | 60 | RIF | Fitchburg | PROJECT ENG | 66,393.00 |
| 18 | Brown, Barry | 10/21/47 | 54 | 07/15/85 | 05/31/01 | 53 | RIF | Fitchburg | PRINCIPAL ENGINEER | 79,376.04 |
| 19 | Baker, William B. | 02/03/52 | 49 | 04/05/99 | 05/31/01 | 49 | RIF | Fitchburg | QUALITY ASSURANCE MANAGER | 66,144.00 |
| 20 | Schofield, Betty E | 07/11/54 | 47 | 11/05/84 | 06/01/01 | 46 | Resigned | Fitchburg | HR ASSIST & TRAINING COORD | 33,325.00 |
| 21 | Niemi, Steven R. | 07/29/69 | 32 | 01/25/93 | 06/25/01 | 31 | Resigned | Fitchburg | SUPERVISOR MANUFACTURING ENG | 77,112.00 |
| 22 | Edson Jr, Raymond F. | 02/26/43 | 59 | 03/20/89 | 06/30/01 | 58 | Retired | Fitchburg | DIRECTOR OF ENGINEERING | 96,255.00 |
| 23 | Darling, Todd R | 03/30/62 | 40 | 05/19/97 | 07/23/01 | 39 | RIF | Fitchburg | UNIT MANAGER | 45,211.00 |
| 24 | Whitcomb, Ralph E. | 12/06/50 | 51 | 12/10/79 | 08/10/01 | 50 | terminated | Fitchburg | MANAGER CORPORATE ACCOUNTIN | 75,348.00 |
| 25 | Martin, Jeffrey R. | 07/31/45 | 56 | 06/29/01 | 08/10/01 | 56 | Resigned | Fitchburg | PLANT CONTROLLER | 84,000.00 |
| 26 | Gruytch, Stephen R. | 09/06/37 | 64 | 08/09/66 | 08/31/01 | 63 | RIF | Fitchburg | SR ACCT MGR | 63,996.00 |
| 27 | Jordan, John W. | 07/30/47 | 54 | 01/07/85 | 08/31/01 | 54 | Retired | Fitchburg | FITCHBURG PLANT MANAGER | 97,759.92 |
| 28 | Rodriguez, Jesus | 02/25/56 | 46 | 11/30/99 | 08/31/01 | 45 | RIF | Fitchburg | INSIDE SALES | 33,325.00 |
| 29 | Manktelow, David W. | 06/05/44 | 57 | 12/08/69 | 09/14/01 | 57 | RIF | Fitchburg | MATERIAL COORD | 41,161.42 |
| 30 | Carnivale, Jeffrey J. | 03/03/71 | 31 | 02/14/94 | 09/14/01 | 30 | RIF | Fitchburg | PROD MGR | 51,500.00 |
| 31 | George, Ross B | 11/29/32 | 69 | 10/20/80 | 09/15/01 | 68 | Retired | Fitchburg | President | 108,333.16 |
| 32 | Breen, Marcia F. | 09/14/51 | 50 | 09/19/88 | 09/21/01 | 50 | RIF | Fitchburg | COST ANALYST | 30,030.00 |
| 33 | Kozloski, Robert J. | 10/17/39 | 62 | 08/26/64 | 11/02/01 | 62 | RIF | Fitchburg | MGR SYSTERMS & PROG INFOR SER | 41,643.16 |
| 34 | Zirpolo, Joanne | 04/12/54 | 48 | 12/27/88 | 11/02/01 | 47 | RIF | Fitchburg | SWITCHBOARD/RECEPTION | 23,982.14 |
| 35 | Schutt, Jeffrey A. | 05/07/56 | 46 | 05/22/79 | 11/30/01 | 45 | RIF | Fitchburg | MGR LEAN MFG | 71,999.98 |
| 36 | Meattey, Stephen M. | 06/24/54 | 47 | 04/09/86 | 11/30/01 | 47 | RIF | Fitchburg | UNIT MANAGER | 43,724.98 |
| 37 | Bennett, Walter H. | 11/08/47 | 54 | 07/23/01 | 11/30/01 | 54 | RIF | Fitchburg | PRODUCTION SUP | 58,000.00 |
| 38 | Bastien, Richard | 09/01/52 | 49 | 03/27/72 | 12/07/01 | 49 | RIF | Fitchburg | PAYROLL COORD | 39,243.10 |
| 39 | Kamerkar, Udayan S. | 12/24/46 | 55 | 08/01/01 | 01/18/02 | 55 | Resigned | Fitchburg | SR FINANCIAL ANALYST | 57,000.06 |

