# EXHIBIT B

**Page 1**

```
                    Volume I
                    Pages 1 - 160

            COMMONWEALTH OF MASSACHUSETTS
            COMMISSION AGAINST DISCRIMINATION


LOUIS P. ALBERGHINI,           )
         Complainant           )
                               )
    VS.                        )
                               )
SIMONDS INDUSTRIES, INC.,      )
         Respondent            )
```

DEPOSITION OF LOUIS P. ALBERGHINI, taken at the request of the Respondent, pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Karen G. Farragher, RPR and Notary Public in and for the Commonwealth of Massachusetts, on October 23, 2002, commencing at 10:16 a.m., at the offices of Bowditch & Dewey, 311 Main Street, Worcester, Massachusetts.

```
                   FOR THE RECORD
               COURT REPORTING SERVICES
                   11 FISKE STREET
            SHREWSBURY, MASSACHUSETTS  01545
                    (508) 845-1096
```

**Page 2**

APPEARANCES:

FOR THE COMPLAINANT:

MARCIA ELLIOTT, ESQ.
307 Central Street
Gardner, Massachusetts 01440


FOR THE RESPONDENT:

BOWDITCH & DEWEY
311 Main Street
Worcester, Massachusetts 01608
    BY: JONATHAN SIGEL, ESQ.


ALSO PRESENT: Ilda M. Thibodeau
              David P. Witman

**Page 3**

                    I N D E X
         DEPONENT:  LOUIS P. ALBERGHINI

                                            PAGE
EXAMINATION BY MR. SIGEL                     4




                    EXHIBITS
NUMBER                                      PAGE

 1    Resume.                                20
 2    Resume.                                21
 3    Complaint Intake Interview Form.       50
 4    Charge of Discrimination.              61
 5    Complainant's Rebuttal.                63
 6    Document entitled Household           107
        Manufacturing.
 7    Document entitled Simonds Industries, 117
        Inc., March 24, 1998.
 8    Simonds Industries, Inc., Position Title 118
        Process Metallurgist/Manufacturing Engineer.
 9    Job Description Engineering Manager.  125
10    May 30, 2001 document.                147

**Page 4**

                P-R-O-C-E-E-D-I-N-G-S
        MR. SIGEL: Usual stipulation?
        MS. ELLIOTT: Usual stipulation. He will read and sign.
        MR. SIGEL: Okay.
        MS. ELLIOTT: Thirty days, waive notary.
        MR. SIGEL: Great. So waive objections except as to form of the question at this point.
        MS. ELLIOTT: Yes.
        MR. SIGEL: The usual, all right.
           LOUIS P. ALBERGHINI, SWORN
EXAMINATION BY MR. SIGEL:
    Q.   Mr. Alberghini, my name is Jonathan Sigel. I represent Simonds Industries in this case and I want to ask you, first of all, if you have any health condition or if you're taking any medications that would impair your memory or ability to testify truthfully at this deposition?
    A.   No.
    Q.   Mr. Alberghini, have you ever been deposed before?
    A.   No.
    Q.   Just some grounds rules. I'm going to ask you some questions. If there is anything that you

**25**

1 reviewed?
2  A. Probably, yes.
3  Q. When you say you have applied for
4 engineering positions, what types of engineering
5 positions have you applied for?
6  A. Electrical, some managerial, engineering.
7  Q. When you say managerial, you mean to
8 supervise engineers; correct?
9  A. Uh-huh.
10  Q. You have to answer verbally.
11  A. Yes.
12  Q. So have you applied for any mechanical
13 engineering positions?
14  A. I haven't.
15  Q. Have you applied for any chemical
16 engineering positions?
17  A. I haven't.
18  Q. Have you applied for any positions as
19 metallurgist?
20  A. No.
21  Q. Have you applied for any positions as
22 manufacturing engineer?
23  A. No.
24  Q. Or as product engineer?

