ALBERGHINI
DEPOSITION
EXHIBIT # 2
10/23/02

**LOUIS P. ALBERGHINI**
188 LANCASTER ROAD
BERLIN, MA, 01503
PHONE: (978) 838-7368
E-MAIL: louberghini@juno.com

## OBJECTIVE
To become associated with a company that will utilize my vast experience, skills and leadership ability in a maintenance management or supervisory position.

## SUMMARY
Dedicated college-degreed professional with a strong background in facility management, electrical engineering, and maintenance; detail oriented with a proven ability to adapt to a changing environment keeping priorities in perspective; excellent interpersonal and communication skills; work equally effective alone or in a team setting; problems are turned into solutions using acquired information and decision-making skills, logic and sound judgement.

## QUALIFICATIONS
16 years in a facility management and engineering position;
Organized and implemented a preventive/predictive maintenance program;
Experience with maintaining maintenance records, energy management systems, project management, fiscal budgets and capital plans.

## EMPLOYMENT BACKGROUND

**Simonds Industries, Inc.**                                          Fitchburg, MA
Project Engineer (Feb, 2000 - May, 2001);
Responsible for the rebuild, set-up and installation of mission critical line operations which significantly increased product capacity; interacted with outside contractors to complete projects; responsible for setting up a computerized preventive/predictive maintenance program; worked on several projects including designing a gauge to measure saw tooth angles and constructing a catalog of product specifications.

Manager of Manufacturing Services (April, 1990 - Jan, 2000);
Directed a plant layout specialist, a maintenance unit manager and an environmental engineer in providing plant services to the manufacturing facility and surrounding buildings and grounds; also accountable for budgets, capital plans and cost reductions for my department.

Electrical Engineer (March, 1985 - April, 1990);
Designed and developed electrical control systems; co-developer of a patented design (Circular Saw Testing Technique – Patent # 5163334).

Electrical Maintenance Supervisor (April, 1982 - March, 1985)
Provided leadership to a crew of 20 skilled and unskilled workers including electricians, millwrights, plumbers, yard people, and janitors in the day-to-day maintenance of a



**LOUIS P. ALBERGHINI**                        Page 2
Resume'

400,500 sq. ft facility and 25+ acres of land; responsibilities also included machine installations, electrical maintenance, and repair.

**Nypromas**                                                     Clinton, MA
Electrical Maintenance Technician (Oct. 1980 - April 1982)
Responsible for electrical maintenance and repair of state-of-the-art injection molding machines.

**Chase Walton Elastomers, Inc.**
Plant Maintenance Manager (May 1976 – Sept 1980)          Hudson, MA
Responsible for a team of 4 people in handling all machine and facility maintenance.

**I.B.E.W., Local #259**
Member of Electricians Local #259, I.B.E.W. (1959 – April 1976)
Worked eight of the seventeen years as a foreman on several jobs ranging in size from an armory in Danvers, MA, to a linear accelerator in Middleton, MA.

## EDUCATION

**Central New England College / Johnson & Wales**, Pro Tech Div.
Bachelor of Science in Electrical Engineering Technology, 1993.
Member of the Alpha Beta Kappa, National Honor Society

**Merrimack College**, Evening Division
Assoc. Degree in Electrical Engineering, 1962.

## SPECIALIZED AREAS OF EDUCATION
Mass. Electrical Journeyman's License, #14629E
Mass. Master's Electrician's License, #9273A
Univ. of Rhode Island, seminar on Preventive Maintenance
Knox-Norton Corp, Industrial Fluid Power I
Learning Tree, seminar on Effective Skills For Technical Managers
Turn Key Mfg. Seminar on Lean Manufacturing Essentials
Training in AutoCAD LT 2000

## COMPUTER SKILLS
Microsoft Windows, Word, Excel, and AutoCAD LT

## PERSONAL DATA
Married, three sons, excellent health
Interests: avid sports fan, golf, camping, and bicycling

**SALARY**: Negotiable

**References**: Available upon request.

# EXHIBIT C

Deposition of LOUIS P. ALBERGHINI taken 1/11/2005
Case 4:04-cv-40092-FDS   Document 21-6   Filed 03/23/2005   Page 5 of 10
Sheet 1

**Page 1**

```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
                    CENTRAL DIVISION
                Civil Action No. 04-40092-FDS

LOUIS P. ALBERGHINI,       )
         Plaintiff,        )
    VS.                    )
                           )
SIMONDS INDUSTRIES, INC.,  )
         Defendant.        )
```

DEPOSITION OF LOUIS P. ALBERGHINI, taken at the request of the Defendant pursuant to Rule 30 of the Massachusetts Rules of Civil Procedure before Julie A. Bates, a Notary Public in and for the Commonwealth of Massachusetts, on Tuesday, January 11, 2005, at the offices of Bowditch & Dewey, 311 Main Street, Worcester, Massachusetts. Also present: Richard Brault.

