## Page 21

```
14:48:34  1  referring to?
14:48:35  2         THE WITNESS: Yeah. I understand
14:48:36  3  the time frame.
          4         MS. ELLIOTT: I don't.
14:48:38  5         MR. SIGEL: Okay. Between January
14:48:39  6  of 2000 and May of 2001.
14:48:41  7         MS. ELLIOTT: Okay.
14:48:49  8     A.  Let's see. There was a reduction
14:48:52  9  of -- I want to make sure I'm -- there was a
14:48:56 10  reduction of the unit manager, Todd, and --
14:49:00 11  prior to that, I believe. Again, I'm not sure
14:49:07 12  about all the -- you know --
14:49:11 13     Q.  Todd Darling?
14:49:12 14     A.  Todd Darling, yeah. I'm not sure
14:49:15 15  about all the other -- again, there might have
14:49:17 16  been some finance or data processing or inside
14:49:22 17  sales that I'm not aware. I mean, I suspect
14:49:24 18  there were, but I don't really know.
14:49:29 19     Q.  Did you have any involvement in any
14:49:31 20  of the decision regarding layoffs that occurred
14:49:34 21  after January of 2000?
14:49:36 22     A.  No.
14:49:44 23     Q.  Were you asked for your input
14:49:46 24  regarding any of those layoffs?
```

## Page 22

```
14:49:50  1     A.  After?
14:49:52  2     Q.  Yes. After January of 2000.
14:49:53  3     A.  No.
14:49:57  4     Q.  So you had no input into the
14:50:03  5  decision to lay Mr. -- lay off Mr. Alberghini
14:50:06  6  in May of 2001?
14:50:08  7     A.  No.
14:50:08  8     Q.  Did you have any knowledge of the
14:50:10  9  reasons for his layoff in May of 2001?
14:50:15 10     A.  No.
14:50:26 11     Q.  In your opinion, were the layoffs
14:50:30 12  which occurred after January of 2000 and prior
14:50:32 13  to your leaving the company based on legitimate
14:50:38 14  reasons?
14:50:40 15     A.  I don't have a comment on that.
14:50:43 16     Q.  So you can't say either way?
14:50:46 17     A.  Legitimate is kind of a value
14:50:48 18  judgment. Company had embarked on some
14:50:54 19  downsizing, so be it. It's not important
         20  whether I thought it was correct or legitimate.
14:51:05 21     Q.  Well, did you agree with their
14:51:08 22  decisions regarding downsizing?
14:51:11 23         MS. ELLIOTT: Which time frame are
14:51:13 24  you referring to?
```

## Page 23

```
14:51:14  1     Q.  Any time after January of 2000 until
14:51:19  2  you left.
14:51:21  3     A.  Agree? No. I can accept it. I
14:51:28  4  mean, again, this is a -- you know, a corporate
14:51:32  5  decision to downsize or right size the
14:51:37  6  organization.
14:51:37  7     Q.  Do you know who the decision-makers
14:51:40  8  were regarding all of those layoffs?
14:51:43  9     A.  I would assume it was held at the --
14:51:46 10  you know, the highest levels of the
14:51:48 11  corporation, Mr. Martino and Mr. Botticello.
14:51:52 12  You know, perhaps some involvement from Ilda.
14:51:55 13  I'm really not sure.
14:51:56 14     Q.  But you don't know for sure.
14:51:58 15     A.  No.
14:51:58 16     Q.  Or the reasons that those
14:52:01 17  individuals were selected for layoffs?
14:52:04 18         MS. ELLIOTT: Which individuals are
14:52:05 19  you referring to?
14:52:06 20         MR. SIGEL: Again the time period is
14:52:08 21  people laid off after January of 2000 and prior
14:52:11 22  to the time you left the company.
14:52:12 23     A.  The closest thing I ever heard to an
14:52:15 24  explanation about Alberghini, Brown, and Baker,
```

## Page 24

```
14:52:20  1  was at an impromptu meeting that Chip Holm, who
14:52:26  2  was now the vice president of manufacturing,
14:52:28  3  called, I believe, that -- the afternoon or the
14:52:30  4  very next morning after the three were let go.
14:52:36  5  And -- where he, number one I think it was a
14:52:39  6  courtesy to let the remaining staff know, you
14:52:42  7  know, before that -- maybe before the shop
14:52:45  8  floor knew, basically said that these three
14:52:48  9  people would be no longer with us.
14:52:49 10         He started to embark on an
14:52:54 11  explanation, but I think he came to the
14:52:58 12  conclusion that the less said, the better. I
14:53:00 13  mean, that's the way I interpreted it and we --
14:53:04 14  so -- I'd be hard-pressed to call it an
14:53:07 15  explanation. He basically said, you know,
14:53:10 16  "Lou, Barry, and Bill are no longer with us.
14:53:14 17  The engineering department now consists of
14:53:16 18  whoever is left," and that was pretty much it.
14:53:20 19     Q.  Okay. Now, you were involved with
14:53:30 20  the reorganization and reduction in force which
14:53:32 21  occurred in January of 2000, right?
14:53:34 22     A.  Yes.
14:53:34 23     Q.  Do you have any personal knowledge
14:53:36 24  that Simonds intentionally discriminated on the
```

