UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL SECTION

| | |
|---|---|
| LOUIS ALBERGHINI, <br> Plaintiff, <br><br> v. <br><br> SIMONDS INDUSTRIES INC., <br> Defendant. | CIVIL ACTION NO. 04CV11024 |

**PLAINTIFF'S ASSENTED TO MOTION TO ENLARGE TIME
FOR FILING PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT**

NOW COMES the Plaintiff, Louis Alberghini, to move the court to enlarge the time for the filing of his opposition to Defendant's motion for summary judgment from September 8, 2005 to September 16, 2005. The Defendant assents to this motion.

As grounds for the enlargement of time, Plaintiff's attorney experienced some technical difficulties and was without the use of her computer for five days last week.

WHEREFORE, the Plaintiff prays the court will allow this motion for enlargement of the time for the filing of the opposition to Defendant's motion for summary judgment as specified herein.

Dated: September 6, 2005

                                                Respectfully submitted,

                                                LOUIS ALBERGHINI
                                                By his attorneys,

                                                Marcia L. Elliott, Esq. (BBO# 564291)
                                                John M. Flick, Esq. (BBO# 652169)
                                                Elliott Law Office, P.C.
                                                307 Central Street
                                                Gardner, MA 01440
                                                (978) 632-7948

ASSENTED TO BY:

Jonathan R. Sigel, (BBO# 559850)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 1515
Worcester, MA 01615-0156
(508) 791-3511

## CERTIFICATE OF SERVICE

I, John M. Flick, Esquire, hereby certify that I have this day served a true copy of the foregoing by mailing said copy, first class, postage prepaid to Defendant's attorney, Jonathan Sigel at Bowditch & Dewey, LLP, 311 Main Street, Worcester, MA 01615.

John M. Flick, Esquire