# APPENDIX 4

EXHIBIT A

**simons Industry**
**Fitchburg Employees**

| LIST | NAME | BIRTHDATE | AGE | D.O.H. | DOT | Age at DOT | TermReason | Location | Current Job Title | SALARY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Howard, John A. | 03/23/34 | 68 | 07/09/56 | 07/09/99 | 65 | Retirement | Fitchburg | MGR. MFG. SVC | 66,338.00 |
| 2 | Sylvia, Joseph L. | 04/11/45 | 57 | 08/10/70 | 11/30/99 | 54 | Resigned | Fitchburg | VP FINANCE CFO | 193,253.00 |
| 3 | Derivera, Eric O. | 04/02/57 | 45 | 01/03/89 | 12/31/99 | 42 | Resigned | Fitchburg | SR. MFG. ENGINEER | 71,167.00 |
| 4 | Ackles, Nancy P. | 12/28/32 | 69 | 07/20/66 | 01/07/00 | 67 | Resigned | Fitchburg | WORD PRO. SEC. | 28,202.00 |
| 5 | Larsen, Ronald | 11/08/38 | 63 | 09/30/69 | 01/07/00 | 61 | RIF | Fitchburg | PLANT OPERATIONS | 92,700.00 |
| 6 | Sylvester, Amy L. | 03/10/67 | 35 | 08/21/87 | 01/07/00 | 32 | Resigned | Fitchburg | COST ANALYST | 33,410.72 |
| 7 | Walsh, Robert L. | 01/06/60 | 42 | 11/12/96 | 01/21/00 | 40 | Resigned | Fitchburg | CUSTOMER SERVICE | 39,720.00 |
| 8 | Devilling III, Frank A. | 12/06/41 | 60 | 11/17/95 | 01/31/00 | 58 | terminated | Fitchburg | VP BUSINESS DEVELOP | 120,120.00 |
| 9 | Chase, John W | 01/31/49 | 53 | 11/17/97 | 02/17/00 | 51 | resigned | Fitchburg | CREDIT MANAGER | 63,440.00 |
| 10 | Souliere, Richard A. | 04/17/41 | 61 | 06/17/71 | 08/27/00 | 59 | Retired | Fitchburg | UNIT MANAGER | 63,162.00 |
| 11 | Carnivale, James J. | 05/27/44 | 57 | 10/17/90 | 09/30/00 | 56 | Retired | Fitchburg | HUMAN RESOURCES MGR. | 76,977.00 |
| 12 | Ilewicz, Robert L | 09/03/59 | 42 | 05/26/98 | 12/18/00 | 41 | terminated | Fitchburg | PRINCIPAL R&D ENGINEER | 69,628.00 |
| 13 | Harvey, Steven R. | 11/29/49 | 52 | 02/28/83 | 01/12/01 | 51 | Resigned | Fitchburg | SERIOR ACCOUNTANT | 59,760.96 |
| 14 | Owens, Ronald W | 11/30/44 | 57 | 03/31/98 | 03/31/01 | 56 | Retired | Fitchburg | SR. VUP OF MANUFACTURING OPERA | 151,409.04 |
| 15 | Byrom, Andrew M. | 06/22/71 | 30 | 07/29/96 | 04/06/01 | 29 | resigned | Fitchburg | TERRITORY MGR | 38,500.00 |
| 16 | Balcom, Wayne A. | 02/08/36 | 66 | 04/18/60 | 05/04/01 | 65 | Retirement | Fitchburg | UNIT MANAGER | 48,241.00 |
| 17 | Alberghini, Louis P. | 08/30/40 | 61 | 04/19/82 | 05/31/01 | 60 | RIF | Fitchburg | PROJEC`I ENG | 66,393.00 |
| 18 | Brown, Barry | 10/21/47 | 54 | 07/15/85 | 05/31/01 | 53 | RIF | Fitchburg | PRINCIPAL ENGINEER | 79,376.04 |
| 19 | Baker, William B. | 05/07/62 | 40 | 04/05/99 | 05/31/01 | 39 | RIF | Fitchburg | QUALITY ASSURANCE MANAGER | 66,144.00 |
| 20 | Schofield, Betty E | 07/11/54 | 47 | 11/05/84 | 06/01/01 | 46 | Resigned | Fitchburg | HR ASSIST & TRAINING COORD | 33,325.00 |
| 21 | Niemi, Steven R. | 07/29/69 | 32 | 01/25/93 | 06/25/01 | 31 | Resigned | Fitchburg | SUPERVISOR MANUFACTURING ENG | 77,112.00 |
| 22 | Edson Jr., Raymond F. | 02/26/43 | 59 | 03/20/89 | 06/30/01 | 58 | Retired | Fitchburg | DIRECTOR OF ENGINEERING | 96,255.00 |
| 23 | Daring, Todd R | 03/30/62 | 40 | 05/19/97 | 07/23/01 | 39 | RIF | Fitchburg | UNIT MANAGER | 45,211.00 |
| 24 | Whitcomb, Ralph E. | 12/06/50 | 51 | 12/10/79 | 08/10/01 | 50 | terminated | Fitchburg | MANAGER CORPORATE ACCOUNTING | 75,348.00 |
| 25 | Martin, Jeffrey R. | 07/31/45 | 56 | 06/29/01 | 08/10/01 | 56 | Resigned | Fitchburg | PLANT CONTROLLER | 84,000.00 |
| 26 | Gruytch, Stephen R. | 09/06/37 | 64 | 08/09/66 | 08/31/01 | 63 | RIF | Fitchburg | SR ACCT MGR | 63,996.00 |
| 27 | Jordan, John W. | 07/30/47 | 54 | 01/07/85 | 08/31/01 | 54 | Retired | Fitchburg | FITCHBURG PLANT MANAGER | 97,759.92 |
| 28 | Rodriguez, Jesus | 02/25/56 | 46 | 11/30/99 | 08/31/01 | 45 | RIF | Fitchburg | INSIDE SALES | 33,325.00 |
| 29 | Manktelow, David W. | 06/05/44 | 57 | 12/08/69 | 09/14/01 | 57 | RIF | Fitchburg | MATERIAL COORD | 41,161.42 |
| 30 | Carnivale, Jeffrey J. | 03/03/71 | 31 | 02/14/94 | 09/14/01 | 30 | RIF | Fitchburg | PROD MGR | 51,500.00 |
| 31 | George, Ross B | 11/29/32 | 69 | 10/20/80 | 09/15/01 | 68 | Retired | Fitchburg | President | 108,333.16 |
| 32 | Breen, Marcia F. | 09/14/51 | 50 | 09/19/88 | 09/21/01 | 50 | RIF | Fitchburg | COST ANALYST | 30,030.00 |
| 33 | Kozloski, Robert J. | 10/17/39 | 62 | 08/26/64 | 11/02/01 | 62 | RIF | Fitchburg | MGR SYSTERMS & PROG INFOR SER | 41,643.16 |
| 34 | Zirpolo, Joanne | 04/12/54 | 48 | 12/27/88 | 11/02/01 | 47 | RIF | Fitchburg | SWITCHBOARD/RECEPTION | 23,982.14 |
| 35 | Schutt, Jeffrey A. | 05/07/56 | 46 | 05/22/79 | 11/30/01 | 45 | RIF | Fitchburg | MGR LEAN MFG | 71,999.98 |
| 36 | Meattey, Stephen M. | 06/24/54 | 47 | 04/09/86 | 11/30/01 | 47 | RIF | Fitchburg | UNIT MANAGER | 43,724.98 |
| 37 | Bennett, Walter H. | 11/08/47 | 54 | 07/23/01 | 11/30/01 | 54 | RIF | Fitchburg | PRODUCTION SUP | 58,000.00 |
| 38 | Bastien, Richard | 09/01/52 | 49 | 03/27/72 | 12/07/01 | 49 | RIF | Fitchburg | PAYROLL COORD | 39,243.10 |
| 39 | Kamerkar, Udayan S. | 12/24/46 | 55 | 08/01/01 | 01/18/02 | 55 | Resigned | Fitchburg | SR FINANCIAL ANALYST | 57,000.06 |

