UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| LOUIS P. ALBERGHINI,<br><br>Plaintiff,<br><br>v.<br><br>SIMONDS INDUSTRIES INC.,<br><br>Defendant. | CIVIL ACTION NO. 04-40092-FDS<br><br><br><br>Jonathan R. Sigel, BBO# 559850<br>Kathryn E. Abare-O'Connell, BBO# 647594 |

### DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

Defendant Simonds Industries Inc. ("Simonds") hereby requests leave to file a Reply Memorandum to Plaintiff's Opposition to Defendant's Motion For Summary Judgment. As grounds for this request, Simonds states that the Court will be assisted with the submission of a Reply Memorandum that briefly addresses a number of misstatements and inaccuracies in Plaintiff's Opposition. Further, the Reply Memorandum (which is attached hereto) will neither burden the Court nor delay the consideration of the Motion For Summary Judgment.

WHEREFORE, Defendant Simonds Industries Inc. respectfully requests that it be permitted to file a Reply Memorandum to Plaintiff's Opposition to Defendant's Motion For Summary Judgment.

SIMONDS INDUSTRIES INC.,

By its Attorneys,

_____
Jonathan R. Sigel, BBO# 559850
Kathryn E. Abare-O'Connell, BBO# 647594
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Dated: October 27, 2005