## EXHIBIT LIST

| EXHIBIT | DOCUMENT |
|---|---|
| 1 | Transcript of Trial in the matter of *Ronald Larsen v. Simonds Industries Inc.*, No. 01-40059 ("Larsen Trial Transcript") |
| 2 | Second Affidavit of Ilda Thibodeau ("Second Thibodeau Aff.") |
| 3 | Affidavit of Ilda Thibodeau ("Thibodeau Aff.") |
| 4 | Deposition of Patricia Jearman taken on March 14, 2005 ("Jearman Dep.") |
| 5 | Deposition of Louis Alberghini taken on October 23, 2002 ("Alberghini Dep. I") |
| 6 | Deposition of John Jordan taken on March 14, 2005 ("Jordan Dep. II") |
| 7 | Deposition of Richard Brault taken on January 3, 2003 ("Brault Dep.") |
| 8 | Deposition of Peter Duperry taken on January 3, 2003 ("Duperry Dep.") |
| 9 | Saposnik v. Babcock Borsig Power, Inc., 19 Mass. L. Rptr. No. 27 611, 614 (Mass. Super. September 12, 2005). |
| 10 | Deposition of John Jordan taken on October 3, 2002 ("Jordan Dep. I") |
| 11 | Affidavit of Craig Lawson Moore, Ph.D. ("Moore Aff.") |

# EXHIBIT 1

EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RONALD LARSEN,           )
    Plaintiff,       )
                         )
                         )
vs.                      )    CA No. 01-40059
                         )
                         )
SIMONDS INDUSTRIES, INC.,)
    Defendant.       )

BEFORE:  The Honorable Nathaniel M. Gorton

DAY TWO OF JURY TRIAL

John Joseph Moakley United States Courthouse
Courtroom No. 4
One Courthouse Way
Boston, MA 02210
Tuesday, May 10, 2005
9:08 A.M.

Cheryl Dahlstrom, RPR, RMR
James P. Gibbons, RMR
Official Court Reporters
John Joseph Moakley United States Courthouse
One Courthouse Way, Room 3209
Boston, MA 02210
Mechanical Steno - Transcript by Computer

```
 1    these two things led to that decision.
 2    Q    By the time that decision was made, had you already
 3    conducted your site visits to other Simonds manufacturing
 4    sites?
 5    A    Largely, yes.
 6    Q    And based on those site visits, did any other Simonds
 7    manufacturing site have that level of management that had
 8    been occupied by Mr. Larsen?
 9    A    No.
10    Q    At those other sites, did the unit managers report
11    directly to the plant managers?
12    A    Yes.
13    Q    What, if anything, were you hoping to accomplish with
14    the elimination of that level of management?
15    A    As I mentioned, the primary motivation was the
16    management philosophy that we could improve communications,
17    get more empowerment of employees; but, additionally, it
18    would be a cost reduction to help achieve what was then a
19    dangerously low level of profitability for us.
20    Q    Did you know the age of any of these employees selected
21    for layoff before they were laid off?
22    A    No.
23    Q    Did you know their ages before the decision was made as
24    to the layoffs?
25    A    The typical -- not the "typical" process.
```

1       The process we went through at that point in time
2  was to identify the decisions that we had to make, then list
3  the employees that were affected, and then do a review of
4  all the employees and all of the information about the
5  employees to make sure that we were following proper legal
6  procedures and fairness with respect to the decisions of the
7  impact of the reductions in force.
8  Q  So you're saying that this review was done after the
9  decision had been made as to who would be laid off?
10 A  Yes.
11 Q  Why was that type of analysis done?
12 A  Well, it was something that I had been accustomed to at
13 Stanley, certainly, in my career, is that it was standard
14 operating procedure, if you will, or common practice to make
15 sure that we were reviewing the impact of our decisions to
16 make sure that we were abiding by the law and being fair to
17 all employee groups.
18 Q  Do you know if that type of review was done for the
19 layoff that impacted Mr. Larsen?
20 A  Yes.
21 Q  Do you know the results of that review?
22 A  It indicated that the process had been followed
23 properly, and that there were no exceptions, and that we
24 were ready to proceed with the reductions in force as
25 planned.

1  essentially the heart of the Simonds operating system.  It's
2  a management philosophy that helps us run the company.
3  Q    Was that operating system implemented at the company?
4  A    Yes, it was.
5       We began to roll it out soon after I arrived at the
6  company in late '99, and it's been -- it continues to be
7  imbedded in the organization every day that goes on.  It's
8  just a common way of operating the company that we employ.
9  Q    Were there other layoffs while you've been president of
10 Simonds?
11 A    Yes.  Unfortunately, there have.
12 Q    Why have those been?
13 A    Again, in the first period, the first six months after I
14 arrived at Simonds, is when we saw the deteriorating
15 financial conditions in late 1999.  So it was necessary for
16 us to make about -- reductions in force of about 60
17 employees in the first six months.
18      That was driven by the fact that in late 1999 we
19 were earning just enough money to make the interest payment
20 on our bonds, or our big mortgage that you described
21 earlier, and the company stabilized after that.
22      But in 2000, late 2000 and 2001, we hit a severe
23 recession and actually ended up taking out an additional 170
24 employees throughout the company.  We had to have reductions
25 in force to compensate for what was a rapidly deteriorating

