2

Case 4:04-cv-40092-FDS   Document 28-7   Filed 10/27/2005   Page 1 of 10

# Richard Brault
292 Adams Dr.
Athol MA 01331
Home phone 978-249-8031

## OBJECTIVE
To find employment with opportunity for advancement in the Band Saw Industry with a progressive manufacturer that will utilize my experience and skills.

## QUALIFICATIONS
As an Engineering Manager I have a proven record of managing a diverse engineering staff that troubleshoots problems, handles multiple projects, meets deadlines and keeps spending within budget.

My 23 years of experience in the Band Saw Industry, handling a variety of responsibilities has given me a well rounded knowledge of all aspects of Band Saw manufacturing including Bimetal, Carbon, and Carbide. I have experience in sales, engineering, quality assurance, and customer service.

Knowledgeable in Lean Manufacturing philosophy and Setup Reduction. I have trained and lead successful teams to improve product value stream, eliminate waste, create product flow, reduce inventories and cut costs.

## WORK HISTORY

**2001-Present** *Manager of Manufacturing Engineering, Simonds Industries Inc.*
Responsible for providing the necessary support to the manufacturing group to maintain and improve all manufacturing processes in the Fitchburg plant. Supervise three Manufacturing Engineers and one Quality Engineer. Also work with other Simonds divisions on projects such as implementation of a global quality system, the layout design of a new manufacturing plant, and troubleshooting various problems.

**2000-2001** *Sr. Manufacturing Engineer, Simonds Industries Inc.*
Responsible for all aspects of process engineering to insure smooth efficient flow of product through manufacturing. Managed the $400,000 implementation of the new Recip/Jig manufacturing line, including the purchase of capital equipment, plant layout, operator training, outsourcing of the paint, and heat treat operations.

**1999-2000** *Manager of Quality Assurance, Kennametal Consumer Prods. Div.*
Responsible for developing a quality system that would lead to ISO 9000 certification. Responsible for new Metrology Lab with new equipment. In six months created a Quality Manual, quality specifications, work instructions, policies and procedures covering all operations.

**1997-1999** *Senior Project Engineer, Greenfield Industries/Kennametal*
Responsible for $3 million annual budget, all capital purchases, developing justifications, evaluation of equipment options, negotiations of price etc, scheduling and managing installations and implementations. Met with most major bandsaw equipment manufacturers in the U.S. and Europe. Managed $1.3 million project to rearrange manufacturing facility to achieve improved product flow.

**1996-1997** *Facilities Manager, Greenfield Industries*
Responsible for all plant systems, plant maintenance to include supervision of machine shop and 15 hourly maintenance personnel. Purchased and installed 1,000 GPM water cooling system, managed $210,000 project to purchase and install two 700 CFM air compressors receiving a $55,000 energy rebate from Western Mass. Electric.

| | |
|---|---|
| 1992-1996 | *Manufacturing. Engineer, Rule Group /Greenfield Industries*<br>Designed new holesaw welders, heat treat lines, straightening lines, and custom modifications to existing equipment as well as troubleshooting process and equipment problems. Managed $1.4 million project to purchase E.B. Welder, Annealing Furnace, Rolling Mill, and new bimetal Heat Treat line. Responsible for developing new Duplex tooth form and cutter design. |
| 1989-1992 | *Saw Service/Sales Technician, L.S. Starrett Co.*<br>Traveled throughout the Northeast servicing customer's machines, conducting blades tests, troubleshooting customer problems and selling bandsaw blades. Also conducted product and applications training for distributor salespeople. |
| 1984-1989 | *Sales, The Kontro Co. Inc.*<br>Held several positions in sales, manufacturing and production of the Kontro Sanitary Pump. |
| 1981-1984 | *Manufacturing. Engineer, The L. S. Starrett Co.*<br>Primarily responsible for machine design and modifications to bandsaw manufacturing equipment. |
| 1973-1981 | *Toolmaker, L. S. Starrett Co.*<br>Completed 4 year apprentice program graduating in 1977. Spent from 1977 to 1981 working in the toolroom building custom designed equipment. |

**EDUCATION**

| | |
|---|---|
| 1996-2000 | B. A. in Manufacturing Management, UWW, University of Massachusetts |
| 1970-1972 | Associate of Science, Mount Wachusett Community College |

Fluid Power II and III, *Parker Hannifin Div.*

Managing for Continuous Improvement, *Institute of Management Development*

Statistical Process Control, *Institute of Management Development*

Techniques for an Empowered Workforce, *Development Dimensions International*

**SKILLS**
Autocad 2000, Microsoft Word, Excel, Access, Powerpoint, Project

**REFERENCES: Provided on request**

3

Case 4:04-cv-40092-FDS   Document 28-7   Filed 10/27/2005   Page 4 of 10

# Peter Duperry

Address: 560 North Main Street, Apartment 205D, Leominster MA 01453   Phone: (978) 534-1399
Cellular: (978)857-8066   Email: peteradup@hotmail.com

**WORK EXPERIENCE**

**Simonds Industries Inc.** Fitchburg, Massachusetts
*Manufacturing Engineer.* July 2001 – Present

- Product line engineer for carbide tipped band products and steel rule. Responsible for product quality, process and product improvements, R&D, and process organization.
- CNC programming of ground form products.
- Wire EDM programming.
- Compose work instructions.