Simonds Industry
Fitchburg Employees

| # | Name | Hire Date | Age | Term Date | Status | Location | Title | Salary |
|---|------|-----------|-----|-----------|--------|----------|-------|--------|
| 40 | Day, Charles R. | 03/14/59 | 43 | 10/05/92 | 42 | resigned | Fitchburg | MARKETING MANAGER OF FILES | 75,012.08 |
| 41 | Boyden, Jeffrey T. | 01/12/58 | 44 | 02/08/88 | 05/17/02 | 44 | resigned | Fitchburg | STAFF ACCOUNTANT | 44,006.04 |
| 42 | Fletcher, Walter L. | 11/15/38 | 63 | 06/18/56 | | | Fitchburg | METHOD ENGINEER | 50,556.00 |
| 43 | Mansfield, Cary W. | 06/03/40 | 61 | 05/25/59 | | | Fitchburg | UNIT MANAGER | 60,639.02 |
| 44 | Richard, Roland R. | 01/08/42 | 60 | 05/31/61 | | | Fitchburg | VP MKT S | 145,999.36 |
| 45 | Evancic, Ernest A. | 01/12/37 | 65 | 08/21/61 | | | Fitchburg | CHIEF METALLURGIST | 46,764.64 |
| 46 | Stewart, Dennis I. | 01/03/43 | 59 | 10/22/62 | | | Fitchburg | UNIT MANAGER | 57,972.98 |
| 47 | Mundie, Robert R. | 10/08/44 | 57 | 11/17/64 | | | Fitchburg | MASTER SCHEDULER | 49,683.92 |
| 48 | Marien, Robert L. | 12/27/42 | 59 | 06/01/65 | | | Fitchburg | UNIT MANAGER | 49,959.00 |
| 49 | Bourgeois, David J. | 09/14/47 | 54 | 05/25/67 | | | Fitchburg | DIRECTOR OF CUSTOMER SATISFAC | 103,000.04 |
| 50 | Richards, Ronald | 10/25/48 | 53 | 03/03/69 | | | Fitchburg | UNIT MANAGER | 50,718.98 |
| 51 | Thomas, Paul R. | 10/28/48 | 53 | 08/12/69 | | | Fitchburg | GENERAL FOREMAN RULE | 51,205.96 |
| 52 | Decosta, Kathleen A. | 02/14/48 | 54 | 08/28/69 | | | Fitchburg | INSIDE SALES REP | 36,800.92 |
| 53 | Jalbert, John T. | 12/12/46 | 55 | 05/11/70 | | | Fitchburg | MANAGER PRICING ADMINISTRATION | 65,583.18 |
| 54 | Rogers, Harry H. | 04/12/41 | 61 | 03/22/71 | | | Fitchburg | VP INTERNATIONAL | 100,000.00 |
| 55 | Burdick, Robert A. | 03/30/46 | 56 | 08/23/71 | | | Fitchburg | TECH SUPPORT SPEC | 73,070.14 |
| 56 | Howe, Rachel A. | 10/10/52 | 49 | 12/16/71 | | | Fitchburg | SR COST ACCOUNTANT COORDINAT | 41,246.14 |
| 57 | Richard, Joan A. | 07/19/44 | 57 | 05/01/72 | | | Fitchburg | INSIDE SALES REP | 37,557.00 |
| 58 | Peabody, Paula A. | 06/21/52 | 49 | 06/19/72 | | | Fitchburg | BENEFITS COORDINATOR | 36,132.98 |