**26**

1  A. No.
2  Q. That's because the vast majority of your
3 qualifications and experience and skills lay with
4 electrical engineering; isn't that fair to say?
5  A. You could say that on one side, but you
6 could also say they require five years of experience
7 at doing something mechanical or ten years experience
8 at doing something mechanical.
9  Q. Well, you were never a mechanical engineer
10 in your work experience; were you?
11  A. Never considered one but I did the
12 mechanical work.
13  Q. Well, my question is: Did you ever hold a
14 position that was mechanical engineering?
15  A. Did I ever hold a position, no.
16  Q. Or chemical engineer?
17  A. No.
18  Q. Or metallurgist?
19  A. No.
20  Q. Or a product engineer?
21  A. No.
22  Q. Or a manufacturing engineer?
23  A. No.
24  Q. If I can direct your attention to under

**27**

1 qualifications on the resume where it says 16 years in
2 a facility management and engineering position.
3     Just to break that up, how many years of
4 experience did you have in facility management?
5  A. About nine.
6  Q. And the balance of the 16 years in
7 engineering positions?
8  A. No.
9  Q. Okay, what of the remaining seven years,
10 how many years in an engineering position?
11  A. Seven years?
12  Q. I'm just looking where you say 16 years in
13 a facility management and engineering position?
14  A. Oh, I'm sorry, 16 years, yes, the rest
15 would be in engineering.
16  Q. So when you say engineering position, you
17 mean electrical engineering; isn't that correct?
18  A. No.
19  Q. That's not correct?
20  A. (The witness shook his head indicating
21 no.)
22  Q. Okay, what other position besides
23 electrical engineering did you hold?
24  A. It was project engineering.

**28**

1  Q. So the balance would be a combination of
2 project engineering and electrical engineering?
3  A. Correct.
4  Q. I want to direct your attention to near
5 the bottom of page one of Exhibit 2, electrical
6 engineer, where it says Circular Saw Testing
7 Technique, Patent number, et cetera?
8  A. Uh-huh.
9     MS. ELLIOTT: You have to answer verbally.
10  A. Yes.
11  Q. Could you please explain that?
12  A. Explain what?
13  Q. Explain that entry. Let me ask a better
14 question. It says that you designed and developed
15 electrical control systems.
16     Why don't we start with that, if you could
17 explain what you mean by that?
18  A. Well, if a machine had certain controls on
19 it and you wanted to vary the controls or make the
20 machine do something else, then you would design and
21 you developed and you implemented it.
22     There were machines that we had that when
23 the grinder came down, the man, the operator would
24 have to judge or gauge when it had got to the right

**Page 41**

1  of 2001 until the present, what have you told
2  prospective employers about the reason you left
3  Simonds?
4      A.   Layoff due to economic conditions. I got
5  asked that very rarely, but that's the answer that I
6  gave when I was asked.
7      Q.   Was that true?
8      A.   That's what they told me.
9      Q.   Okay. But you said you have given that
10 reason at least to some prospective employers; is that
11 fair to say?
12     A.   Yes.
13     Q.   My question is: Do you believe that you
14 were telling the truth when you said that?
15          MS. ELLIOTT: Objection. You can answer
16 it, if you can, Lou.
17          THE WITNESS: I can answer?
18          MS. ELLIOTT: Uh-huh.
19     A.   That's what they told me, so that's what I
20 told the prospective people. Do I believe that? Yes.
21     Q.   Why have you not applied for any
22 mechanical engineering positions?
23     A.   Because most of the mechanical positions
24 that I read about that are out there require several

**Page 42**

1  years of experience in the mechanical field.
2      Q.   Do those --
3      A.   It's not because I can't do the job.
4      Q.   Do those positions also require a degree
5  in mechanical engineering?
6      A.   Yes.
7          MS. ELLIOTT: Do you have a specific job
8  in mind or --
9          MR. SIGEL: Well --
10         MS. ELLIOTT: We're talking hypothetical,
11 I guess. Okay.
12         MR. SIGEL: No, I don't think we are
13 talking hypothetical.
14     Q.   You were referring to mechanical
15 engineering positions that you have seen advertised;
16 correct?
17     A.   I didn't bring that up.
18     Q.   Well, we can go back and check but didn't
19 you testify that mechanical engineering jobs require
20 several years of experience that you didn't have?
21     A.   When you read them, that's what they say.
22     Q.   You weren't talking about hypothetical
23 mechanical engineering positions; were you? You were
24 talking about real ones that you have seen; right?