APPEARANCES:

FOR THE PLAINTIFF:
ELLIOTT LAW OFFICE P.C.
30 Central Street
Gardner, MA 01440
(978) 632-7948
  BY: JOHN M. FLICK, ESQ.

FOR THE DEFENDANT:
BOWDITCH & DEWEY, LLP
311 Main Street
Worcester, MA 01615
(508) 791-3511
  BY: JONATHAN R. SIGEL, ESQ.

BAY STATE REPORTING AGENCY
76 MILL STREET, WORCESTER, MASSACHUSETTS 01603
(508) 753-4121

**Page 2**

INDEX

Witness:                                    Page
LOUIS P. ALBERGHINI
  BY MR. SIGEL                                 3

EXHIBITS

No.  Description                            Page
 1   2002 Tax Documents                       23
 2   2003 Tax Documents                       24

Certificate of Court Reporter                 92

**Page 3**

STIPULATIONS

MR. SIGEL: Thank you. John, usual stipulations?

MR. FLICK: Usual, yep. And read and sign.

MR. SIGEL: Okay.

**LOUIS P. ALBERGHINI,** having been satisfactorily identified by the production of his driver's license and duly sworn, was examined and testified as follows:

EXAMINATION BY MR. SIGEL:

Q. Mr. Alberghini, my name is Jonathan Sigel, as you, I'm sure, know by now. If you recall, we did take your deposition -- strike that. I did take your deposition in October of 2002. Do you remember that regarding the MCAD action?

A. Yes.

Q. Did you review your deposition transcript from that deposition in preparation for today's deposition?

A. Yes.

Q. And is the testimony you provided

**Page 4**

at that deposition accurate and truthful?

A. I believe so.

Q. Mr. Alberghini, do you have any health condition or are you taking any medications that impair your memory or ability to testify at this deposition?

A. No.

Q. Did you consult with your attorney in preparation for this deposition?

MR. FLICK: Objection. You can -- attorney-client privilege. You can answer yes or no, but just don't reveal anything --

Q. I'm not asking about your discussions. I'm just asking if you consulted with your attorney in preparation for today's deposition.

A. Yes.

Q. Did you review any documents in preparation for today's deposition other than the deposition transcript from October 2002 deposition?

A. I looked at a legal memorandum.

Q. Okay. Was that in connection with the MCAD case?

**33**

Q. Okay.
A. I was doing work for the carbide tip machines that were coming in, installing those in place. I did modifications to those machines also.
Q. Do you remember specifically what projects you were working on with Rick Brault?
A. That was the reciprocating project. Now, what projects was I doing?
Q. If I said power tool accessory manufacturing lines, does that refresh your memory?
A. That's the recip line, yes.
Q. Can you tell me -- can you describe what that -- what those duties involved on your part?
A. One of the projects was I was setting up some shelving in an area. Another project was I was interacting with an outside vendor. I don't remember what they were doing. That's all I can remember.
Q. Okay. Do you remember what Mr. Brault's part of the project was?
A. If I remember correct, Rick was

**34**

heading it up.
Q. So --
A. The whole thing.
Q. Okay. So he oversaw you with respect to that project?
A. With respect to the project, yeah. In other words, I got my orders from Steve, my boss, and I worked with Rick. Yes.
Q. And by "Steve" do you mean Steve Niemi?
A. That's correct.
Q. Do you recall what Steve's position was at the time?
A. I think he was -- I'm pretty sure he was the manager of engineering.
Q. Okay. And was that the position he held at the time of your layoff in May of 2001 --
A. Yes.
Q. -- to your recollection?
A. To my recollection, yes.
Q. So you said that Rick's duties regarding the project were to oversee the project?