…

25

```
14:53:38  1   basis of age in doing those layoffs?
14:53:40  2        A.   In 2000?
14:53:42  3        Q.   Correct.
         4        A.   No.
14:53:45  5        Q.   Do you have any personal knowledge
14:53:47  6   that the company discriminated against anyone
14:53:49  7   on the basis of age regarding any layoffs after
14:53:53  8   January of 2000?
14:53:54  9        A.   No.
14:53:55 10        Q.   Do you feel generally that the
14:54:05 11   layoffs, including January 2000 and those after
14:54:08 12   during your employment, were -- and I'm using
14:54:12 13   your words now -- painful but necessary?
14:54:17 14        A.   Painful, yes.  Necessary to achieve
14:54:21 15   the stated cost reduction goals.  So yes.
14:54:28 16        Q.   I want to show you a document and
14:54:33 17   I'm going to show you an original, what I
14:54:35 18   believe to be an original, Mr. Jordan, and ask
14:54:38 19   you to take a look at this.
14:54:39 20        A.   Uh-huh (affirmative response).
14:54:40 21        Q.   I'm going to mark it as Exhibit 1 to
14:54:42 22   your deposition today.
         23             (Exhibit No. 1, Recap of termination
14:54:44 24   meetings; so marked.)
```

26

```
14:54:44  1        Q.   Have you had a chance to review this
14:55:18  2   document?
14:55:30  3        A.   Yes.
14:55:31  4        Q.   Do you recognize it?
14:55:32  5        A.   Yeah.
14:55:32  6        Q.   What do you recognize it to be?
14:55:35  7        A.   A recap of the termination meetings
14:55:40  8   with Mr. Alberghini, Mr. Larson, and
14:55:44  9   Mr. Bourque on January 7th of 2000.
14:55:49 10        Q.   Is that your signature at the bottom
14:55:51 11   of the document?
14:55:51 12        A.   Yes.
14:55:51 13        Q.   Is that your original signature?
14:55:54 14        A.   Yeah, I -- I think so.  Yes.
14:56:00 15        Q.   And did you write that document
14:56:09 16   yourself?
14:56:10 17        A.   Yes.
14:56:12 18        Q.   And did you sign it on January 10th,
14:56:14 19   2000?
         20        A.   Yes.
14:56:15 21        Q.   Did you prepare it on January 10th,
14:56:18 22   2000?
14:56:19 23        A.   Somewhere between the 7th and the
14:56:21 24   10th.
```

27

```
14:56:21  1        Q.   Okay.  And --
14:56:25  2        A.   Wouldn't have been the 7th.
14:56:27  3   Probably the 10th, yeah.
14:56:28  4        Q.   Okay.  And are the statements
14:56:29  5   contained in that document true to the best of
14:56:32  6   your knowledge?
14:56:34  7        A.   Yes.
14:56:34  8        Q.   Why did you prepare that document?
14:56:43  9        A.   I can't actually recall.
14:56:48 10   Documentation.  Documentation of the
14:56:50 11   proceedings of the 7th.
14:56:51 12        Q.   Was it your practice to document
14:56:56 13   exit interviews that you were involved with?
14:56:58 14        A.   I'm going to say no.  Maybe more
14:57:06 15   accurately, I don't know.  It was the first --
14:57:11 16   it was the first such letter that -- memo to
14:57:13 17   file that I'd been involved in.
14:57:15 18        Q.   Okay.  But you don't remember why
14:57:17 19   you prepared it?
14:57:18 20        A.   Why I prepared it?  I assume someone
14:57:21 21   asked for, you know, document the events of the
14:57:25 22   7th and, you know, try to explain yourself and
14:57:31 23   Ilda's role and briefly recap the proceedings.
14:57:36 24        Q.   I apologize if I asked you this
```