**Simonds Industry**
**Fitchburg Employees**

| # | Name | DOB | Age | Hire Date | | Term Date | Status | Location | Title | Salary |
|---|---|---|---|---|---|---|---|---|---|---|
| 40 | Day, Charles R. | 03/14/59 | 43 | 10/05/92 | 42 | 03/01/02 | resigned | Fitchburg | MARKETING MANAGER OF FILES | 75,012.08 |
| 41 | Boyden, Jeffrey T. | 01/12/58 | 44 | 02/08/88 | 44 | 05/17/02 | resigned | Fitchburg | STAFF ACCOUNTANT | 44,006.04 |
| 42 | Fletcher, Walter L. | 11/15/38 | 63 | 06/18/56 | | | | Fitchburg | METHOD ENGINEER | 50,556.00 |
| 43 | Mansfield, Cary W. | 06/03/40 | 61 | 05/25/59 | | | | Fitchburg | UNIT MANAGER | 60,639.02 |
| 44 | Richard, Roland R. | 01/08/42 | 60 | 05/31/61 | | | | Fitchburg | VP MKT S | 145,999.36 |
| 45 | Evancic, Ernest A. | 01/12/37 | 65 | 08/21/61 | | | | Fitchburg | CHIEF METALLURGIST | 46,764.64 |
| 46 | Stewart, Dennis I. | 01/03/43 | 59 | 10/22/62 | | | | Fitchburg | UNIT MANAGER | 57,972.98 |
| 47 | Mundie, Robert R. | 10/08/44 | 57 | 11/17/64 | | | | Fitchburg | MASTER SCHEDULER | 49,683.92 |
| 48 | Marien, Robert L. | 12/27/42 | 59 | 06/01/65 | | | | Fitchburg | UNIT MANAGER | 49,959.00 |
| 49 | Bourgeois, David J. | 09/14/47 | 54 | 05/25/67 | | | | Fitchburg | DIRECTOR OF CUSTOMER SATISFAC | 103,000.04 |
| 50 | Richards, Ronald | 10/25/48 | 53 | 03/03/69 | | | | Fitchburg | UNIT MANAGER | 50,718.98 |
| 51 | Thomas, Paul R. | 10/28/48 | 53 | 08/12/69 | | | | Fitchburg | GENERAL FOREMAN RULE | 51,205.96 |
| 52 | Decosta, Kathleen A. | 02/14/48 | 54 | 08/28/69 | | | | Fitchburg | INSIDE SALES REP | 36,800.92 |
| 53 | Jalbert, John T. | 12/12/46 | 55 | 05/11/70 | | | | Fitchburg | MANAGER PRICING ADMINISTRATION | 65,583.18 |
| 54 | Rogers, Harry H. | 04/12/41 | 61 | 03/22/71 | | | | Fitchburg | VP INTERNATIONAL | 100,000.00 |
| 55 | Burdick, Robert A. | 03/30/46 | 56 | 08/23/71 | | | | Fitchburg | TECH SUPPORT SPEC | 73,070.14 |
| 56 | Howe, Rachel A. | 10/10/52 | 49 | 12/16/71 | | | | Fitchburg | SR COST ACCOUNTANT COORDINATO | 41,246.14 |
| 57 | Richard, Joan A. | 07/19/44 | 57 | 05/01/72 | | | | Fitchburg | INSIDE SALES REP | 37,557.00 |
| 58 | Peabody, Paula A. | 06/21/52 | 49 | 06/19/72 | | | | Fitchburg | BENEFITS COORDINATOR | 36,132.98 |
| 59 | Myer, Kenneth R. | 03/08/50 | 52 | 09/18/72 | | | | Fitchburg | VP PROCUREMENT | 116,549.94 |
| 60 | Long, Sandra L. | 07/18/47 | 54 | 12/04/72 | | | | Fitchburg | SR. ACCOUNT MANAGER | 53,152.06 |
| 61 | Kifer, John C. | 07/07/53 | 48 | 05/21/73 | | | | Fitchburg | DIRECTOR OPERATION FINANCE | 106,808.00 |
| 62 | Deedrick, Robert W. | 12/04/42 | 59 | 06/11/73 | | | | Fitchburg | | 66,273.74 |
| 63 | Bourque, James J. | 09/23/51 | 50 | 06/25/73 | | | | Fitchburg | DIRECTOR FITCH/NEWC. PLANT | 115,000.08 |
| 64 | Mundie, Norma J. | 02/16/54 | 48 | 07/16/73 | | | | Fitchburg | CUSTOMER ASSURANCE EXP | 35,921.08 |
| 65 | Hagelberg, Donald O. | 07/17/47 | 54 | 11/26/73 | | | | Fitchburg | UNIT MANAGER | 60,498.88 |
| 66 | Lashua, Edward V. | 06/18/45 | 56 | 12/17/73 | | | | Fitchburg | TRAINING ADMINISTRATOR | 51,500.02 |
| 67 | Vaine, Richard M. | 10/06/55 | 46 | 06/10/74 | | | | Fitchburg | SUPR. DATA PROC OPER | 60,900.06 |
| 68 | Cairns, Judith | 06/21/38 | 63 | 06/25/74 | | | | Fitchburg | TAPE LIBRARIAN | 29,371.16 |
| 69 | Bent, Nancy J. | 08/20/37 | 64 | 10/18/76 | | | | Fitchburg | EXECUTIVE ADMINISTRATIVE ASSIST | 58,263.14 |
| 70 | Frenette, Richard J. | 05/27/55 | 46 | 06/05/78 | | | | Fitchburg | MGR. INTERNATIONAL SALES OFFICE | 68,027.44 |
| 71 | Marrella, Sandra M. | 05/27/41 | 60 | 02/20/79 | | | | Fitchburg | DATA CONTROAL/DATA ENTRY | 29,500.12 |
| 72 | Logan, William S. | 05/17/58 | 44 | 08/20/79 | | | | Fitchburg | ASSOC METALLURGICAL ENGINEER | 46,685.08 |
| 73 | Goodchild, Loretta A. | 02/06/42 | 60 | 11/05/79 | | | | Fitchburg | INSIDE SALES REP | 35,661.60 |
| 74 | Economo, Barbara A. | 10/08/45 | 56 | 08/11/80 | | | | Fitchburg | INSIDE SALES REP | 37,765.00 |
| 75 | Heraty, Bridget | 11/30/50 | 51 | 04/13/81 | | | | Fitchburg | VP SALES N.A. | 83,838.04 |
| 76 | Chi, Ronald S. Y. | 12/31/47 | 54 | 02/22/82 | | | | Fitchburg | MARKETING MANAGER METAL | 76,992.24 |
| 77 | Phelps, Jane L. | 02/08/47 | 55 | 08/30/82 | | | | Fitchburg | PT ACCTG. CLERK | 13,592.80 |
| 78 | Durrin, Lynda A. | 05/15/50 | 52 | 03/24/83 | | | | Fitchburg | AR CORRESPONDENT | 27,867.06 |
| 79 | Thibodeau, Ilda M. | 03/16/51 | 51 | 05/02/83 | | | | Fitchburg | DIRECTOR HUMAN RESOURCES | 78,832.00 |