1   business climate.
2   Q   I know you've already answered this, but I'll ask you
3   one more time.
4       Do you recall the number of employees at the
5   company when you joined?
6   A   It was about 930.
7   Q   Did that change at all in 2000?
8   A   By the end of the first quarter of 2000, that had
9   dropped by about 60, I think down to about 870.
10  Q   Did those numbers change at all in 2001?
11  A   By the end of 2001, again because of the severe impact
12  of the recession, I believe we were down to about 660
13  employees.  So the impact was very broad across all parts of
14  the business and all locations in the company.
15  Q   Did those numbers change again in 2002?
16  A   Not substantially, but they went down a little bit
17  further.
18  Q   Other than layoffs, did the company undertake any other
19  type of cost-saving measures to deal with these financial
20  issues you just described?
21  A   Certainly.  We did a couple of things.
22      We worked hard with our suppliers to reduce
23  material costs.  We asked all of our suppliers to give us a
24  price reduction of somewhere between 5 and 10 percent on all
25  supplies.

```
 1              We did a number of other things like asked our
 2      salaried employees and union employees to take wage cuts.
 3              We did not have any success getting our unions to
 4      agree to wage cuts during the 2001 severe period, but we did
 5      impose wage reductions for salaried employees for a period
 6      of time and also reduced -- postponed merit increases for a
 7      period of time.
 8      Q   As president of Simonds, you receive sales reports on a
 9      regular basis?
10      A   Yes.
11      Q   What kind of sales reports?
12      A   Well, it would give us incoming orders as well as
13      shipments of product, by product family, by region of the
14      world.
15      Q   Was there a comparison done to prior year sales
16      performance?
17      A   Yes.
18      Q   What about a comparison to forecast?
19      A   We comparison to both.
20      Q   Would that same type of information be available as to
21      the financial performance of the company?
22      A   Yes.
23      Q   And those types of reports have been available to you
24      since you joined the company?
25      A   Yes.
```

1   Q   What was the company's -- I'm going to ask you two
2   things.  I am going to ask you what it was, and I'm going to
3   ask you to explain what that is.
4       What was the company's debt load when you joined
5   Simonds?
6   A   When I came to Simonds there was about a little over
7   $102 million of debt, and to put that into perspective, the
8   company's sales were about 127,000,500.  So we were at that
9   time considered an extraordinarily highly leveraged company.
10  That is a very high amount of debt, and that debt carried an
11  interest rate of ten and a quarter percent.  So annually the
12  combined debt and interest payment, the interest payment on
13  the debt, was about $10,500,000 that we had to make, and
14  that was just on the interest, no principal payment.  This
15  was an interest-only loan.
16  Q   Would it be fair to characterize that debt load as
17  something akin to a mortgage that people might have on their
18  homes?
19  A   Precisely.
20  Q   And let me direct your attention to the fourth quarter
21  of 1999.
22      For the fourth quarter of 1999, did you note any
23  trends in the sales during that quarter?
24  A   Sales were reasonably good.  They were still flat over
25  the period of 1999.

1   Q   What about profitability?
2   A   Profitability was what was beginning to deteriorate with
3   what I mentioned before, with the cost pressures escalating
4   and prices beginning to go down in the marketplace.
5   Q   How was the financial performance of the company in the
6   fourth quarter, or the profitability of the company in the
7   fourth quarter, in 1999 compared to how it had done in 1998?
8   A   It was lower.
9   Q   How was it doing in terms of forecast for this
10  particular quarter?
11  A   It was also lower.
12  Q   Did this cause you any type of concern?
13  A   Well, yes, because of the rate at which we were earning
14  profit in November and December was not sufficient to cover
15  our interest payments.  So we were dangerously close to not
16  being able to fund the interest payment if we didn't take
17  some action.
18  Q   Was there any change in cost of doing business from 1998
19  to 1999?
20  A   Well, the normal wage inflation, as our employees, both
21  salaried and union employees, hourly employees, are
22  typically given an annual wage increase.  There certainly
23  are increased health care costs, energy costs that were sort
24  of a natural inflation that's built into the cost base of
25  the business.

1   Q   Again, let me preface that.
2       Would I be correct to say that that's akin to the
3   daily and monthly living expenses that one would have?
4   A   Sort of a cost-of-living increase for business.
5   Q   In 2000, was there any trend in sales at the existing
6   sites?
7   A   The first two quarters of 2000, the first six months,
8   sales continued to be reasonably good. They were flat
9   compared to 1999.
10      In the second half of 2000, beginning about the
11  June period, we saw a rather dramatic decline in incoming
12  orders and sales for the part of our business that serves
13  the sawmill industry. And what had happened there was the
14  price of lumber, which generally drives the cutting activity
15  and the equipment that we provide to the industry, dropped
16  tremendously and suddenly, I might add.
17      So our sales dropped by about $2 million per
18  quarter in the second half of 2000 compared to the first
19  half. So the first half was good performance and the second
20  half began to deteriorate.
21  Q   Did you note any trend in profits or profitability in
22  2000?
23  A   Yes.
24      The first two quarters, again, the first half, of
25  the 2000, the profitability was strong. We were making our

1  interest payments with extra room to breathe, if you will.
2  And in the second half, profits began to decline
3  substantially, and we found ourselves in the similar
4  position that we were in in the fourth quarter of 1999,
5  being sort of on the cusp of not being able to fund the
6  interest payment and have some measure of comfort.
7  Q  In these first two quarters of 2000 when you said you
8  had that breathing room in terms of how the company was
9  doing, was this after the layoffs had occurred in January of
10 2000?
11 A  Yes.
12     One of the fundamental reasons why our performance
13 did improve in the first half of 2000 was the reductions in
14 force and the changes we made with our suppliers to reduce
15 costs on materials and supplies and the other measures we
16 put in place to reduce costs in late 1999 and the beginning
17 of 2000.
18 Q  Knowing what you know about the company's financial
19 performance, can you tell me how the company's financial
20 performance would have been in the first half of 2000 if it
21 had not undertaken these cost-saving measures?
22 A  Well, there's no way for me to project what they would
23 have actually been, but if we had not taken the action, they
24 would have been similar, in my view, to the fourth quarter
25 of 1999, which would have been that level at which we would