**Crystar Diffusion Components.** Worcester, Massachusetts
*Mechanical Engineering Internship.* June 2000 – April 2001
Contact: Anthony Corridori, Engineering Manager, (508) 795-5334

- Designed a machine to grind product previously being sanded with hand held sander. The grinder provided a better quality product, with improved consistency and reduced production time.
- Designed new components.
- Revised old component drawings.

**PROJECT EXPERIENCE**

*Major Qualifying Project(MQP)* - **The Gillette Company.** Boston, Massachusetts
*Analysis of a Cam Driven Linkage.* 9/2000-5/2001

Dynamically modeled an existing cam-driven linkage used by The Gillette Company, including the thermodynamic modeling of an air cylinder to determine its spring rate when used as a closure spring. Produced a set of guidelines for future analysis of similar systems. A paper, written by my project partner and I, will soon be published in the journal for American Society of Mechanical Engineers.

*Interactive Qualifying Project(IQP).* Worcester, Massachusetts.
*Solid Modeling Programs and Their Effect on Businesses.* 9/1999-5/2000

Conducted a study of small to medium sized companies that use solid-modeling CAD systems in order to determine the effect that solid modeling systems have on such companies.

**EDUCATION**

**Worcester Polytechnic Institute**
Worcester, Massachusetts
*Bachelors of Science in Mechanical Engineering,* May 2001
Concentration in Mechanical Design

**SKILLS**

Microsoft Office 2000 (Word, Excel, PowerPoint), Windows 2000, Pro Engineer, SolidWorks, AutoCAD 2000, BobCAD CNC programming, MathCAD, MS Visual Basic 6.0 and LabView.

4

**SALVATORE SANTORO**
77 North Street
Shrewsbury, MA 01545
508-842-3297

**Objective**

To secure a position where a successful background in achieving customer satisfaction, trough effective quality management, engineering, and teamwork can contribute to the growth of your organization.

**Qualifications Summary**

*Personal & Professional Profile:*

- Effective communication with excellent interpersonal, organizational and managerial skills
- Highly motivated and confident self-starter who performs well under pressure
- Demonstrated ability to systematically identify, isolate and address problems
- Able to coordinate multiple projects, set appropriate priorities and meet deadlines
- Enthusiastic and energetic team player capable of independent decision making
- Successful hire, train, motivate, supervise and evaluate staff
- Interact effectively both interdepartmentally and at all organizational levels
- Ability to statistically evaluate processes capability and expected behavior.
- Data oriented leader of root cause analysis. Preventive and corrective action process owner.

*Functional:*

- Full P&L production responsibility; Plant management; Engineering management; Quality management.
- Accountable for manufacturing processes optimization, Determine needs; Purchase equipment and machinery; Evaluate vendors and ROI factors
- Quality control management; Manufacturing / Process engineering; CNC operation
- Develop, implement and prepare budgets; Machinery utilization; Process efficiency; Manufacturing demonstrated capacity; Production planning and scheduling
- Evaluate and improve manufacturing processes; Implement cost controls; Incentive systems, statistical evaluations and process inferences.
- Managing quality systems to successfully achieve ISO 9002 certification and re-certification.
- Manage production facility transfer and relocation; Coordinated local and global plant / product consolidation
- Facilitator for 5's organization programs.

*Computer Skills:*

- ASK System; MRP; CRP; QA2;KISS;Minitab; Gagetalker (Real time SPC data collection); MS Word; Excel, Projects, Access, and Power Point; MS Publisher; Visio flow charting; Lotus Notes; FMEA 4.1; Minitab; KISS (Keep it simple with statistics)

## EMPLOYEMENT

**Greenfield Industries, Greenfield, MA**

**1987- Present**

*Manager of Manufacturing Engineering*
Accountable for the performance of a team of four engineers maintaining and improving over 30 separated and interdependent manufacturing processes.

*Accomplishments:*

- Engineered process improvements in addition of timely and effective capital investments that resulted in production increases of 30% over a period of three years.
- Coordinated internal machinery rebuilding project resulting in improved machinery uptime by 25% while saving the company $ 350,000 in external rebuilding costs.
- Coordinated process parameters optimization / documentation resulting in 10% reduction of set-up time.
- Championed, supported, expected and recognized "Lean Manufacturing" initiatives from the Engineering team and manufacturing resources.
- Evaluated needs, justified, purchased, coordinated; installation, statistical qualification, process optimization / documentation, training for all capital investments ($ 3.000,000.)