| 59 | Myer, Kenneth R. | 03/08/50 | 52 | 09/18/72 | | | Fitchburg | VP PROCUREMENT | 116,549.94 |
| 60 | Long, Sandra L. | 07/18/47 | 54 | 12/04/72 | | | Fitchburg | SR. ACCOUNT MANAGER | 53,152.06 |
| 61 | Kifer, John C. | 07/07/53 | 48 | 05/21/73 | | | Fitchburg | DIRECTOR OPERATION FINANCE | 106,808.00 |
| 62 | Deedrick, Robert W. | 12/04/42 | 59 | 06/11/73 | | | Fitchburg | | 66,273.74 |
| 63 | Bourque, James J. | 09/23/51 | 50 | 06/25/73 | | | Fitchburg | DIRECTOR FITCH/NEWC. PLANT | 115,000.08 |
| 64 | Mundie, Norma J. | 02/16/54 | 48 | 07/16/73 | | | Fitchburg | CUSTOMER ASSURANCE EXP | 35,921.08 |
| 65 | Hagelberg, Donald O. | 07/17/47 | 54 | 11/26/73 | | | Fitchburg | UNIT MANAGER | 60,498.88 |
| 66 | Lashua, Edward V. | 06/18/45 | 56 | 12/17/73 | | | Fitchburg | TRAINING ADMINISTRATOR | 51,500.02 |
| 67 | Vaine, Richard M. | 10/06/55 | 46 | 06/10/74 | | | Fitchburg | SUPR. DATA PROC OPER | 60,900.06 |
| 68 | Cairns, Judith | 06/21/38 | 63 | 06/25/74 | | | Fitchburg | TAPE LIBRARIAN | 29,371.16 |
| 69 | Bent, Nancy J. | 08/20/37 | 64 | 10/18/76 | | | Fitchburg | EXECUTIVE ADMINISTRATIVE ASSIST | 58,263.14 |
| 70 | Frenette, Richard J. | 05/27/55 | 46 | 06/05/78 | | | Fitchburg | MGR. INTERNATIONAL SALES OFFICE | 68,027.44 |
| 71 | Marrella, Sandra M. | 05/27/41 | 60 | 02/20/79 | | | Fitchburg | DATA CONTROL/DATA ENTRY | 29,500.12 |
| 72 | Logan, William S. | 05/17/58 | 44 | 08/20/79 | | | Fitchburg | ASSOC METALLURGICAL ENGINEER | 46,685.08 |
| 73 | Goodchild, Loretta A. | 02/06/42 | 60 | 11/05/79 | | | Fitchburg | INSIDE SALES REP | 35,661.60 |
| 74 | Economo, Barbara A. | 10/08/45 | 56 | 08/11/80 | | | Fitchburg | INSIDE SALES REP | 37,765.00 |
| 75 | Heraty, Bridget | 11/30/50 | 51 | 04/13/81 | | | Fitchburg | VP SALES N.A. | 83,838.04 |
| 76 | Chi, Ronald S. Y. | 12/31/47 | 54 | 02/22/82 | | | Fitchburg | MARKETING MANAGER METAL | 76,992.24 |
| 77 | Phelps, Jane L. | 02/08/47 | 55 | 08/30/82 | | | Fitchburg | PT ACCTG. CLERK | 13,592.80 |
| 78 | Durrin, Lynda A. | 05/15/50 | 52 | 03/24/83 | | | Fitchburg | AR CORRESPONDENT | 27,867.06 |
| 79 | Thibodeau, Ilda M. | 03/16/51 | 51 | 05/02/83 | | | Fitchburg | DIRECTOR HUMAN RESOURCES | 78,832.00 |