**Page 43**

1      A.   Yes.
2      Q.   Okay. So my question is don't those
3  positions that you have seen, require mechanical
4  engineering degrees?
5          MS. ELLIOTT: Object again. You can
6  answer it, Lou.
7      A.   I'm going to say I don't know because they
8  don't necessarily say that.
9      Q.   Well, that's my question. In other words,
10 of the ones that you recall seeing advertised,
11 correct, my question is, have you seen -- you said
12 that you have seen that they are looking for a number
13 of years of experience in mechanical engineering?
14     A.   Uh-huh.
15     Q.   My question is: Do they also, based on
16 those that you have seen, any or all, also require a
17 mechanical engineering degree?
18         MS. ELLIOTT: He answered the question.
19     A.   You really -- any or all?
20     Q.   Any of them?
21     A.   You're making a very broad statement. Any
22 of them? Yes, some of them do. Some of them don't.
23     Q.   Have you ever filed any claims or lawsuits
24 against any other employers?

**Page 44**

1      A.   No.
2      Q.   Do you know how much unemployment
3  compensation you have received since the time you have
4  left Simonds, approximately?
5      A.   I'm going to say approximately eight
6  thousand.
7      Q.   When did you apply for a position at
8  Simonds?
9      A.   I think it was 1981.
10     Q.   What position did you apply for?
11     A.   It was electrical foreman, I believe.
12     Q.   What position were you hired into?
13     A.   That position.
14     Q.   And what year was that?
15     A.   1982.
16     Q.   How long did you hold that position?
17     A.   Three or four years.
18     Q.   If you could, in the most detail possible,
19 describe your duties and responsibilities in that
20 position?
21     A.   Well, you headed up the electrical crew
22 and millwrights, the janitors, and you directed the
23 force, those three forces. I thought there was a
24 fourth one but I can't remember what it was.

**45**

1  Q.  I'm sorry. I didn't hear those three
2  what?
3  A.  Groups.
4  Q.  Groups?
5  A.  Or forces. I thought there was a fourth
6  one but I don't remember.
7  Q.  When you say you headed up or directed,
8  what did you mean by that?
9  A.  Well, as jobs would come in, you needed
10 persons, you would supply the people.
11 Q.  After that job, what was your next
12 position at Simonds?
13 A.  Electrical engineer.
14 Q.  And is that a position that you applied
15 for or were promoted to?
16 A.  Promoted to.
17 Q.  Who promoted you to that position?
18 A.  John Scoball (phonetic).
19 Q.  What was his title, if you recall?
20 A.  No, I don't.
21 Q.  Was he your supervisor when you were
22 electrical foreman?
23 A.  Yes. Well -- yes.
24 Q.  And if you could, in as much detail as

**46**

1  possible, describe your duties and responsibilities as
2  electrical engineer?
3  A.  Well, you would design circuits that were
4  needed. You help the electrical electrician force to
5  troubleshoot. You we were getting involved in
6  installing the -- what do you call them electron beam
7  welder and get that lined up and put into place.
8      Make sure all the pipes and wires and
9  everything else were put in place correctly and so on,
10 so forth.
11 Q.  What was your next position at Simonds?
12 A.  Manager of manufacturing services.
13 Q.  How long were you in that position?
14 A.  I think about nine years.
15 Q.  Just to kind of, for efficiency sake, if I
16 can direct your attention to Exhibit 2, are these
17 dates that you held these positions accurate at
18 Simonds?
19 A.  I believe so.
20 Q.  And were you promoted into that position
21 or did you apply for it?
22 A.  Promoted.
23 Q.  If you could, in as much detail as
24 possible, describe your duties and responsibilities in

**47**

1  that position?
2  A.  Well, you were in charge of the
3  facilities. You managed the facilities. You managed
4  or I managed a facility engineer, the maintenance --
5  they call him the unit manager and the environmental
6  engineer and the day to day operation of the plant,
7  the facility.
8  Q.  So you supervised three engineers in that
9  position, your position as manager of manufacturing
10 services?
11 A.  One of them wasn't an engineer.
12 Q.  Okay. What were the two engineering
13 positions you supervised?
14 A.  Facilities, facility engineer and the
15 environmental. He was a methods engineer who was
16 doing environmentals.
17 Q.  Who was that?
18 A.  Don Hagelburg
19 Q.  Starting with the methods engineer, what
20 were the duties of that job?
21 A.  Besides environmental engineering or
22 including?
23 Q.  Including and if you could describe what
24 you mean by environmental engineering?