**35**

A. I believe so.
Q. Do you recall what, if any, engineering duties he had regarding the project?
A. No.
Q. And I don't know if you can answer this question or not, but do you contend that you could have performed Mr. Brault's part of the project?
A. Yes, I believe so.
Q. How can you answer that if you don't know what his duties were specifically regarding the project?
A. Engineering isn't that hard. You just got to follow through with it. It's just a lot of -- at Simonds, it was just to -- you didn't do that much design, you just were given projects and you broke them down and got them done. It isn't -- it's not rocket science.
Q. So when you say engineering isn't that hard, do you mean any kind of engineering?
A. I think electrical engineering is a

**36**

lot harder than mechanical.
Q. And you were an electrical engineer, right?
A. Yes.
Q. But you were not a mechanical engineer, correct?
A. Not according to Simonds I wasn't, no. Although they gave me mechanical jobs to do, projects to carry out.
Q. Well, it's true, isn't it, that you could perform certain mechanical functions but not necessarily need to be a mechanical engineer, right?
A. Say that again?
Q. Well, you said you were given certain mechanical assignments. But those assignments that you performed that were mechanical in nature didn't necessarily require you to be a mechanical engineer, right?
A. Right, because I wasn't a mechanical engineer.
Q. And what mechanical duties, as you have characterized them, did you perform at

Deposition of LOUIS P. ALBERGHINI taken on 1/11/2005
Case 4:04-cv-40092-FDS    Document 21-6    Filed 08/08/2005    Page 6 of 10
Sheet 17

**65**

A. The manager of manufacturing.
Q. And that was your last position prior to your January 2000 layoff?
A. Yes.
Q. So prior to your first layoff, Mr. Szocik was doing what at the company?
A. He was layout, layout engineer or whatever you want to call him. Just layout. He developed the flow through the -- flow of material through the building.
Q. He wasn't performing the facilities manager position at the time you were laid off in January of 2000?
A. Just about.
Q. What do you mean?
A. He actually took over my duties that I had when I was laid off.
Q. Right at that time?
A. At that time. Well, I was told that John Jordan was going to be taking it over and that they were laying off my level. But when I came back in, I could see that he wasn't doing the job that I was doing, that in actuality that Tom had taken over the job. He

**66**

was running the plant, maintenance, he had the environmental group, he had all the -- just what I did before.
Q. What you had -- just exactly what you had been doing immediately prior to your initial layoff?
A. Yep, all of it.
Q. And he had not been doing that -- those functions prior to your layoff in January of 2000?
A. No.
Q. And he held that position during your entire last year and a half of employment?
A. That I know of, yes.
Q. Did you -- strike that. Were you grateful to Simonds for finding another position for you when they offered you the position of project engineer?
A. Yes.
Q. Do you recall any other changes than -- besides those you've already mentioned to the manufacturing process during your last year and a half of employment?

**67**

A. You're saying to the actual line process, running -- the material coming through? Is that what you're talking about?
Q. Right.
A. Offhand I don't.
Q. Okay. Do you recall a meeting between Chip Holm and the engineering department including you, Mr. Brault, and Mr. Dexter within the last few months prior to your layoff in May of 2001?
A. Do I remember having meetings with Chip? Yes.
Q. Do you remember a meeting during which Chip asked for volunteers on the projects?
A. No.
Q. Do you remember volunteering for any particular projects?
A. The only thing I remember, his telling me what I was going to be doing.
Q. Okay. But you don't remember him asking for volunteers.
A. No.
Q. What did he tell you you were going

**68**

to be doing?
A. He said he wanted to increase the PM program out in the shop as one of my projects.
Q. Okay. And by "PM" you mean preventive maintenance?
A. That's correct.
Q. And you said as one of your projects. Anything else that he assigned you?
A. I was to continue on with what the projects I had.
Q. What was your impression of Mr. Holm with respect to his -- and by the way, what position -- he came to the company while you were -- he was relatively new to the company during your second stint with Simonds, right?
A. Yes.
Q. And what was his job? Do you remember?
A. I believe he was VP of manufacturing.
Q. Okay.
A. There was two of them. Maybe he

Deposition of LOUIS P. ALBERGHINI taken on 1/14/2005
Case 4:04-cv-40092-FDS   Document 21-6   Filed 08/08/2005   Page 7 of 10
Sheet 22

85

have the experience, he didn't have the knowledge of the plant or of the product. So I felt I could have done a more than adequate job.