28

```
14:57:37  1   already, but is it your understanding that the
14:57:40  2   layoffs that affected employees in -- at
14:57:44  3   Simonds in January of 2000, were there layoffs
14:57:49  4   at that time in any other facilities that
14:57:51  5   you're aware of?
14:57:56  6        A.   I'd strongly suspect there were
14:57:58  7   given that, you know, the layoffs were -- at
14:58:03  8   least in the Fitchburg facility were the result
14:58:05  9   of, you know, some strenuous, you know,
14:58:09 10   budgeting cost reduction efforts.  I can only
14:58:11 11   assume it was going on at every plant.  So I'm
14:58:14 12   going to say yes, but I'd be hard-pressed to,
14:58:16 13   you know, give names.
14:58:17 14        Q.   Okay.  If I could just direct your
14:58:21 15   attention to the third sentence in that first
14:58:25 16   paragraph.
14:58:27 17        A.   Yeah.
14:58:27 18        Q.   And ask if you could just explain
14:58:33 19   that, what you meant by that sentence.
14:58:35 20        A.   The one that starts with "I
14:58:37 21   briefly"?
14:58:37 22        Q.   Correct.
14:58:41 23        A.   That the -- yeah.  There was a
14:58:47 24   reorganization for cost control, and part of
```

## Page 33

```
15:03:41  1   A.    Well, I mean, I'm sure there must
15:03:45  2   have been some emergency situations whereby one
15:03:48  3   of the remaining engineers might have been
          4   asked to contribute.
          5   Q.    And is it your memory that
15:03:54  6   Mr. Alberghini assumed any of his duties when
15:03:56  7   Mr. Alberghini was rehired by the company?
15:04:03  8   A.    Specifically? The -- part of the
15:04:11  9   reorganization was that the -- that wood
15:04:16 10   products group would no longer have an assigned
15:04:19 11   engineer. So it was kind of back into having a
15:04:22 12   pool of manufacturing engineers, project
15:04:27 13   engineers, that could be assigned by the
15:04:28 14   engineering manager as needed.
15:04:30 15   Q.    Okay. Prior to Mr. Alberghini being
15:04:41 16   rehired -- and the company did rehire him for a
15:04:47 17   project manager position?
15:04:49 18   A.    Project engineer, yes.
15:04:50 19   Q.    I'm sorry.
15:04:51 20   A.    Yes.
15:04:52 21   Q.    Project engineer position.
15:04:54 22   A.    Yes.
15:04:55 23   Q.    Do you recall anyone at the company
15:04:59 24   having -- prior to that time -- having the
```

## Page 34

```
15:05:01  1   title project engineer?
15:05:05  2   A.    I don't know. I mean, it was an
15:05:11  3   existing job description, so it would -- it was
15:05:15  4   either vacant or one or two or three of the
15:05:20  5   engineering staff was in a project engineering
15:05:23  6   position. But I wouldn't know for sure.
15:05:33  7   Q.    Did Mr. Larson express an interest
15:05:36  8   in any of those positions that you mentioned or
15:05:38  9   that Ilda mentioned?
15:05:40 10   A.    I'm going to say no.
15:05:42 11   Q.    How about Mr. Bourque?
15:05:45 12   A.    Jim gave some consideration to
15:05:49 13   inside sales where he had some background, you
15:05:54 14   know, 15, 20 years prior. But it didn't seem
15:06:01 15   to get a real strong consideration. It was
15:06:03 16   quite a salary reduction, if I recall.
15:06:07 17   Q.    What do you remember, if anything,
15:06:10 18   Mr. Alberghini saying to you and Ilda during
15:06:13 19   that meeting? I'm talking about the exit
          20   interview meeting in January of 2000.
          21   A.    Nothing -- I don't remember anything
15:06:22 22   of any of the three meetings.
15:06:24 23   Q.    Okay.
15:06:24 24   A.    Other than glad they were over.
```

## Page 35

```
15:06:28  1   Q.    Do you remember you were --
15:06:32  2   A.    I mean in terms of conversation
15:06:33  3   or --
15:06:33  4   Q.    I understand.
15:06:35  5   A.    -- remarks, no, I don't.
15:06:37  6   Q.    Okay. Do you remember Ilda or you
15:06:39  7   giving Mr. Alberghini the severance agreement
15:06:43  8   at that time?
15:06:43  9   A.    I believe Ilda did.
15:06:44 10   Q.    Do you remember whether he signed
15:06:46 11   any severance agreement at that time?
15:06:51 12   A.    I don't remember. I mean, one of
15:06:54 13   the reasons for the meeting was to, A, you
15:06:58 14   know, do the termination, but for Ilda to get
15:07:03 15   the paperwork and the documentation started.
15:07:07 16   I'd have to say I believe he signed.
15:07:10 17   Q.    Did Mr. Alberghini, to your
15:07:10 18   knowledge, receive any severance pay as a
15:07:12 19   result of the January 2000 layoff?
15:07:17 20   A.    He only missed a week of work, to
15:07:19 21   the best of my recollection. So I believe he
15:07:25 22   was back in the engineering position something
15:07:29 23   like one or two weeks later. So --
15:07:32 24   Q.    Okay.
```