**Simonds Industry**
**Fitchburg Employees**

| # | Name | | Age | | | Title | Salary |
|---|------|------|-----|------|----------|-------|--------|
| 80 | Letourneau, Renee | 05/06/62 | 40 | 05/09/83 | Fitchburg | EXECUTIVE SECRETARY | 24,128.00 |
| 81 | Bray, Margaret | 10/22/51 | 50 | 03/26/84 | Fitchburg | SR COMP. & BENEFITS COORDINATO | 37,672.96 |
| 82 | Cochran, Philip A. | 12/29/62 | 39 | 10/30/84 | Fitchburg | SR FINANCIAL ANALYST | 53,044.16 |
| 83 | Lanides, Victoria | 07/21/43 | 58 | 09/25/85 | Fitchburg | SAFETY & HEALTH COORD | 33,758.40 |
| 84 | Bateman Jr., William G. | 04/23/52 | 50 | 03/02/87 | Fitchburg | SR MFG FINANCIAL ANALYST | 54,836.08 |
| 85 | Purinton, David J. | 08/28/61 | 40 | 08/03/87 | Fitchburg | MARKETING MGR. WOOD PRODUCTS | 85,995.00 |
| 86 | Rocca, Norma | 11/16/52 | 49 | 12/01/87 | Fitchburg | INTERNATIONAL INSIDE SALES | 36,228.14 |
| 87 | Mattson Jr., Donald E. | 11/25/51 | 50 | 01/11/88 | Fitchburg | SR PROG ANALYST | 56,727.04 |
| 88 | Page, Jan L. | 08/29/50 | 51 | 02/29/88 | Fitchburg | STEEL PROC./PUCHASE SPEC | 56,795.96 |
| 89 | Mallet, Charles E. | 05/24/58 | 43 | 09/26/88 | Fitchburg | POWER TOOL ACCESSORY PROD MG | 68,959.02 |
| 90 | Varville, Mary A | 05/11/50 | 52 | 10/24/88 | Fitchburg | MARKETING SECRETARY | 33,699.90 |
| 91 | Magnette, Barbara J. | 01/31/67 | 35 | 12/06/88 | Fitchburg | EXEC SEC | 36,961.60 |
| 92 | Boudreau, Kevin P. | 11/19/59 | 42 | 05/01/89 | Fitchburg | COMPUTER OPERATOR | 30,735.90 |
| 93 | Pfeiffer, Eric J. | 12/03/57 | 44 | 05/01/94 | Fitchburg | MARKET DEVELOPMENT MANAGER | 93,120.04 |
| 94 | Burns, Mary Kathleen | 11/05/50 | 51 | 07/05/94 | Fitchburg | CREDIT CORRESPONDENT | 30,567.16 |
| 95 | Hautanen, Elena B. | 09/30/52 | 49 | 02/27/95 | Fitchburg | INSIDE SALES REP | 31,296.20 |
| 96 | Palmer, James E. | 02/13/41 | 61 | 03/31/95 | Fitchburg | VP SALEA & MKTG. METAL PRODUCT | 146,000.10 |
| 97 | Bourgeois, David R. | 01/07/67 | 35 | 11/20/95 | Fitchburg | FITCHBURG PLANT CONTROLLER | 84,460.22 |
| 98 | Szocik, Thomas | 02/10/50 | 52 | 06/17/96 | Fitchburg | FACILITY MANAGER | 70,181.02 |
| 99 | Hopper, Peter B. | 12/15/50 | 51 | 07/29/96 | Fitchburg | VP PROD DEVELOPMENT & QUALITY | 108,555.98 |
| 100 | Hutchins, Sharon | 08/21/55 | 46 | 12/30/96 | Fitchburg | SR. PRO ANALYST | 60,765.12 |
| 101 | Nally, Theresa | 11/29/39 | 62 | 02/03/97 | Fitchburg | AR CORRESPONDENT | 24,727.04 |
| 102 | Roy, Raymond P | 07/10/61 | 40 | 02/10/97 | Fitchburg | CUST. SERVICE SPEC. | 41,184.00 |
| 103 | Jones, Alan D | 03/07/59 | 43 | 05/05/97 | Fitchburg | SR. SYSTEMS ANALYST | 69,000.10 |
| 104 | Carfaro, David P | 02/03/69 | 33 | 06/30/97 | Fitchburg | COMPUTER OPERATOR | 29,908.06 |
| 105 | Sierra, Carlos | 05/11/70 | 32 | 10/01/97 | Fitchburg | FINANCIAL MGR. RULE PRO | 47,380.06 |
| 106 | Edmands, S. Karl | 05/18/54 | 47 | 06/01/98 | Fitchburg | UNIT MANAGER | 46,846.80 |
| 107 | St.Amand, Brenda A. | 07/29/50 | 51 | 05/17/99 | Fitchburg | CONTROL CLERK | 30,963.14 |
| 108 | Martino, Raymond J | 08/27/54 | 47 | 09/15/99 | Fitchburg | President & Ceof | 389,549.94 |
| 109 | Holm Jr., Harold E. | 01/26/56 | 46 | 02/01/00 | Fitchburg | VP MANUFACTURING | 165,000.16 |
| 110 | Reeves, Jennifer L. | 04/18/78 | 24 | 02/22/00 | Fitchburg | AP CLERK | 23,986.04 |
| 111 | Turano, Matthew | 06/09/63 | 38 | 03/06/00 | Fitchburg | INSIDE SALES REP | 34,608.08 |
| 112 | Hytinen, Eric | 12/21/68 | 33 | 03/22/00 | Fitchburg | CREDIT MANAGER | 56,800.12 |
| 113 | Botticello, Henry J | 04/05/56 | 46 | 04/01/00 | Fitchburg | CHIEF FINANICAL OFFICER | 192,000.12 |
| 114 | Caselli, Susan T | 11/08/55 | 46 | 05/01/00 | Fitchburg | V.P. INFORMATION TECH AND CIO | 138,000.20 |
| 115 | Benoit, Paul R. | 11/14/50 | 51 | 05/08/00 | Fitchburg | VP SUPPLY CHAIN MANAGEMENT | 135,000.06 |
| 116 | Dexter, Jeremy | 09/23/77 | 24 | 07/17/00 | Fitchburg | PROCESS METALLURGIST MFG. ENG | 54,912.00 |
| 117 | Brault, Richard A. | 09/02/52 | 49 | 08/14/00 | Fitchburg | ENGINEERING MGR FITCHBURG PLAN | 75,899.98 |
| 118 | Morrison, Douglas | 08/03/60 | 41 | 07/01/01 | Fitchburg | PROJECT MGR | 81,900.00 |
| 119 | Duperry, Peter A. | 02/23/78 | 24 | 07/23/01 | Fitchburg | PRODUCT ENGINEER | 49,920.00 |