1993-1996   *Senior Manufacturing Engineer / QA Manager*
Accountable for coordinating plant / machinery consolidation on a local and global scale and improving internal Quality System.

*Accomplishments:*

- Coordinated, transferred and installation of equipment during GTD product rationalization and consolidation including employee training resulting in 40% capacity increase.
- Achieved ISO 9002 re-certification. Auditor reported ZERO non-compliance's or observations
- Received the Kennametal Managerial award for continuous improvement initiatives.
- Enhanced manufacturing efficiency of the Flute grinding process resulting in a $ 500,000 annual savings and a company bonus award.
- Received a company award for coordinating process enhancements and training in the Solon and Pachuga (Mex) plants.
- Received a company award for coordinating and supporting the team working on the Lindner One-Cut project which saved the company $ 600,000 annually.
- Coordinated and supported the team working on the Skip-Dress project resulting in a $ 100,000 annual savings to the company.
- Implemented GageTalker electronic SPC monitoring system in all critical areas of manufacturing.

**1988-1992** *Unit Manager – Unit #2*

Accountable for the efficient and profitable operation of a manufacturing team consisting of 10 supervisors, 22 group leaders and over 200 employees across three shifts with a production forecast of 20,000 units per day and an approximate sales value of 28 M per year.

*Accomplishments:*

- Played an important role in changing our management system from departmental and vertical integrated to horizontal and cross-functional.
- Implemented quality and engineering initiatives that resulted in reduction of scrap rate from 42% to 12%
- Coordinate and implemented all requirements and training for initial ISO 9002 third party assessment.

**1975-1987**  **NEW YORK TWIST DRILL**, Ramsey, NJ

**1986-1987** *Plant Manager,* J. Bath Div., Worcester, MA
Full P&L responsibility for this 110 employee manufacturing operation

*Accomplishments:*

- Instrumental in the development of grinding methodology for "Vary Bits" a multidrill tool specifically manufactured for American Saw.
- Improved the manufacturing process for aircraft drill i.e. Space-matic and Drive-matic
- Implemented Statistical Process Control (SPC) disciplines in all automatic work centers reducing internal scrap rate from 25% to 5%
- Coordinated gap analysis, process improvements and documentation required to be awarded the coveted Ford "Q101"award. NYTD was the first US based organization to receive this award.

**1984-1985** *Product Manager,* J. Bath Div. Worcester, MA
Accountable for all aspects of taps manufacturing.

**1982-1983** *Production Supervisor* J. Bath Div. Worcester, MA
Supervised all semi-finished operations including squaring, fluting, milling, centerless grinding, OD grinding, spiral pointing, chamfering and all special modifications.

**1975-1981** *Production Supervisor* Tap Div. Ramsey, NJ

**1969-1974**  **SOSSNER TAP,** Melville L.I. N.Y.

*Department Leader; Thread Grinding Machine Operator*

**963-1968**  **FIAT AUTO** Avellino, Italy

*Cutting Tools Machine Operator*

**AWARDS**

Ford "Q101"
Ford "Q1"
ISO 9002 Certifications (New York Twist Drill, Greenfield, and Simonds)
Navistar Quality Award
T.E.S.Q.A Tooling – Chrysler
McDonnell Douglas Quality Award

**EDUCATION**

**ISTITUTO PROFESSIONALE DI STATO PER INSTRUZIONE TECHINICA, Italy.** *BS Mechanical Engineering 1963* graduated with a 3.68 GPA

*National Graduate School, Falmouth MA*
*MS Quality Systems Management May/2000* graduated with a 3.96 GPA

*Certificates:* ASQ Quality Auditor, WPI Project Management, Hazardous material handling, TOPS (Team Oriented Process Improvements). CNC programming, Greenfield Community College. NEQC Six Sigma Tools using Minitab.

*Professional Training:* ASQ Statistics I, II, III and Advanced Statistics, S.M.E.A.D. WPI set up reduction, Managing Time, Fanuc / Mitsubishi CNC programming, Merubini-Citizen NJ. MS Access, Greenfield C.C. Coaching & Counseling, Paget & Thompson, Managing Chaos, Tom Peters, Management of Seven Deadly Diseases, W.E. Deming, Quality Loss Function, Taguci, SPC, ASQ, How to work with people, Fred Pryor.

**AFFILIATIONS**   ASME; APICS; ASQ Automotive Div.

**INTEREST**   Classical music, Gardening, Technical Reading, Bowling

References Available upon Request