Simonds Industry
Fitchburg Employees

| # | Name | DOB | Age | Hire Date | Location | Title | Salary |
|---|---|---|---|---|---|---|---|
| 80 | Letourneau, Renee | 05/06/62 | 40 | 05/09/83 | Fitchburg | EXECUTIVE SECRETARY | 24,128.00 |
| 81 | Bray, Margaret | 10/22/51 | 50 | 03/26/84 | Fitchburg | SR COMP. & BENEFITS COORDINATO | 37,672.96 |
| 82 | Cochran, Philip A. | 12/29/62 | 39 | 10/30/84 | Fitchburg | SR FINANCIAL ANALYST | 53,044.16 |
| 83 | Lanides, Victoria | 07/21/43 | 58 | 09/25/85 | Fitchburg | SAFETY & HEALTH COORD | 33,758.40 |
| 84 | Bateman Jr., William G. | 04/23/52 | 50 | 03/02/87 | Fitchburg | SR MFG FINANCIAL ANALYST | 54,836.08 |
| 85 | Purinton, David J. | 08/28/61 | 40 | 08/03/87 | Fitchburg | MARKETING MGR. WOOD PRODUCTS | 85,995.00 |
| 86 | Rocca, Norma | 11/16/52 | 49 | 12/01/87 | Fitchburg | INTERNATIONAL INSIDE SALES | 36,228.14 |
| 87 | Mattson Jr., Donald E. | 11/25/51 | 50 | 01/11/88 | Fitchburg | SR PROG ANALYST | 56,727.06 |
| 88 | Page, Jan L. | 08/29/50 | 51 | 02/29/88 | Fitchburg | STEEL PROC./PUCHASE SPEC | 56,795.96 |
| 89 | Mallet, Charles E. | 05/24/58 | 43 | 09/26/88 | Fitchburg | POWER TOOL ACCESSORY PROD MG | 68,959.02 |
| 90 | Varville, Mary A | 05/11/50 | 52 | 10/24/88 | Fitchburg | MARKETING SECRETARY | 33,699.90 |
| 91 | Magnette, Barbara J. | 01/31/67 | 35 | 12/06/88 | Fitchburg | EXEC SEC | 36,961.60 |
| 92 | Boudreau, Kevin P. | 11/19/59 | 42 | 05/01/89 | Fitchburg | COMPUTER OPERATOR | 30,735.90 |
| 93 | Pfeiffer, Eric J. | 12/03/57 | 44 | 05/01/94 | Fitchburg | MARKET DEVELOPMENT MANAGER | 93,120.04 |
| 94 | Burns, Mary Kathleen | 11/05/50 | 51 | 07/05/94 | Fitchburg | CREDIT CORRESPONDENT | 30,567.16 |
| 95 | Hautanen, Elena B. | 09/30/52 | 49 | 02/27/95 | Fitchburg | INSIDE SALES REP | 31,296.20 |
| 96 | Palmer, James E. | 02/13/41 | 61 | 03/31/95 | Fitchburg | VP SALEA & MKTG. METAL PRODUCT | 146,000.14 |
| 97 | Bourgeois, David R. | 01/07/67 | 35 | 11/20/95 | Fitchburg | FITCHBURG PLANT CONTROLLER | 84,460.22 |
| 98 | Szocik, Thomas | 02/10/50 | 52 | 06/17/96 | Fitchburg | FACILITY MANAGER | 70,181.02 |
| 99 | Hopper, Peter B. | 12/15/50 | 51 | 07/29/96 | Fitchburg | VP PROD DEVELOPMENT & QUALITY | 108,555.98 |
| 100 | Hutchins, Sharon | 08/21/55 | 46 | 12/30/96 | Fitchburg | SR. PRO ANALYST | 60,765.12 |
| 101 | Nally, Theresa | 11/29/39 | 62 | 02/03/97 | Fitchburg | AR CORRESPONDENT | 24,727.04 |