**48**

1  A.  Well, he made sure that we were
2  environmentally compliant with the laws of the state
3  and federal. He checked the waters to make sure they
4  were clean, that were leaving the plant; make sure oil
5  spills were taken care of correctly; asbestos, all of
6  that was in check, correctly taken care of. And,
7  also, he did methods checking machine speeds, that
8  kind of stuff.
9  Q.  So he was not a product engineer?
10 A.  No.
11 Q.  And he wasn't a manufacturing engineer?
12 A.  No.
13 Q.  And he didn't have the duties of those
14 positions; right?
15 A.  No.
16 Q.  And the other engineer you --
17 A.  Facility engineer.
18 Q.  If you could tell me about that position?
19 A.  Well, he took care of the plant, the air
20 conditioning walls, you know, the whole ball of wax,
21 whatever facilities things had to be taken care of.
22 Q.  So he was not a product engineer or
23 manufacturing engineer; right?
24 A.  No.

**49**

1  Q. Nor did he have the duties of those
2  positions; right?
3  A. Right.
4  Q. In fact, at no time in your career have
5  you supervised a product engineer; isn't that correct?
6  A. Correct.
7  Q. And at no time in your career have you
8  supervised a manufacturing engineer; is that correct?
9        MS. ELLIOTT: Objection.
10       MR. SIGEL: You can answer.
11       MS. ELLIOTT: You can answer?
12  A. I can answer? Correct.
13  Q. And at no time in your career have you
14  supervised a chemical engineer or metallurgist;
15  correct?
16  A. Correct.
17  Q. I just want to say if you need a break at
18  any time, don't hesitate to say. You're not draft
19  here. In fact, if you want to take a five minute
20  break, now is not a bad time.
21       MS. ELLIOTT: Do you need to take one?
22       THE WITNESS: No.
23       MS. ELLIOTT: No? Want to keep going?
24       THE WITNESS: Sure.

**50**

1        MR. SIGEL: Okay. I'd like to mark the
2  next exhibit, please. This will be Exhibit No. 3.
3        (Alberghini Deposition Exhibit No. 3
4  marked.)
5  Q. If I could just ask you to review that,
6  Mr. Alberghini. Do you recognize that document?
7  A. Yes.
8  Q. What do you recognize that document to be?
9  A. My complaint.
10 Q. For the record, this is the Massachusetts
11 Commission Against Discrimination complaint intake
12 interview form.
13      Did you sign this at the M.C.A.D. or in
14 your attorney's office? Do you recall?
15 A. I think it was in my attorney's office.
16 Q. Okay. So is it your recollection that
17 this was filed with your complaint?
18 A. Yes.
19 Q. By complaint, I mean complaint in this
20 case, your M.C.A.D. complaint; correct?
21 A. Yes.
22 Q. If I could direct your attention to about
23 three quarters of the way down, it says: Identify
24 other persons who were treated differently than you,

**51**

1  not discriminated against, to which you compare
2  yourself to and you listed Peter -- I think eventually
3  this is corrected but you mean Peter Duperry there;
4  right?
5  A. Yes.
6  Q. Richard Brault?
7  A. Yes.
8  Q. And Jeremy Dexter?
9  A. Yes.
10 Q. Why did you not include Salvatore Santoro?
11 A. I didn't know him at the time.
12 Q. Did you know Peter Duperry at the time?
13 A. Personally, no, but I was told about him.
14 Q. Who told you about him?
15 A. I don't recall.
16 Q. Was it Ron Larsen?
17 A. No, no, no, it wasn't.
18 Q. Incidentally, are you aware Mr. Larsen has
19 filed a lawsuit against Simonds for age
20 discrimination?
21 A. Yes.
22 Q. How did you become aware of that?
23      MS. ELLIOTT: Wait. I'm going to object
24 to that. Can we have a moment?