Q. You're not saying that you thought -- are you talking about Mr. Peter Duperry?

A. Yes.

Q. And you're not testifying, are you, that you think you were more qualified than him to perform the job, right?

A. I don't know whether I'm more qualified than him or not.

Q. Okay. But as a mechanical engineer and someone with a mechanical engineering degree, do you believe that he brought something to the table to Simonds that you did not have?

A. He didn't have the experience. That's what I brought to the table.

Q. I understand. But what he brought to the table was a mechanical engineering degree that you did not have. And my question is, isn't that something that is -- you

86

testified earlier that all things being equal, you would hire someone with a mechanical engineering degree, right?

A. Yes, but not -- we're not talking about equality here. I had the experience, he didn't. And I think that far outweighs book learning.

Q. Well, you had the experience working at the company. So you were familiar with the company, right?

A. Company and product, machines.

Q. But you didn't design machines, right?

A. I did not.

Q. You never performed the duties of a manufacturing engineer.

A. No, I didn't.

Q. Or a product engineer.

A. Never asked to.

Q. Or a mechanical engineer, correct?

A. I have.

Q. You have of a mechanical engineer.

A. Some of the jobs I did required mechanical engineering.

87

Q. Okay. I don't want to get back into that because I think you spoke to that to some degree. But you didn't perform the -- there were people at Simonds who were mechanical engineers who had certain responsibilities, right, had a certain set of responsibilities, correct?

A. Like what set of responsibilities?

Q. Well, that's my question to you. Do you know?

A. No.

Q. Okay. Well, Mr. Niemi you said you knew was a mechanical engineer, right --

A. Yes.

Q. -- he had a certain set of responsibilities.

A. He was more listed as a manager of the engineering department.

Q. But he also performed --

A. Mechanical engineering.

Q. Right.

A. Yes.

Q. And he was -- he had a certain educational background and experience

88

background in that regard that you did not have, correct?

A. Educational and experience.

Q. Do you believe that when you were laid off from Simonds you could perform all the duties of a mechanical engineer?

A. I had the skills, I believe.

Q. To do all of them, all of the duties.

A. I don't know.

Q. Do you believe that a mechanical engineer without any other training could perform all of the duties of an electrical engineer, a degree which you had?