## Page 36

```
15:07:32  1   A.    -- I -- given that it might have
15:07:36  2   been a monthly payroll, I'm going to say
15:07:41  3   probably -- maybe a small prorated stipend.
15:07:45  4   But probably not much. I mean, it was really
15:07:48  5   only about a week or two gap between the 7th
15:07:51  6   and his rehire date.
15:07:53  7   Q.    Okay. So you don't know whether he
15:07:55  8   received any -- he was receiving any severance
15:07:58  9   pay during the time he was re-employed.
15:08:03 10   A.    While re-employed?
15:08:04 11   Q.    Correct.
15:08:04 12   A.    No. That wouldn't have been company
15:08:06 13   policy, I don't believe.
15:08:07 14   Q.    Okay. But you don't have personal
15:08:14 15   knowledge of that.
15:08:15 16   A.    No.
15:08:20 17         MR. SIGEL: Actually, could we take
15:08:22 18   a five-minute break?
         19         (A brief recess was taken and
15:08:51 20   Mr. Felper did not return.)
15:14:18 21         MR. SIGEL: Back on the record.
15:14:20 22   Q.    Mr. Jordan, did you have anything to
15:14:23 23   do with Mr. Alberghini's rehiring by the
15:14:27 24   company?
```

## Page 53

1 engineer?
2  A.  Yes.
3  Q.  How is it different?
4  A.  It's probably less in the machine
5 design side of it and more in the operation
6 side, costing, quoting, job evaluations, job
7 descriptions, incentive systems. But, you also
8 need to be proficient enough to go to the shop
9 floor and make improvements to equipments and
10 processes. So I functioned as a manufacturing
11 engineer.
12  Q.  What's the difference between a
13 chemical engineer and a mechanical engineer?
14  A.  Oh, I did -- again, if you're a
15 chemical engineer in a process industry, you
16 probably get your -- you know, you probably get
17 your hands dirty working on the process. That
18 could be tantamount to saying a metallurgist.
19 I mean, the metallurgists at Simonds get
20 involved in what I consider manufacturing
21 engineering because they know the metallurgical
22 sides of the situation. Therefore, they can
23 have a fair amount of input in machine design
24 and machine installation from that viewpoint.

## Page 54

1  Q.  Is it important to have a background
2 in material science to do metallurgical work?
3  A.  It's critical.
4  Q.  Critical.
5  A.  Yeah.
6  Q.  What's the difference between a
7 mechanical engineer and project engineer? At
8 least as project engineer was used at Simonds.
9  A.  I think they are very comparable.
10  Q.  Could you be a -- strike that. When
11 you say someone's a mechanical engineer,
12 doesn't that generally -- isn't it generally
13 understood that they have a degree in
14 mechanical engineering?
15       MS. ELLIOTT:  Objection.
16  A.  Simonds has had non-degreed
17 mechanical engineers.
18  Q.  Okay. And how about a chemical
19 engineer? Any understanding that -- what is
20 your understanding as to what the
21 qualifications are to be a chemical engineer?
22  A.  Probably because I have -- I don't
23 have a lot of experience in it, but I -- again
24 I expect that would be a degreed position more

## Page 55

1 often than not.
2  Q.  And how about being a mechanical
3 engineer? Is that a degreed position more
4 often than not in your experience?
5  A.  More often than not.
6  Q.  And is it advantageous to have a
7 mechanical engineering degree in order to be a
8 manufacturing engineer?
9  A.  Can't hurt, yeah. It's -- yes, it
10 would be advantageous.
11  Q.  And how about to be a product
12 engineer as that term was used at Simonds, if
13 you know what that phrase means. Same
14 question.
15  A.  The question being would it be
16 advantage --
17  Q.  Correct. Would it be advantageous
18 to have a mechanical engineering degree?
19  A.  Yes.
20  Q.  Mr. Alberghini wasn't responsible
21 for designing products during his employment up
22 to January of 2000, was he, to your knowledge?
23  A.  No.
24  Q.  And how about after January of 2000?

## Page 56

1  A.  I don't know.
2  Q.  At some point in time you said that
3 he was -- actually for approximately a ten-year
4 period Mr. Alberghini was in what position? I
5 think you said from '91 to 2000.
6  A.  Maintenance manager.
7  Q.  Who reported to him in that
8 position? Do you know?
9  A.  He had one direct report, Cary
10 Mansfield, maintenance foreman.
11  Q.  And what did Mr. Mansfield do?
12  A.  Well, he was basically the next step
13 down. He would have been the direct supervisor
14 of the crafts group, the trades and crafts
15 group. Doing, you know, typical foreman
16 things: Setting priorities, providing some
17 expertise and some direction to the work force,
18 getting involved with administering plant
19 rules, safety, the like.
20       There was also a -- he wasn't a
21 Simonds employee, but there was also a
22 housekeeping supervisor that was provided by an
23 off-site cleaning service which was essentially
24 a -- he wasn't on the Simonds payroll, but he