Simonds Industry
Fitchburg Employees

| 120 | Santoro, Salvatore | 08/29/46 | 55 | 08/06/01 | | | | Fitchburg | QUALITY MANAGER | 74,900.02 |
| 121 | Boissoneau, Donald M. | 11/22/60 | 41 | 08/13/01 | | | | Fitchburg | CORPORATE CONTROLLER | 98,800.00 |
| 122 | Reeves, Mark A. | 12/25/62 | 39 | 08/28/01 | | | | Fitchburg | PROD & INVENTORY CONTROL | 66,999.92 |

# APPENDIX 5

1   saying, you know, we need more.

2       Q.   And at the time that you were

3   preparing this budget information, was it your

4   understanding that you were preparing this

5   information because it was your annual operating

6   budget or because you were preparing it because

7   there was some financial difficulties in the

8   company?

9           MR. FELPER:  Objection.

10      A.   As I stated, it was a kind of a

11  cornerstone of Mr. Martino's management

12  directives that there be year-to-year savings,

13  good times or bad.  Basically if the company was

14  profitable, it would be more profitable.  If you

15  can't increase sales, you need to reduce costs.

16  If you can increase sales, you still need to

17  reduce costs to be more profitable.  So it was

18  clear to me that the directive to have

19  year-over-year cost savings was to be conducted

20  in any environment.

21      Q.   Who made the decision to ultimately

22  terminate Ron Larsen, Lou Alberghini and Jim --

23  is it Bourque or Burke (phonetically)?

24      A.   Burke (phonetically).

1      Q.    And Dick Souliere?

2      A.    Ray Martino.

3      Q.    Who was present when he made that

4   decision?

5      A.    Myself and Ron Owens.

6      Q.    Back to your memo of August 21 which

7   was Exhibit 1.

8          MR. FELPER:   Two.

9      Q.    Two.   Where you state, "I personally

10  identified over $1 million in annual operating

11  expenses that could be eliminated."  You

12  identified those, that 1 million because you were

13  told by Mr. Martino to find -- identify the

14  1 million to eliminate?

15     A.    Yes.

16     Q.    And the next sentence says, "These

17  included outside" -- these --

18     A.    Outside services.

19     Q.    -- "services" -- excuse me --

20  "purchased items and indirect labor and salaried

21  positions."  Initially you came up with outside

22  services and purchased items; is that accurate?

23     A.    Yes, because that was the classic way

24  to approach the budget was for foremen and union

1        A.    He would have reported to Steve Neimi

2    who was manager of engineering at the time.

3        Q.    Mr. Neimi?

4        A.    N-e-i-m-i.

5        Q.    Did Mr. Neimi ever tell you the reason

6    why Mr. Alberghini was terminated in May of 2001?

7        A.    No.

8        Q.    Did anyone ever tell you why

9    Mr. Alberghini was terminated in May of 2001?

10       A.    Chip Holm called a -- called a meeting

11   that afternoon or the very next day, telling us

12   about, you know, the organization, the

13   engineering department was changed, Lou

14   Alberghini, Barry Brown, Bill Baker are no longer

15   with us.  Didn't give an explanation per se,

16   not -- not a good one.

17       Q.    Are you aware of an analysis being

18   done in all sectors of Simonds in late 1999

19   including manufacturing to see if operations

20   could be made more efficient, product activity

21   could be increased and costs reduced?

22       A.    An analysis?

23       Q.    Yes.

24       A.    No.  I mean, I've talked about the

1    the same time?

2        A.    Yes.

3        Q.    You said when Chip Holm came to tell

4    you and another person that Mr. Baker and Lou

5    Alberghini and Mr. Brown had been laid off, you

6    said that it was not a good one.  What did you

7    mean by that?