| 102 | Roy, Raymond P | 07/10/61 | 40 | 02/10/97 | Fitchburg | CUST. SERVICE SPEC. | 41,184.00 |
| 103 | Jones, Alan D | 03/07/59 | 43 | 05/05/97 | Fitchburg | SR. SYSTEMS ANALYST | 69,000.10 |
| 104 | Carfaro, David P | 02/03/69 | 33 | 06/30/97 | Fitchburg | COMPUTER OPERATOR | 29,908.06 |
| 105 | Sierra, Carlos | 05/11/70 | 32 | 10/01/97 | Fitchburg | FINANCIAL MGR. RULE PRO | 47,380.06 |
| 106 | Ednands, S. Karl | 05/18/54 | 47 | 06/01/98 | Fitchburg | UNIT MANAGER | 46,846.80 |
| 107 | St.Amand, Brenda A. | 07/29/50 | 51 | 05/17/99 | Fitchburg | CONTROL CLERK | 30,963.14 |
| 108 | Martino, Raymond J | 08/27/54 | 47 | 09/15/99 | Fitchburg | President & Ceof | 389,549.94 |
| 109 | Holm Jr., Harold E. | 01/26/56 | 46 | 02/01/00 | Fitchburg | VP MANUFACTURING | 165,000.16 |
| 110 | Reeves, Jennifer L. | 04/18/78 | 24 | 02/22/00 | Fitchburg | AP CLERK | 23,986.04 |
| 111 | Turano, Matthew | 06/09/63 | 38 | 03/06/00 | Fitchburg | INSIDE SALES REP | 34,608.08 |
| 112 | Hytinen, Eric | 12/21/68 | 33 | 03/22/00 | Fitchburg | CREDIT MANAGER | 56,800.12 |
| 113 | Botticello, Henry J | 04/05/56 | 46 | 04/01/00 | Fitchburg | CHIEF FINANICAL OFFICER | 192,000.12 |
| 114 | Caselli, Susan T | 11/08/55 | 46 | 05/01/00 | Fitchburg | V.P. INFORMATION TECH AND CIO | 138,000.20 |
| 115 | Benoit, Paul R. | 11/14/50 | 51 | 05/08/00 | Fitchburg | VP SUPPLY CHAIN MANAGEMENT | 135,000.06 |
| 116 | Dexter, Jeremy | 09/23/77 | 24 | 07/17/00 | Fitchburg | PROCESS METALLURGIST MFG. ENG | 54,912.00 |
| 117 | Brault, Richard A. | 09/02/52 | 49 | 08/14/00 | Fitchburg | ENGINEERING MGR FITCHBURG PLA | 75,899.98 |
| 118 | Morrison, Douglas | 08/03/60 | 41 | 07/01/01 | Fitchburg | PROJECT MGR | 81,900.00 |
| 119 | Duperry, Peter A. | 02/23/78 | 24 | 07/23/01 | Fitchburg | PRODUCT ENGINEER | 49,920.00 |

## Simonds Industry
### Fitchburg Employees

| # | Name | DOB | Age | Hire Date | Location | Title | Salary |
|---|------|-----|-----|-----------|----------|-------|--------|
| 120 | Santoro, Salvatore | 08/29/46 | 55 | 08/06/01 | Fitchburg | QUALITY MANAGER | 74,900.02 |
| 121 | Boissoneau, Donald M. | 11/22/60 | 41 | 08/13/01 | Fitchburg | CORPORATE CONTROLLER | 98,800.00 |
| 122 | Reeves, Mark A. | 12/25/62 | 39 | 08/28/01 | Fitchburg | PROD & INVENTORY CONTROL | 66,999.92 |

## Active Employees (Fitchburg Plant) as of December 2002

   20s = 3

   30s = 8

   40s = 25

50s = 34

   60s = 11