**52**

1        MR. SIGEL: Sure.
2        (The witness and Attorney Elliott
3  conferred off the record outside the hearing room.)
4        MS. ELLIOTT: All set.
5        MR. SIGEL: Repeat the last question,
6  please.
7        (The record was read by the reporter as
8  requested.)
9  A. Ron told me.
10 Q. Okay. When did Ron tell you?
11 A. I don't know. I don't remember. You're
12 talking relative to time. I don't remember.
13 Q. Okay. Well, did he tell you before or
14 after you filed this claim against the company?
15 A. Before.
16 Q. Okay. Is that what prompted you to file a
17 claim against the company?
18 A. No.
19 Q. Had you decided at that point that
20 Mr. Larsen told you to file suit against the company
21 or file a claim against the company?
22 A. Could you repeat the question?
23 Q. Sure. At the time Mr. Larsen informed you
24 of his complaint, had you at that time decided to file

**Page 65**

1  Q.    The complaint intake interview form,
2  Exhibit No. 3?
3  A.    Yes.
4  Q.    And is there anything you wish to change
5  about it?
6      MS. ELLIOTT:  Objection.
7  A.    No.
8  Q.    Same question on Exhibit No. 4.  Did you
9  read that complaint before you signed it?  By the way,
10 that's your signature on the bottom of Exhibit 3,
11 right?
12 A.    That's correct.
13 Q.    And on Exhibit 4?
14 A.    Yes.
15 Q.    So it's your signatures, two signatures
16 that appear on the first page of Exhibit No. 4?
17 A.    Uh-huh.
18 Q.    You have to answer verbally?
19 A.    Yes.
20 Q.    And on the third page of the exhibit?
21 A.    Yes -- oh, no, second page.
22 Q.    This is confusing.  It's page two of the
23 charge of discrimination, but it's the third page of
24 the exhibit?

**Page 66**

1  A.    Yes.
2  Q.    And I'm sorry you said you did read these
3  before you signed them and before they were filed?
4  A.    Yes.
5  Q.    If I could ask you to review your
6  complaint and charge of discrimination, Exhibit No. 4,
7  I'd like to ask you if the substance of those
8  documents is accurate?
9      MS. ELLIOTT:  Objection.
10 Q.    Strike that.  When you signed those, as of
11 the time that you signed them, were they accurate?
12 A.    Were they accurate at the time I signed
13 them?
14 Q.    Correct, the statements?
15 A.    Yes.
16 Q.    Is there anything now you wish to change
17 about the statements in Exhibit No. 4?
18     MS. ELLIOTT:  Objection.  You can answer
19 it, if you can, Lou.
20 A.    No.
21 Q.    Mr. Alberghini, why do you believe you
22 were laid off in January of 2000?
23 A.    Why do I believe?
24 Q.    Correct.

**Page 67**

1  A.    They told me they were eliminating my job
2  or my level in the company.  In other words, there is
3  a level of management.  They said they were
4  eliminating that all together.
5      When I came back to work after they laid
6  me off, came back to work, I found that they didn't
7  eliminate that level.  They just moved somebody else
8  into that level and that was Tom Scozik and he resumed
9  my duties.
10 Q.    You say your duties in that position that
11 you had prior to your layoff in January of 2000?
12 A.    That's correct.
13 Q.    That was what position?
14 A.    Manager of manufacturing services.
15 Q.    So Mr. Scozik took over all of the duties
16 of that position that you had?
17 A.    Of that position, he didn't take the
18 position over because they didn't call him that but he
19 was the facilities manager.
20 Q.    Had there been a facilities manager prior
21 to your layoff?
22 A.    I don't know what his position was, what
23 they called him.
24 Q.    But do you recall if that position existed