A. It's a hypothetical. I don't know.

Q. Well, there's some difference, isn't there --

A. Probably not.

Q. Okay. Do you remember Mr. Holm making the statement that the company had twice as many engineers as you needed?

A. No.

Q. You're not saying he didn't say that, you just don't recall it, right?

# EXHIBIT D

Case 4:04-cv-40092-FDS   Document 21-6   Filed 08/08/2005   Page 8 of 10

```
                                                                  3
 1                      UNITED STATES DISTRICT COURT
                         DISTRICT OF MASSACHUSETTS
 2                           CENTRAL DIVISION
                         Civil Action No. 04-40092-FDS
 3
 4       LOUIS P. ALBERGHINI,           )
                    Plaintiff,          )
 5                                      )
               vs.                      )
 6                                      )
         SIMONDS INDUSTRIES, INC.,      )
 7                  Defendant.          )
 8
 9            DEPOSITION OF JOHN W. JORDAN, taken at
         the request of the Defendant pursuant to the
10       applicable provisions of the Federal Rules of
         Civil Procedure before Julie A. Bates, a Notary
11       Public in and for the Commonwealth of
         Massachusetts, on Thursday, March 10, 2005, at
12       the offices of Bowditch & Dewey, 311 Main Street,
         Worcester, Massachusetts.  Also present:  Ilda
13       Thibodeau and Attorney David Witman and
         Attorney David Felper.
14
         A P P E A R A N C E S:
15
         FOR THE PLAINTIFF:
16       ELLIOTT LAW OFFICE P.C.
         307 Central Street
17       Gardner, MA 01440
         (978) 632-7948
18       BY: MARCIA L. ELLIOTT, ESQ.

19       FOR THE DEFENDANT:
         BOWDITCH & DEWEY, LLP
20       311 Main Street
         Worcester, MA 01615
21       (508) 791-3511
         BY:  JONATHAN R. SIGEL, ESQ.
22
23       _____
              BAY STATE REPORTING AGENCY
24       76 MILL STREET, WORCESTER, MASSACHUSETTS 01603
                        (508) 753-4121
```

```
                                                                  2
 1                        I N D E X
 2       Witness:                           Page
 3       JOHN W. JORDAN
 4         BY MR. SIGEL                       3
 5         BY MS. ELLIOTT                    87
 6         BY MR. SIGEL                     108
 7
 8
 9
10                        E X H I B I T S
11
12       No.  Description                   Page
13       1    Recap of Termination Meetings  25
14
...
22       Certificate of Court Reporter      118
```

```
                                                                  3
 1                      P R O C E E D I N G S
 2              JOHN W. JORDAN, a witness called to
 3       testify by counsel for the Defendant, having
 4       been first duly sworn, was examined and
 5       testified as follows:
 6
14:27:02  7    EXAMINATION BY MR. SIGEL:
14:27:03  8        Q.   Good afternoon, Mr. Jordan.  My
14:27:05  9    name is Jonathan Sigel, and as you know I
14:27:08 10    represent Simonds Industries --
14:27:09 11        A.   Uh-huh (affirmative response).
14:27:10 12        Q.   -- in this case.  We're -- as you
14:27:15 13    also know, Mr. Alberghini has brought a claim
14:27:19 14    for age discrimination.
14:27:23 15             MR. SIGEL:  First of all, can we
14:27:24 16    just agree to usual stipulations?
14:27:27 17             MS. ELLIOTT:  Correct.
14:27:28 18        Q.   And you will have an opportunity if
14:27:29 19    you want to review your deposition and sign
14:27:32 20    your deposition and make any changes on the
14:27:34 21    errata sheet which you deem necessary.
14:27:37 22             Do you have any health condition or
14:27:39 23    are you taking any medication --
14:27:41 24        A.   No.
```

```
                                                                  4
14:27:41  1        Q.   -- okay.  Maybe I should have
14:27:45  2    started with the ground rules.  But if you
14:27:48  3    could let me finish the question --
14:27:50  4        A.   Oh, sure.  I thought you had.
14:27:52  5        Q.   -- before you answer.  And don't
14:27:54  6    hesitate to ask me to repeat a question if you
14:27:58  7    want to.
14:27:58  8        A.   Okay.
14:27:59  9        Q.   Or for clarification.  I'm not
14:28:01 10    trying to confuse you in any way.  Your only
14:28:04 11    job is to give your testimony to the best of
14:28:06 12    your memory and truthfully.  If you want a
14:28:12 13    break at any time, don't hesitate to mention
14:28:14 14    that as well.  So my question is, do you have
14:28:19 15    any health condition, or are you taking any
14:28:22 16    medication that would impair your memory or
14:28:25 17    ability to testify truthfully at this
14:28:27 18    deposition?
14:28:27 19        A.   No.
14:28:29 20        Q.   Thank you.  Mr. Jordan, how did you
14:28:33 21    come to be involved with this case?
14:28:39 22        A.   Probably dates back to, I'm going to
14:28:45 23    say, late 2001.  I was contacted at some point
14:28:52 24    in time by Attorney Elliott asking if I might
```

## Page 17

```
14:43:29  1   was less of an information flow regarding
14:43:32  2   profitability and more of an information flow
14:43:36  3   regarding cost control.  Kind of a -- I mean
14:43:??  4   somewhat of a subtle change, I guess.
14:43:43  5            But many of the existing financial
14:43:46  6   documents that, you know, had been relied upon
14:43:50  7   for years on a monthly basis were now being
14:43:53  8   substituted by, you know, different type
14:43:55  9   documents.  And again, the emphasis was more on
14:43:59 10   controlling costs within one zone -- sphere of
14:44:04 11   influence as opposed to looking at Fitchburg
14:44:07 12   plant profitability, which used to be a very
14:44:08 13   key -- previously was a very key measurement.
14:44:11 14       Q.   So to what do you attribute the
14:44:18 15   change -- that change in emphasis that you just
14:44:20 16   described?
14:44:21 17       A.   Well, one of the cornerstones, if
14:44:24 18   you will, of Ray Martino and his group's
14:44:27 19   management style was a focus on cost control,
14:44:33 20   year-to-year cost reductions, trying to really
14:44:39 21   control conversion costs, you know, as an
14:44:43 22   attempt to improve the bottom line.  So there
14:44:46 23   was a tremendous amount of focus on conversion
14:44:50 24   cost control even to the extent that our bonus
```