## Page 57

1  was a full-time housekeeping supervisor who
2  had, you know, reported to Lou, if you will.
3     Q.   Do you know when Mr. Alberghini
4  became or obtained a degree in electrical
5  engineering?
6     A.   I'm going to say 1998. But I'm not
7  sure. I know he obtained it as an adult.
8     Q.   What's the difference between a
9  mechanical engineer and an electrical engineer?
10         MS. ELLIOTT: Objection.
11    A.   Well, the primary focus of an
12 electrical engineer would be to understand, you
13 know, all types of electrical concepts and
14 related machinery including design electrical
15 controls and electrification of equipment.
16 Mechanical engineer would be more on the
17 hardware side, you know, tooling and machine
18 design.
19    Q.   Did you refer to manufacturing
20 engineers as product engineers and vice versa
21 while you were at Simonds?
22    A.   Yes.
23    Q.   So those were used interchangeably?
24    A.   I would say so. Product engineers

## Page 58

1  being a relatively new term and --
2     Q.   When you say relatively new, what do
3  you mean?
4     A.   I recall seeing a job description
5  that was created in May of 2001 and, you know,
6  I left the company in September, so -- but
7  yeah, I think they were interchangeable.
8     Q.   Was it your understanding that when
9  Mr. Alberghini was rehired for the project
10 engineer position, that that was a demotion or
11 just a position change?
12    A.   I don't consider it a demotion given
13 that there was a -- you know, there was a gap
14 of service and it was a rehire. I mean
15 clearly, you know, tantamount to my own
16 situation, there was certainly less
17 responsibilities at the manager level.
18    Q.   Less responsibilities as a project
19 engineer.
20    A.   Compared to a -- someone on the
21 senior staff, yeah. In terms of, you know,
22 overall business goals, labor negotiations,
23 budgeting, and the like.
24    Q.   Okay. Was Mr. Alberghini involved

## Page 59

1  in labor negotiations?
2     A.   Yes.
3     Q.   At what point?
4     A.   I believe he attended every
5  negotiation between '91 and '97. I believe he
6  would have been at the '91, the '94, and the
7  '97 negotiations if I recall.
8     Q.   And in his position as maintenance
9  manager, he had a number of union employees who
10 reported to him? Is that true?
11    A.   Well, through his foreman, yeah, he
12 probably had 30, 40 indirect people -- hourly
13 people, yeah.
14    Q.   And by the way, he didn't -- there
15 was no reduction in Mr. Alberghini's pay or
16 benefits to your knowledge when he was rehired,
17 right?
18    A.   I believe we offered him the same
19 salary.
20    Q.   Do you know who Tom Szocik is?
21    A.   Sure.
22    Q.   Who is he?
23    A.   Tom is the -- was the facilities
24 manager at Simonds.

## Page 60

1     Q.   When was he the facilities manager?
2     A.   From -- I'm not sure the actual
3  date. Probably from '98 or '99 he was promoted
4  to facilities manager.
5     Q.   What was he before that?
6     A.   It was a position in the engineering
7  department. I'm not even sure of the title.
8  At one time it was called plant layout -- plant
9  layout and services. I think that was the
10 title.
11    Q.   And how long, if you know, did
12 Mr. Szocik retain the facilities manager
13 position?
14    A.   Until his layoff several weeks ago.
15    Q.   So you're talking about --
16    A.   2005.
17    Q.   Okay. And how do you know that?
18    A.   Personal contact.
19    Q.   With Mr. Szocik?
20    A.   Yeah.
21    Q.   Did he tell you why he was laid off?
22    A.   No. Position was eliminated.
23    Q.   That facilities manager position was
24 eliminated?

## 65

```
15:50:34  1   quality of his job performance?
15:50:42  2       A.   No.  No, not really.  I mean, I
15:50:50  3   assume it was acceptable.
          4       Q.   You said that you know that he had a
          5   mechanical engineering degree?
15:50:55  6       A.   I knew he was a Worcester Tech grad.
15:50:58  7   I wasn't sure about the degree.
15:50:59  8       Q.   Okay.  Do you know about any of his
15:51:10  9   other qualifications?
15:51:14 10       A.   I know he was functioning as a kind
15:51:20 11   of a backup to the plant metallurgist who
15:51:24 12   was --
15:51:24 13       Q.   Is that Ernie?
15:51:26 14       A.   Yeah, Ernie.  He was pondering
15:51:30 15   retirement.  So I think he was trying to pick
15:51:32 16   up some of the process metallurgy aspects of
15:51:39 17   it.
15:51:39 18       Q.   Did you -- strike that.  Do you know
15:51:42 19   whether Mr. Dexter had any education in
15:51:48 20   material science?
15:51:48 21       A.   I don't know.
15:51:50 22       Q.   But as you've testified before, you
15:51:52 23   thought that that would be critical to doing
15:51:55 24   metallurgical work?
```