8        A.    I didn't leave the meeting with any

9    information.  I guess it was more of a courtesy

10   to say, you know, you're hearing it from me

11   first.  Again, there was a -- I hate to

12   characterize it as feeble -- but there was a --

13   was sort of a feeble attempt to explain it, but I

14   didn't come away with the meeting with any

15   information other than that those three are no

16   longer with us.

17       Q.    Other than when at the time that you

18   directly supervised Lou Alberghini for the one

19   and a half years that you told us about, did you

20   indirectly supervise him because someone else

21   underneath you supervised him?

22       A.    Well, I had as plant manager -- let me

23   think about the chronology.  For the very short

24   time between his rehire and me no longer being

1    Q.   Out of the ten years that you received

2    a bonus, what year did you receive your highest

3    bonus?

4         A.   That would have been at 2001.

5         Q.   2000 or 2001?  I'm sorry.

6         A.   For the year 2000 which was -- but was

7    paid in 2001 I got my largest bonus while at

8    Simonds.

9         Q.   And I understand.  And that was

10   $18,000?

11        A.   Yes, I believe so.

12        Q.   Sir, what is the bonus based upon?

13        A.   Gross -- gross profit percentage,

14   gross profit dollars and some inventory reduction

15   goals.  The plan would change somewhat year to

16   year.  I've got them with me, but those are

17   basically the three factors.

18        Q.   Did that fact that you received that

19   bonus give you any indication of the

20   profitability of the company in that year?

21        A.    It's not profit-sharing per se, but it

22   would be a very good indicator of plant

23   profitability.  I couldn't -- I wouldn't know

24   about corporate profitability based on, you know,

1    much akin to some of the same duties, and I did

2    manage the entire engineer department on an

3    interim basis due to the absence of another

4    manager, so the answer is yes.

5              MS. ELLIOTT:  Mark this as Exhibit 5,

6    please.

7              (Document marked as Exhibit No. 5 for

8    identification.)

9        Q.   Also based upon your knowledge of

10   Mr. Alberghini's background and his experience

11   and so forth, and as his manager for some period

12   of time, was Mr. Alberghini qualified to perform

13   this project engineer position description you

14   have in front of you?

15             MR. FELPER:  Objection.

16       A.   Yes.

17       Q.   Would he be qualified to perform the

18   project engineering position that you described

19   in your own words?

20       A.   Yes.

21             MR. FELPER:  Objection.

22       Q.   I'm going to show you what's been

23   marked as Exhibit 5, and if you could just for

24   the record just give us a short description of

1    what the document purports to be?

2        A.    It's a job description of a product

3    engineer reporting to the engineering manager,

4    prepared in May, May 3rd of 2001, listing the

5    primary function and the duties and

6    responsibilities of a product engineer.

7        Q.    And had you had an opportunity to see

8    this document before?

9        A.    Just yesterday.

10        Q.    And prior to yesterday, had you ever

11    seen it before?

12        A.    No.

13        Q.    And Mr. Alberghini left the employment

14    of Simonds when; do you recall?

15        A.    I don't recall.  I don't recall.  I

16    think it was June 2001.

17        Q.    Going over -- if you could just take a

18    moment and go over the essential duties and

19    responsibilities listed in this job description

20    for a moment.

21        A.    Yeah.

22        Q.    If you could just please just read for

23    the record the first essential duty and

24    responsibility that's listed on this job

1    description?

2              MR. FELPER:  I'm going to object.  If

3    the document's an exhibit, why do we have to

4    clutter the record with what's already on the

5    exhibit.

6              MS. ELLIOTT:  Because I want it on the

7    record what the document says.

8              MR. FELPER:  It's an exhibit.

9              MS. ELLIOTT:  Well, I don't see

10   there's any reason for that objection.

11             MR. FELPER:  I can't stop you from

12   having him answer, but if we're going to read the

13   whole document, then I'm going to have an

14   objection.

15             MS. ELLIOTT:  He's not going to read

16   the whole document.

17        A.   "Improve, maintain or design as needed

18   quality control systems to insure that product

19   specifications are being met by the manufacturing

20   process for assigned product line."

21        Q.   Now, with regard to that statement

22   which is described as an essential duty and

23   responsibility of the engineer, the product

24   engineer, is there any -- based upon your

1    knowledge of Mr. Alberghini's experience,

2    qualifications and knowledge, is there any reason

3    why he could not perform that first essential

4    duty and responsibility of the product engineer?

5                MR. FELPER:  Objection.

6        A.    No.

7        Q.    The second item, essential duty, says

8    "Analyze return goods complaints (as prepared by

9    the QC technician) and develop corrective actions

10   for process improvements within the assigned

11   product line."

12              Is there any reason, based upon your

13   knowledge of Mr. Alberghini's education,

14   experience and knowledge, that he could not

15   perform that essential duty and responsibility?

16                MR. FELPER:  Objection.

17       A.    No.

18       Q.    Based upon your knowledge of

19   Mr. Alberghini's experience, education, and

20   knowledge, is there any reason why he couldn't

21   perform a third duty on the -- listed as the

22   essential duty and responsibility of a product

23   engineer?

24                MR. FELPER:  Objection.

1        A.    No.

2        Q.    Is there any essential duty or

3    responsibility listed on Exhibit 5 that you would

4    have concerns that Mr. Alberghini, based upon

5    your knowledge of his experience, education, and

6    knowledge, could not perform?

7              MR. FELPER:  Objection.

8        A.    No.

9        Q.    And further, based upon your knowledge

10   of his experience, education, and education and

11   experience, again relating to his experience at

12   Simonds Industries specifically, are there any

13   job essential duties and responsibilities listed

14   on this job description that Mr. Alberghini could

15   not perform or that you would have concerns of

16   him being able to perform?

17             MR. FELPER:  Objection.

18       A.    No.

19       Q.    Did Mr. Alberghini have any physical

20   limitations to your knowledge?

21             MR. FELPER:  Objection.

22       A.    No.

23       Q.    Did he have any work environment

24   limitations to your knowledge?

1          A.    No.

2          Q.    Did Mr. Alberghini have any

3     supervisory experience?

4          A.    Yes.

5          Q.    And what was the basis of his

6     supervisory experience at Simonds Industries?

7          A.    Well, he was an electrical foreman, a

8     plant services manager.  Those two positions I'm

9     aware of.

10         Q.    Now, it indicates here on this product

11    engineer job description under supervisory

12    responsibilities, this person who qualifies for

13    his job is supposed to be able to supervise

14    hourly personnel in maintaining and refining

15    current manufacturing techniques within the

16    assigned product line.  Supervises other members

17    of manufacturing group as needed on a project

18    basis as assigned by the engineering manager.