**Page 68**

1  at Simonds, facilities manager, prior to your layoff
2  in January of 2000?
3  A.    I'm not sure.
4  Q.    Was he the only one that assumed your
5  responsibilities of your last job prior to your
6  January 2000 layoff?
7  A.    When I was laid off, I was told that my
8  duties would be taken over by the plant manager.  That
9  was John Jordan.  When I came back, I found that
10 wasn't so.  Tom was handling all of my duties.
11 Q.    Okay.  And did you complain about that in
12 any way?
13 A.    No.
14 Q.    Why not?
15 A.    Because I had a job.  Because I was
16 working.
17 Q.    Did you think it was unfair that
18 Mr. Scozik was in that position and you weren't given
19 that position?
20 A.    Did I feel that?
21 Q.    Yes?
22 A.    Yes.
23 Q.    Why?
24 A.    Because that was my job prior to him.  I

**Page 69**

1  did all those things.
2  Q. Were you told why he was in that position
3  and why you were not given that position?
4  MS. ELLIOTT: Objection. You can answer,
5  if you can.
6  A. I didn't make any waves. I had a job. I
7  was back to work. I enjoyed working at Simonds. I
8  liked working there. And I liked the job I was doing.
9  Project engineer was very interesting and it piqued
10  me. That's why I didn't complain. He took over my
11  jobs and, in fact, he was coming in and asking me
12  about the job that he was doing, the job that I was
13  doing before and that's how I knew.
14  Was I mad? Yeah, a little bit. It takes
15  a lot out of you when you get laid off, you know, then
16  I was elated when I came back, but I did know that
17  they didn't eliminate that position. They just moved
18  all my job duties to him.
19  Q. Okay, that's fine although it didn't
20  answer my question. My question was: Were you told
21  why he was doing that position and why you were not
22  offered that position of facilities manager?
23  A. No.
24  Q. Did you have or do you have now any belief

**Page 70**

1  as to why he was selected for that and not you?
2  MS. ELLIOTT: Do you know what he is
3  asking you?
4  A. No. Please ask it again, you know. Go
5  ahead.
6  MR. SIGEL: Repeat the question, please.
7  (The record was read by the reporter as
8  requested.)
9  A. Because they made the statement that they
10  were eliminating my level and they were going to put
11  all my jobs or projects or whatever you call them,
12  under the plant manager but he couldn't handle -- the
13  plant manager couldn't handle all that work. There is
14  no way that he could do all of that. So they had to
15  give it to someone else to handle.
16  Why they didn't keep me and let him go?
17  Because he wasn't at that level.
18  Q. At what level?
19  A. At the level I was at. When they say they
20  were going to take this level out and remove it, they
21  had to do that or there would be discrimination
22  charges against them, if there was age involved and
23  there was age involved and they knew that.
24  Q. So do you believe their reason for

**Page 71**

1  selecting Mr. Scozik was based on his age versus your
2  age, selecting him for that facilities manager
3  position?
4  A. Yes.
5  Q. What do you base that opinion on?
6  A. Just the facts.
7  Q. What facts?
8  A. The fact he is younger than I was. That
9  was my position before and I should have got it back.
10  I think they did -- if I remember correct, there was
11  something said that we didn't drop down in level.
12  In other words, I could not go back and
13  apply for a job that was below my level if you can --
14  you know, the level in the hierarchy or whatever you
15  want to call it, all right. That was, if I remember
16  correct, that was one of the statements made.
17  Q. Do you know how old Mr. Scozik is?
18  A. No, I don't.
19  Q. Do you know how many years younger than
20  you he is?
21  A. No.
22  Q. But you're sure he is younger than you?
23  A. Yes.
24  Q. Do you know if he is in his forties?

**Page 72**

1  A. I don't think so. If you want me to guess
2  how old I believe he is, mid '50s maybe, early '50s.
3  Q. Okay. And you believe that the basis of
4  the company's decision to put him into that position
5  and not you was because he was younger than you?
6  A. No, what I said was they had to eliminate
7  a level and when they said they were eliminating that
8  level, all those projects would be put under the plant
9  manager's job and there is no way the plant manager
10  could handle that job. So they took all my projects
11  and gave them to Tom, instead of hiring me back and
12  into that position.
13  Q. So is your answer no, you don't believe it
14  was based on age?
15  MS. ELLIOTT: Objection.
16  A. At that time, I didn't believe it at that
17  time, no.
18  Q. Do you believe it now?
19  A. No.
20  Q. In January of 2000, the company underwent
21  a reduction in force; correct?
22  A. Yes.
23  Q. There were others laid off in January of
24  2000 besides you; is that right?