## Page 18

```
14:44:53  1   plans were designed around it, for example, and
14:44:57  2   it was just given a lot of -- a lot more
14:45:02  3   emphasis than, I guess, previously.
14:45:03  4       Q.   Did your bonus criteria to yourself
14:45:10  5   change beginning in January of 2001 when you
14:45:12  6   changed positions?
14:45:15  7       A.   Yes, because the old bonus plan was
14:45:20  8   based on gross profit at the Fitchburg facility
14:45:22  9   plus some inventory goals.  And again, the
14:45:26 10   hourly bonus plan -- and to the best of my
14:45:30 11   recollection all bonus plans -- were now -- but
14:45:33 12   the drivers were now cost reduction.
14:45:37 13       Q.   Cost reduction company wide as
14:45:39 14   opposed to just Fitchburg?
14:45:41 15       A.   I think -- I'm sure there were --
14:45:45 16   yes, just Fitchburg, that I'm aware of.  I'm
14:45:48 17   sure there were, you know, corporate plans for
14:45:50 18   corporate people, but it was Fitchburg based.
14:45:55 19       Q.   When you were plant manager, did you
14:45:?? 20   have access to company-wide financial
14:46:02 21   information?
14:46:02 22       A.   Yes.  I'd get the so-called monthly
14:46:05 23   book that had financial statements from the
14:46:09 24   other facilities as well as Fitchburg.
```

## Page 19

```
14:46:13  1       Q.   And --
14:46:14  2       A.   I can't say that I spent a lot of
14:46:16  3   time studying the other facilities, but yeah,
14:46:18  4   they were available.
14:46:19  5       Q.   And how about after your position
14:46:25  6   changed from plant manager?  Did you have the
14:46:27  7   same access to company-wide information?
14:46:30  8       A.   No.
14:46:35  9       Q.   After the layoffs in January of
14:46:42 10   2000, are you aware of any subsequent layoffs
14:46:47 11   at the company during the remainder of your
14:46:47 12   employment?
14:46:48 13       A.   Yes.
14:46:50 14       Q.   And if you could just describe all
14:46:52 15   of those for me.
14:46:56 16       A.   During -- after 2000 but before I
14:46:58 17   left?
14:46:59 18       Q.   Correct.  After January of 2000 but
14:47:02 19   prior to your leaving the company.
14:47:05 20       A.   Well, I'm certainly aware of the Lou
14:47:12 21   Alberghini, Bill Baker, Barry Brown layoffs
14:47:16 22   in -- was it May of 2001 --
14:47:18 23       Q.   Right.
14:47:19 24       A.   -- why we're here.  Others?  There
```

## Page 20

```
14:47:25  1   was a Steve Grueitz (phonetic spelling) in
14:47:28  2   customer service.  There may have been some --
14:47:32  3   you know, I'm not -- I suspect there were some
14:47:35  4   possibly in data processing or inside sales of
14:47:38  5   the financial area that I'm -- can't really
14:47:43  6   recall.  But -- yeah, I suspect there were some
14:47:47  7   in pretty much every aspect of the business.
14:47:50  8       Q.   And are you -- when you say that,
14:47:53  9   are you talking about Fitchburg only or
14:47:55 10   company-wide?
14:47:59 11       A.   Well, there were definitely some
14:48:01 12   moves at the plant in Ohio, the plant in
14:48:06 13   Michigan, so I would say it was company wide
14:48:10 14   without being able to necessarily recall names.
14:48:10 15       Q.   Okay.  So in the Fitchburg facility,
14:48:15 16   do you recall, as you sit here today, any
14:48:18 17   layoffs between Mr. Larson's layoff, for
14:48:21 18   example, in January of 2000 and
14:48:24 19   Mr. Alberghini's initial layoff at that time,
14:48:26 20   and Mr. Alberghini's subsequent layoff in May
14:48:29 21   of 2001?
14:48:31 22       A.   Between?
14:48:32 23       Q.   Between --
14:48:34 24            MS. ELLIOTT:  Which between are you
```