## 66

```
15:51:55  1       A.   Yes.
15:52:03  2       Q.   And was Mr. -- and it's Evancic?
15:52:14  3       A.   Yeah.
15:52:15  4       Q.   Ernie Evancic?
15:52:16  5       A.   Yeah.
15:52:16  6       Q.   Was he still at Simonds when you
15:52:18  7   left the company in September of 2001?
15:52:24  8       A.   At least part-time.  So yes.  He was
15:52:26  9   still there.
15:52:30 10       Q.   Do you have any knowledge of the
15:52:31 11   quality of his job performance?
15:52:32 12       A.   Well, Ernie was one of the -- in the
15:52:37 13   group that I managed, one of the things that we
15:52:39 14   did from time to time need to call on was
15:52:45 15   metallurgical advice.  And his performance was
15:52:48 16   outstanding.
15:52:49 17       Q.   And he wasn't laid off at any time,
15:52:51 18   right?
15:52:51 19       A.   I don't believe so, no.
         20       Q.   Do you have any knowledge as to why
         21   the company retained Mr. Evancic?
15:52:59 22       A.   He was the primary and only resource
15:53:05 23   of metallurgical knowledge that is very
15:53:11 24   critical to the Simonds product.
```

## 67

```
15:53:17  1       Q.   And do you know whether the company
15:53:19  2   valued his expertise?
15:53:21  3       A.   I certainly did.  I believe he was
15:53:24  4   well regarded.  He was certainly well regarded
15:53:27  5   by the manufacturing people.
15:53:29  6       Q.   Do you know Peter Duperry?
15:53:31  7       A.   Not really.  I -- we overlapped for
15:53:37  8   a pretty short time.
15:53:41  9       Q.   Do you know what job he was hired to
15:53:43 10   do?
15:53:44 11       A.   One of the engineering positions.  I
15:53:47 12   don't think we ever even spoke.
15:53:48 13       Q.   Do you have any knowledge of his
15:53:50 14   educational background?
15:53:51 15       A.   I think he was a Worcester Tech
15:53:54 16   grad, but I'm not -- that's just on hearsay.
15:53:56 17       Q.   Okay.  Did you ever work with him at
15:53:58 18   all?
15:53:58 19       A.   No.
15:53:59 20       Q.   Did you ever work with Mr. Duperry
15:54:02 21   at all on any project -- I'm sorry, Mr. Dexter
15:54:05 22   on any projects?  I misspoke.
15:54:08 23       A.   On a project?  No.  I don't -- no.
15:54:15 24   I'm going to say no.
```

## 68

```
15:54:16  1       Q.   Do you know what Mr. Duperry's
15:54:23  2   duties were for the company?
15:54:24  3       A.   Not exactly, no.
15:54:30  4       Q.   So with respect to Mr. Dexter,
15:54:34  5   Mr. Duperry, do you have any personal knowledge
15:54:36  6   of their qualifications to do their respective
15:54:39  7   jobs?
15:54:47  8       A.   Not beyond the fact that they
15:54:50  9   presumably held engineering degrees from
15:54:54 10   Worcester Tech.
15:54:55 11       Q.   Did you see those as valuable
15:54:58 12   qualifications to have in those positions?
15:54:59 13       A.   Oh, sure, yeah.
15:55:09 14       Q.   Do you know a gentleman by the name
15:55:10 15   of Salvatore Santoro?
15:55:15 16       A.   Yes.
15:55:15 17       Q.   Who is he?
15:55:18 18       A.   He was hired as, I believe, quality
15:55:22 19   control manager.
15:55:27 20       Q.   Do you know if he was hired into
15:55:29 21   that position originally?
15:55:32 22       A.   I believe so.
15:55:35 23       Q.   Was he in the engineering group?
15:55:42 24       A.   I'm not sure about the reporting
```

85

```
16:20:32  1   I didn't need anywhere near the amount of
16:20:35  2   engineering support as the other group.
16:20:36  3      Q.   Okay.  Were you involved at all from
          4   that time on in any kind of engineering
          5   meetings or meetings regarding the engineering
16:20:44  6   department?
16:20:44  7           MS. ELLIOTT:  Which time?
16:20:46  8           MR. SIGEL:  From January of 2001 on.
16:20:50  9      A.   Yes, with the acquisition that I
16:20:53 10   mentioned.  To bring the Anderson product line
16:20:59 11   from Worcester to Fitchburg, there were
16:21:02 12   numerous meetings with engineering, marketing,
16:21:05 13   and operations people to do a fairly
16:21:06 14   significant project.  So I was the project
16:21:10 15   leader and worked with the engineering group to
16:21:13 16   do the installation.
16:21:14 17      Q.   Okay.
16:21:19 18      A.   Because that was probably the last,
16:21:22 19   you know, real direct -- most direct
16:21:24 20   involvement that I had prior to my leaving.
16:21:27 21      Q.   When was that?
16:21:34 22      A.   I think we embarked on the
16:21:37 23   acquisition in -- somewhere in late 2000 and
16:21:47 24   probably got it installed in February, March of
```