19              Based upon your knowledge of Mr.

20    Alberghini's supervisory experience, is there any

21    reason why he could not perform that supervisory

22    responsibility as an engineering product --

23         A.    No.

24              MR. FELPER:  Objection.

1          Q.    Product engineer?

2               MR. FELPER:  Objection.

3          A.    No.

4          Q.    Did Mr. Alberghini have at least a

5     two-year college degree or university

6     certificate?

7               MR. FELPER:  Objection.

8          A.    Yes.

9          Q.    Do you know what Mr. Alberghini's

10    degree was?

11         A.    He obtained a bachelor's degree in

12    engineering as an adult.  I believe he had an

13    associate degree prior, but I know he received a

14    bachelor's degree as an adult in engineering.

15         Q.    And at the time that he was employed

16    at Simonds under your supervisory management, did

17    he have that degree?

18         A.    He obtained it just prior to.  I

19    became plant manager in June of 1999.  He

20    obtained it I would say just prior, within a year

21    or two prior.

22         Q.    Of 1999?

23         A.    Right, yeah.

24         Q.    Was there any problem with

1    Mr. Alberghini's language skills based upon your

2    knowledge of his --

3        A.   No.

4        Q.   -- performance?

5             MR. FELPER:   Objection.

6        A.   No.

7        Q.   Were you aware either from yourself or

8    from others whether he had any problem with his

9    reasoning ability?

10       A.   No.

11       Q.   Do you know if he had knowledge of ISO

12   9000?

13       A.   Yes.

14       Q.   And what was his knowledge of ISO

15   9000?

16       A.   He would have obtained -- attended

17   training sessions on the Simonds quality system

18   which is ISO certified, so this is actually

19   poorly -- I won't go into that.

20       Q.   And do you know what his -- do you

21   know whether he had any automotive industry based

22   quality control system -- knowledge of any

23   automotive industry based quality control

24   systems?

1   A. No, he didn't but neither did Simonds.

2   Q. Where it says and "automotive industry

3 based quality control systems" under

4 certificates, licenses and registrations, that

5 has nothing to do with Simonds Industries?

6   MR. FELPER: Objection.

7   A. Not to my knowledge.

8   Q. Just is Simonds in the automotive

9 industry in any way?

10   MR. FELPER: Objection.

11   A. Peripherally.

12   Q. Peripherally?

13   A. Provide cutting tools for the

14 automotive industry, but they're not a -- they're

15 not that kind of a supplier whereby they need

16 automotive industry certification in Fitchburg.

17   Q. Did you know either Jeremy Dexter or

18 Mr. Dusperi during your employment at Simonds?

19   A. Yes.

20   Q. And what positions did they have in

21 the company?

22   A. I know they were both in the

23 engineering department.  I believe Jeremy Dexter

24 was a project engineer with a metallurgical

1    emphasis.  The other fellow, I believe, was a

2    project engineer/manufacturing engineer.  I'm not

3    aware of the titles.

4        Q.    And how do you know whether those two

5    gentlemen, Mr. Dusperi and Mr. Dexter, retained

6    their positions after Mr. Alberghini was laid

7    off?

8        A.    I believe they did.

9        Q.    And you may not know this

10   specifically, but do you know whether Mr. Dexter

11   and Mr. Dusperi -- actually when they were hired?

12       A.    Do I remember when they were hired?

13   Jeremy was a co-op student that worked one or two

14   summers at Simonds, and we hired him upon his

15   graduation from Worcester Tech possibly 1997 and

16   the other --

17       Q.    I'm sorry?

18       A.    The other individual, I believe, is a

19   friend who graduated with him at Worcester Tech,

20   may have worked somewhere else for a very short

21   time and came to Simonds, I'm going to say 1998,

22   maybe 1999.

23       Q.    And do you know approximately how old

24   Mr. Alberghini was at the time of his layoff?

1          A.    Around 60.

2          Q.    And do you know approximately -- you

3     may not know exactly -- how old Mr. Dusperi and

4     Mr. Dexter are?

5          A.    I would say 25.

6          Q.    Are there any skills that

7     Mr. Alberghini had or has that in your knowledge

8     of his performance and education and experience

9     and so forth and as his prior supervisor, whether

10    he would have any skills that would make him more

11    qualified for such a position as this product

12    engineer position that we talked about in

13    Exhibit 5?

14               MR. FELPER:  Objection.

15         A.    Well, it mentions, you know,

16    occasionally supervise others on a project basis,

17    so clearly there's a large discrepancy between

18    Lou's supervisory experience and the other two

19    fellows which I assume is none.  Familiarization

20    with the labor agreement is important for

21    everybody, knowledge of how capital equipment is

22    obtained.  Just the experience he would have

23    gained from being on the manufacturing staff for,

24    you know, almost ten years would give him a much

1    stronger sense of the business and -- the

2    business.

3        Q.    Now, at least up until the time that

4    you left Simonds, do you know whether Mr. Dexter

5    or Mr. Dusperi did supervise any employees?

6        A.    I don't think so.

7        Q.    And up until the time that you left,

8    do you know whether Mr. Dexter or Mr. Dusperi did

9    any labor negotiations?

10       A.    No, they wouldn't have.

11       Q.    And up until the time that you left

12   Simonds, do you know whether Mr. Dusperi or

13   Mr. Dexter prepared any budget information?

14       A.    No.

15       Q.    You don't know whether they did?

16       A.    They wouldn't have.

17       Q.    They wouldn't have.  Do you know up

18   until the time that you left whether Mr. Dusperi

19   and Mr. Dexter would have had any responsibility

20   for performing anyone's performance review?