Page 73

1    A.    That's correct.
2    Q.    That's not just in the Fitchburg facility
3 but throughout the company?
4    A.    Yes, I believe it was. I wasn't privy to
5 that but I believe it was.
6    Q.    Did the company undergo at that time a
7 reorganization?
8    A.    I don't know. Did they go into a
9 reorganization?
10   Q.    Exactly. In other words, you were laid
11 off in January 2000. My question is, if you know, at
12 that time whether that was the result of
13 reorganization in the company?
14   A.    If reorganization means eliminating a
15 level, yes.
16   Q.    Okay, do you think that was a legitimate
17 reorganization?
18   A.    No.
19   Q.    Why not?
20   A.    Because there is no reason why they
21 couldn't have given us the jobs that we previously
22 held or, you know, or if you were at that level, there
23 was no reason why you couldn't go down to an
24 engineering level or to the facilities engineer. No

Page 74

1 reason why you couldn't go down to that, if that's
2 what you're asking.
3    Q.    Okay, so is it your understanding that
4 there was any kind of a bumping policy or practice?
5 Do you know what I mean by that?
6    A.    If you're talking union bumping, is that
7 what you mean?
8    Q.    I mean, nonunion actually. When you --
9 you said there was no reason why you couldn't have
10 gone down to another level.
11         Wouldn't you have had to bump someone else
12 who would have been in the company, that position that
13 you're talking about?
14   A.    I don't know if I would call it bumping.
15 It was like if I was head of facility management, I
16 headed up the field, I was the manager of
17 manufacturing services, the engineer worked underneath
18 me, the facility engineer, the maintenance engineer or
19 night maintenance foreman or manager and whatnot.
20         If they are going to eliminate my level,
21 there is no reason why I couldn't do the facility
22 manager's job, right? He's underneath me. I should
23 be able to do it.
24   Q.    Okay. So was it your understanding that

Page 75

1 based on seniority, that you had a right to that
2 position?
3    A.    I don't know if seniority would go into
4 it. It was just the right thing to do. If I could
5 handle the job and I've been there 20 or 30 years,
6 there is no reason why I couldn't do the job.
7    Q.    So and my question was: Do you believe
8 the reorganization was legitimate?
9         I guess let me ask you first: Is it fair
10 to say that you didn't agree with the reorganization?
11   A.    Correct.
12   Q.    Now, when I say do you believe whether the
13 reorganization was legitimate, whether you agree or
14 disagree with it, do you believe that the company, in
15 fact, did that reorganization for what it believed to
16 be a legitimate reason?
17         MS. ELLIOTT: Objection. He already
18 answered that question.
19   Q.    Well, you answered the question, when I
20 asked you whether it was legitimate or not. We can go
21 back, listen to your question but you basically
22 answered it to the effect that you didn't agree with
23 it. That was my understanding of your answer?
24   A.    Uh-huh.

Page 76

1    Q.    What I'm trying to understand is whether
2 you think, in undertaking this reorganization in
3 January of 2000, whether it was -- let me ask this a
4 different way. Whether it was a real reorganization
5 or was it merely, in your opinion, a pretext to get
6 rid of older employees?
7    A.    That's what it appeared to me to be,
8 appears to me to be now.
9    Q.    So you thought that at the time, the
10 company, in January of 2000, sought to get rid of
11 older employees; is that fair to say?
12   A.    That's what it looks like now, yes, to me.
13   Q.    At the time you didn't believe that
14 though; right?
15   A.    Right.
16   Q.    In fact -- I'm sorry.
17   A.    Go ahead.
18   Q.    In fact, you were rehired very shortly
19 thereafter; right?
20   A.    That's right.
21   Q.    Are you aware of other older employees who
22 were brought back to the company besides you, at that
23 time, after being laid off?
24         MS. ELLIOTT: What time are you referring