86

```
16:21:50  1   2001.  So it was probably like a three- or
16:21:54  2   four-month project.  It seems to me I remember
16:21:57  3   some kind of a product rollout in February when
16:22:00  4   we made our first piece and landed our first
16:22:03  5   account.  I think it was in February.
16:22:06  6      Q.   Do you know what the reasons --
16:22:08  7           MS. ELLIOTT:  I'm sorry, what year?
16:22:10  8           THE WITNESS:  2001.
16:22:11  9      Q.   Do you know what the reasons were
16:22:12 10   for the layoffs from the Fitchburg plant in May
16:22:15 11   of 2001?
16:22:20 12      A.   No.  Other than, you know, head
16:22:23 13   count reduction.
16:22:23 14      Q.   Well, that's what I mean.
16:22:25 15      A.   Well, I can only assume that.
16:22:27 16      Q.   So you weren't involved in that at
16:22:29 17   all?
16:22:29 18      A.   No, not at all.
16:22:30 19      Q.   What was your understanding as far
          20   as that goes?  In other words, why were they
          21   trying to reduce head count?
16:22:37 22      A.   Cost reduction.
16:22:43 23      Q.   And at that time was there a -- had
16:22:46 24   there been a continuing decline in sales, to
```

87

```
16:22:48  1   your knowledge?
16:22:51  2      A.   I think in 2001 because of the
16:22:55  3   acquisition, there should have been an uptake
16:22:57  4   in activity.
16:22:58  5      Q.   What acquisition are you talking
16:22:59  6   about?
16:22:59  7      A.   The Anderson products group.
16:23:06  8      Q.   My question was, do you know one way
16:23:09  9   or another whether there was a decline in sales
16:23:12 10   in 2001?
16:23:13 11      A.   I don't know.
16:23:19 12           MR. SIGEL:  All right.  I think I'm
16:23:20 13   done.
16:23:21 14           MS. ELLIOTT:  Okay.  I have several
16:23:23 15   questions.
         16
16:23:24 17   EXAMINATION BY MS. ELLIOTT:
16:23:27 18      Q.   Did you read the documents that Ilda
16:23:32 19   Thibodeau brought to the meeting between
16:23:35 20   yourself, Lou Alberghini, and Ms. Thibodeau on
16:23:40 21   January 7th, 2000?
16:23:44 22      A.   No.  No, I didn't.  No.
16:23:47 23      Q.   Did you know on that -- excuse me,
16:23:51 24   strike that.  Do you know what the documents
```

88

```
16:23:53  1   were that she brought with her at all?
16:23:58  2      A.   I know there was, you know,
16:24:00  3   documents relating to the severance policy.
16:24:06  4   Perhaps some other, you know, insurance, COBRA
16:24:09  5   related things.
16:24:10  6      Q.   You're just guessing what she
16:24:11  7   brought with her?
16:24:12  8      A.   Yeah.
16:24:12  9      Q.   Okay.  Let me direct your attention
16:24:19 10   to Exhibit 1 --
16:24:22 11      A.   Uh-huh (affirmative response).
16:24:22 12      Q.   -- of today's deposition.  In the
16:24:27 13   second paragraph it says, "Appropriate
16:24:32 14   sign-offs were obtained."  How do you know that
16:24:36 15   the sign-offs were appropriate if you never
16:24:38 16   read the documents?
16:24:40 17           MR. SIGEL:  Objection.
16:24:51 18      A.   It was poor choice of words.  I mean
16:25:03 19   appropriate -- I don't know.
16:25:04 20      Q.   Okay.  Did you actually see
16:25:08 21   Mr. Alberghini sign some documents?
16:25:12 22      A.   Again, it's, you know -- I guess at
16:25:15 23   that point in the proceedings I felt that I'd
16:25:18 24   kind of handed the proceedings over to Ilda.  I
```