21       A.    No, they wouldn't have.

22       Q.    I mean preparing?

23       A.    No.

24       Q.    Did anyone request any input from you

# APPENDIX 6

Simonds Industries Inc.
Domestic Terminations in 2000 (133)
Total Domestic Employee Population (804)

CODES: (followed by date XX/00)

Employees

| | | |
|---|---|---|
| 24 | RIF | Reduction in Force;  Positions Eliminated |
| 41 | RES/REP | Resignation/Replaced |
| 11 | RES/NREP | Resignation/Not Replaced |
| 7 | RET/REP | Normal Retirement/Replaced |
| 5 | RET/NREP | Normal Retirement/Not Replaced |
| 10 | TC/REP | Termination for Cause/Replaced |
| 1 | TC/NREP | Termination for Cause/Not Replaced |
| 4 | TBR/REP | Termination for Business Reasons/Replaced |
| 8 | TBR/NREP | Termination for Business Reasons/Not Replaced |
| 0 | DIS/REP | Permanent Disability/Replaced |
| 3 | DIS/NREP | Permanent Disability/Not Replaced |
| 1 | CON | Consultant Status |
| 14 | REH | Rehired After Termination |
| 5 | REA | Reassigned within the Company without Termination |

[N.B.  To date in 2000, fifty-seven (57) positions have been eliminated by the RIF or normal attrition.]

| NAME | POSITION | AGE | CODE/DATE |
|---|---|---|---|

Fitchburg Facility in Fitchburg, Massachusetts

| | | | |
|---|---|---|---|
| Ackles, Nancy | Secretary/Clerk | 67 | RIF 01/00 |
| Alberghini, Louis | Engineer | 60 | RIF/REH 02/00 |
| Allaire, Christopher | Hourly | 30 | RES/REP 02/00 |
| Anderson, Maxwell | Hourly | 20 | RES/REP 04/00 |
| Bourque, James | Mfg. Manager/Wood | 48 | RIF/REH 02/00 |
| Burdick, Jeanne | Inside Sales | 52 | DIS/NREP 10/99 |
| Chase, John | Credit Manager | 51 | RES/REP 02/00 |
| Colon, William | Hourly | 57 | TBR/REP 10/99 |
| Demers, Roland | Hourly | 67 | RET/NREP 12/99 |
| Deedrick, Robert | VP-Marketing | 57 | CON |
| DeRivera, Eric | Engineer | 43 | RES/REP 12/99 |
| DeVilling, Skip | VP-Bus. Development | 58 | TBR/NREP 01/00 |
| Edmands, Karl | Hourly | 46 | REA |
| Evans, James | Sales | 40 | RES/REP 01/00 |
| Ferguson, William | Hourly | 63 | RET/REP 05/00 |
| Ibanez, Jorge | Hourly | 19 | TC/REP 07/00 |
| Lanides, Victoria | Health/Benefits | 57 | RIF 01/00 |
| Lake, Roger | Sales | 58 | TC/REP 12/99 |
| Larsen, Ronald | Mfg. Manager/Metal | 61 | RIF 01/00 |
| Marien, Chris | Hourly | 33 | TC/REP 04/00 |
| McCarthy, Mark | Hourly | 62 | RET/NREP 05/00 |
| May, Steve | Hourly | 28 | RES/REP 03/00 |
| Perry, Richard | Hourly | 62 | RET/NREP 04/00 |
| Rodriguez, Roland | Facility Coordinator | 37 | RES/REP 02/00 |
| Schrenk, Chris | Sales | 33 | RES/REP 01/00 |
| Sedycias, Steve | Hourly | 20 | TBR/REP 10/99 |
| Souliere, Richard | Mfg. Manager/Paper | 59 | DIS/NREP 08/99 |
| Spence, Tim | Engineering | 25 | RES/REP 03/00 |
| Sylvester, Amy | Cost Analyst | 33 | RES/REP 01/00 |
| Theriault, Harold | Hourly | 62 | RET/REP 05/00 |
| Walsh, Robert | Accounting | 40 | RES/REP 01/00 |
| Warner, Fred | Programmer | 37 | RES/NREP 10/99 |
| Watson, Steve | Hourly | 47 | RES/REP 04/00 |

TOTAL TERMINATIONS (33)
AVERAGE AGE TERMINATED (46.42)
TOTAL POPULATION (377)
AVERAGE AGE TOTAL POPULATION (47.84 salaried; 46.94 hourly)

Armstrong Facility in Portland, Oregon

| | | | |
|---|---|---|---|
| Aguirre, Benjamin | Hourly | 21 | RES/NREP 04/00 |
| Ardeleanu, Corneliu | Hourly | 51 | RIF 08/00 |
| Atkins, William | Hourly | 40 | RIF 08/00 |
| Brady, Joseph | Hourly | 61 | DIS/NREP 02/00 |
| Browne, Isaac | Hourly | 19 | RIF 01/00 |
| Collard, John | Production Planner | 55 | RIF 01/00 |
| Delmazzo, Larry | Hourly | 51 | RIF 06/00 |
| Ferguson, Debra | Hourly | 45 | RES/NREP 08/00 |
| Helton, Robert | Hourly | 46 | RES/NREP 07/00 |
| Hockert, Danny | Manager | 58 | RES/NREP 06/00 |
| Holmes, Dennis | Hourly | 34 | RIF 06/00 |
| Huffman, James | Hourly | 29 | RIF 06/00 |
| Ladbury, Richard | Manager | 46 | RIF 01/00 |
| Lenssen, Gregory | Hourly | 41 | RIF 08/00 |
| Long, Michael | Hourly | 31 | RES/NREP 07/00 |
| Madsen, Robert | Hourly | 58 | RIF 08/00 |
| Mitchum, Robert | Hourly | 25 | RIF 06/00 |
| Northern, David | Hourly | 29 | RIF 06/00 |
| Pemberton, Chris | Engineer | 29 | RIF 01/00 |
| Phillips, Chris | Hourly | 23 | RES/NREP 05/00 |
| Pohler, Alan | Hourly | 36 | RIF 08/00 |
| Price, Eldon | Engineer | 42 | RES/NREP3/00 |
| Stewart, Leslie | Hourly | 57 | RIF 08/00 |
| Thompson, Tracy | Manager | 35 | RIF 01/00 |
| Tucker, Bradley | Hourly | 51 | RIF 08/00 |

TOTAL TERMINATIONS (25)
AVERAGE AGE TERMINATED (39.36)
TOTAL POPULATION (85)
AVERAGE AGE TOTAL POPULATION (41.00)