## Page 101

```
16:41:07   1    A.    Yeah.
16:41:08   2         MR. SIGEL:  I'm going to object just
16:41:09   3    for the record to this whole line of
    11     4    questioning because I don't see what it has to
    :13    5    do with Alberghini.  And it certainly wasn't
16:41:17   6    within the scope of my direct.  But that's just
16:41:19   7    for the record.
16:41:21   8         MS. ELLIOTT:  I don't have to do my
16:41:24   9    examination scope of your direct examination.
16:41:25  10    This is a deposition and we're here to take
16:41:31  11    evidence.
16:41:45  12    Q.    Concerning the group that was laid
16:41:46  13    off in May 2000, is that, you mentioned --
16:41:50  14    Barry and Lou, Bill, and Dave Mankelow -- do
16:41:59  15    you have any knowledge whatsoever regarding the
16:42:04  16    reasons why they were laid off?  Not
16:42:09  17    assumptions, but did you have any knowledge?
16:42:10  18    A.    No.
16:43:05  19    Q.    With regard to the rehiring of Lou
16:43:12  20    Alberghini in January of 2000 --
16:43:22  21         (Interruption by a phone call and a
16:44:03  22    brief recess was taken.)
16:44:36  23         MS. ELLIOTT:  Can you read back
16:44:38  24    my --
```

## Page 102

```
16:44:39   1         (The record was read as requested.)
16:44:40   2    Q.    Do you have any knowledge, again not
16:44:43   3    assumptions, of who rehired him?
16:44:51   4    A.    Ray Edson, engineering manager.
16:44:56   5    Q.    Do you have any knowledge -- not
16:45:00   6    assumptions, personal knowledge -- of any
16:45:03   7    conversation with Ron Owens about the rehiring
16:45:07   8    of Lou Alberghini in January 2000?
16:45:15   9    A.    Yes.  We discussed it.
16:45:17  10    Q.    Who is "We"?
16:45:19  11    A.    Myself and Ron Owens and Ray Edson.
16:45:23  12    Q.    So you are sure that you had a
16:45:24  13    conversation.
16:45:25  14    A.    (Witness indicated affirmatively.)
16:45:26  15    Q.    And what was that conversation?
16:45:32  16    A.    It was held -- it was held in my
16:45:36  17    office.  Ray Edson, again, was the originator,
16:45:43  18    would have been the individual that needed to
16:45:45  19    fill a requisition to replace an engineer in
     20    the engineering department.
     21    Q.    And that was the conversation?
16:45:57  22    A.    Yeah.
16:46:01  23    Q.    Do you have any actual knowledge
16:46:05  24    about the amount of severance pay, if any, that
```

## Page 103

```
16:46:09   1    Lou Alberghini received in January of 2000?
16:46:13   2    A.    No.
16:46:28   3    Q.    Could a person who has an
16:46:34   4    engineering degree of any type with the
16:46:38   5    appropriate skills be just as advantageous as a
16:46:45   6    mechanical engineer if the job required
16:46:54   7    mechanical engineering functions?
16:46:56   8         MR. SIGEL:  Objection.
16:46:57   9    Q.    In other words, is a degree just as
16:47:03  10    advantageous as a person who has knowledge and
16:47:06  11    skills equal to that degree?
16:47:07  12         MR. SIGEL:  Objection.  Do you mean
16:47:14  13    hypothetically?  Just I don't know --
16:47:15  14         MS. ELLIOTT:  Right now it's
16:47:16  15    hypothetical, yes.
16:47:18  16    A.    Could you repeat the question
16:47:20  17    because I'm not sure if yes is a --
16:47:22  18    Q.    Okay.  Let me rephrase the question
16:47:25  19    so you understand it.  What I'm asking is, is a
16:47:28  20    person with a mechanical engineering degree on
16:47:31  21    equal footing with a person who has maybe not a
16:47:37  22    mechanical engineering degree but has a
16:47:40  23    different engineering discipline degree but has
16:47:44  24    skills and knowledge equal to mechanical
```

## Page 104

```
16:47:46   1    engineering functions?
16:47:49   2    A.    Yes.
16:48:06   3    Q.    And in your opinion from your job
16:48:09   4    knowledge of Mr. Alberghini's qualifications,
16:48:15   5    is he someone who has those skills,
16:48:19   6    qualifications, engineering degree albeit not a
16:48:22   7    mechanical engineering degree that is just as
16:48:25   8    advantageous as a mechanical engineering degree
16:48:27   9    person?
16:48:28  10         MR. SIGEL:  Objection.
16:48:29  11    A.    Yes.
16:48:42  12    Q.    What was Lou Alberghini's title just
16:48:45  13    prior to the first layoff in January 2000?
16:48:55  14    A.    Maintenance manager.
16:48:59  15    Q.    And how do you know that?
16:49:09  16    A.    Not to be facetious, because he
16:49:11  17    managed the maintenance department.
16:49:12  18    Q.    Okay.  Do you have any other --
16:49:14  19    you're certain that that was his --
16:49:16  20    A.    Exact title?
16:49:17  21    Q.    -- title?  Uh-huh (affirmative
16:49:19  22    response).
16:49:19  23    A.    I'm sure it included the word
16:49:22  24    maintenance manager.  It might have been
```