Big Rapids Facility in Big Rapids, Michigan

| | | | |
|---|---|---|---|
| Bolton, Ken | Hourly | 36 | REA |
| Bone, Shawn | Hourly | 40 | RES/REP 04/00 |
| Burson, Edward | Hourly | 49 | RES/REP 02/00 |
| Chiles, Sean | Hourly | 32 | RES/REP 11/99 |
| Cobb, Benjamin | Hourly | 22 | REH 04/00 |
| Cole, David | Manager | 28 | RIF 01/00 |
| Cook, Gordon | Engineer (Temp) | 26 | RIF 12/99 |
| Decatur, Aron | Hourly | 42 | RES/REP 08/00 |
| Doxtater, Matthew | Hourly | 22 | RES/REP 12/99 |
| Dunklee, Michael | Hourly | 20 | TC/REP 08/00 |
| Everin, Michael | Hourly | 22 | RES/REP 05/00 |
| Fish, James | Hourly | 38 | REH 04/00 |
| Giese, Keith | Hourly | 28 | RES/REP 05/00 |
| Ingraham, Ken | Hourly | 25 | RES/REP 05/00 |
| Johnson, Jay | Hourly | 36 | REH 01/00 |
| Johnson, Orin | Hourly | 41 | REH 05/00 |
| Johnston, Richard | Engineer | 36 | RIF 01/00 |
| Jones, Brent | Hourly | 28 | RES/REP 04/00 |
| Kailing, Terry | Hourly | 25 | RES/REP 05/00 |
| Kirk, William | Purchasing | 65 | RET/NREP 04/00 |
| London, Kevin | Hourly | 44 | RES/REP 07/00 |
| McCarthy, Gary | Hourly | 23 | RES/REP 05/00 |
| Olds, Leslie | Hourly | 24 | RES/REP 05/00 |
| Paul, William | Hourly | 36 | RES/REP 04/00 |
| Roak, Edward | Salaried | 67 | RET/NREP 02/00 |
| Roberts, Joseph | Hourly | 37 | RES/REP 05/00 |
| Sanford, Robin | Hourly | 41 | RES/REP 05/00 |
| Skinner, Gregory | Accountant. | 34 | RES/NREP 11/99 |
| Vanderhoof, Evan | Hourly | 35 | RES/REP 06/00 |
| Wilkinson, Scott | Hourly | 36 | RES/REP 03/00 |
| Wood, Jill | Customer Service (PT) | 24 | RIF 12/99 |
| Wrench, Ruth | Technician | 35 | RES/REP 06/00 |
| Wright, Dale | Hourly | 18 | RES/REP 08/00 |

TOTALS (33)
AVERAGE AGE TERMINATED (33.79)
TOTAL POPULATION (116)
AVERAGE AGE TOTAL POPULATION (39.54)

Newcomerstown Facility in Newcomerstown, Ohio

| | | | |
|---|---|---|---|
| Baumgardner, Lillian | Hourly | 53 | REH 01/00 |
| Boelens, David | Manager | 42 | TBR/NREP 11/99 |
| Coventry, Jay | Engineer | 40 | RES/REP 08/00 |
| Elliott, David | Hourly | 52 | REA |
| Fogle, John | Plant Manager | 53 | TBR/REP 02/00 |
| Gardner, Burris | Hourly | 54 | REA |
| Griffith, Melody | Cost Analyst | 51 | RES/NREP 12/99 |
| Heston, Raymond | Hourly | 64 | RET/REP 04/00 |
| Heston, Timothy | Hourly | 47 | REA |
| Jaras, Anthony | Hourly | 25 | REH 01/00 |
| Kirk, John | Hourly | 36 | REH 02/00 |
| Kmatz, Sylvia | Quality Assurance | 46 | TBR/NREP 11/99 |
| Lindell, Chet | Hourly | 64 | RET/REP 04/00 |
| Martin, Gary | Hourly | 62 | RET/REP 06/00 |
| McCray, Scott | Superviser | 39 | TBR/NREP 01/00 |
| McKibben, Michael | Hourly | 33 | REH 04/00 |
| Miller, Wayne | Environmental | 53 | REH 08/00 |
| Parks, Kenneth | Hourly | 62 | RET/REP 01/00 |
| Rose, Cindy | Hourly | 33 | REH 06/00 |
| Shearer, Willis | Hourly | 65 | RET/REP 02/00 |
| Stone, Todd | Hourly | 34 | REH 03/00 |
| Urban, William | Hourly | 54 | REA |
| Watson, Don | Hourly | 35 | REH 01/00 |
| Wright, Kevin | Hourly | 37 | RES/REP 06/00 |

TOTAL TERMINATIONS (24)
AVERAGE AGE TERMINATED (47.25)
TOTAL POPULATION (132)
AVERAGE AGE TOTAL POPULATION (47.83 salaried, 49.90 hourly)

Springfield Facility in Springfield, Oregon

| Farmer, Robert | Hourly | 48 | TC/REP 07/00 |
| Harris, Roy | Hourly | 46 | RES/REP 01/00 |
| Roberts, Gerald | Hourly | 47 | RES/REP 03/00 |

TOTAL TERMINATIONS (3)
AVERAGE AGE TERMINATED (47.00)
TOTAL POPULATION (36)
AVERAGE AGE TOTAL POPULATON (39.33)

Dallas Saw Facility in Dallas, Texas

| Mendoza, Fermindo | Hourly | 34 | TBR/NREP 06/00 |
| Mitchell, Carlos | Hourly | 41 | TBR/NREP 06/00 |

TOTAL TERMINATIONS (2)
AVERAGE AGE TERMINATED (37.50)
TOTAL POPULATION (12)
AVERAGE AGE TOTAL POPULATION (43.08)

Notting Facility in Riverside, California

| Bonnell, Brian | Manager | 50 | RES/REP 08/00 |
| Byrne, James | Hourly | 53 | TC/REP 01/00 |
| Cooks, Bernard | Hourly | 42 | TC/REP 07/00 |
| Hamilton, Donald | Hourly | 54 | TC/REP 01/00 |
| Henry, David | Hourly | 25 | TC/REP 02/00 |
| Martin, Linda | Customer Service | 51 | TBR/NREP 12/99 |
| Perry, Allan | Engineer | 53 | TBR/REP 12/99 |
| Pitcher, Colin | President | 55 | TBR/NREP 01/00 |
| Poulin, Edward | Hourly | 42 | TC/REP 02/00 |
| Rogers, Howard | Manager | 50 | RES/NREP 06/00 |
| Rosenbrook, Mark | Manager | 41 | TC/NREP 01/00 |
| Salinas, Luis | Hourly | 26 | RES/REP 02/00 |
| Taylor, Kirk | Hourly | 43 | RES/REP 05/00 |

TOTAL TERMINATIONS (13)
AVERAGE AGE TERMINATED (45.00)
TOTAL POPULATION (46)
AVERAGE AGE TOTAL POPULATION (41.39)

SIMONDS INDUSTRIES INC. (DOMESTIC)
GRAND TOTALS TERMINATED (133)
AVERAGE AGE TERMINATED (41.85)
TOTAL POPULATION (804)
AVERAGE AGE TOTAL POPULATION (45.14)