5

Case 4:04-cv-40092-FDS    Document 28-8    Filed 10/27/2005    Page 1 of 8

# JEREMY DEXTER

Address: 62 Carriage Way Drive, Fitchburg, MA 01420, (978) 342-8895   Email: jeremydexter@hotmail.com

**WORK EXPERIENCE**

**Simonds Industries Inc.** Fitchburg, Massachusetts
*Manufacturing Engineer/Process Metallurgist.* July 2000 – Present
- Designed and implemented four versions of an electron beam weld bead-rolling unit. Eliminated two operations in one case and one operation in the other cases. Combined annual savings $218,000.00.
- Product line engineer for carbon band and welded edge products. Responsible for product quality, process and product improvements, R&D, and process organization.
- CNC programming of Wire EDM, ground form and laser cut products.
- Designed and implemented in-line band saw tempering unit – Eliminated need for batch tempering, enabling a one-piece-flow process.
- Responsible for implementation of "Lean Manufacturing" techniques for carbon band and welded edge products.
- Work though marketing team and territory sales managers to determine customer's needs.

**Simonds Industries Inc.** Fitchburg, Massachusetts
*Materials Laboratory Internship.* May-August 1998; May-August 1999
   Contact: Ernest Evancic, Chief Metallurgical Engineer, (978) 343-3731
- Performed sectioning, mounting, grinding, and polishing of metallurgical specimens
- Performed failure analysis of returned products and R&D tests
- Performed quality control inspections using Rockwell hardness testing, micro hardness testing, file testing, and optical microscopy

**PROJECT EXPERIENCE**

**Heraeus Electro-Nite.** Philadelphia, Pennsylvania
*Thermal Analysis of Aluminum Alloys.* 9/1999-3/2000
   Testing a thermocouple prototype that can determine the composition of grain refiners based on the liquidus and solidus temperatures and the slope of the cooling curve. Also analyzing different aluminum alloys properties on composition and cooling rate using an Alu-Delta and comparing those with that of the prototype.

**U.S. Consumer Product Safety Commission.** Washington D.C.
*Powered Lawn and Garden Equipment – An Examination of Injury Data and Market Information.* 9/1998-12/1998
   Analyzed statistical injury data and performed interviews with trade organizations. Conclusions were made on how to limit injuries dealing with powered lawn equipment.

**EDUCATION**

**Worcester Polytechnic Institute**
Worcester, Massachusetts
   ***Bachelors of Science in Mechanical Engineering***, May 2000
   Concentration in Material Science
   Graduated with Distinction

**SKILLS**

Microsoft Office 2000 (Word, Excel, PowerPoint), Pro Engineer 3D Solid Modeling, AutoCAD 2000 LT, metallurgical mount preparation, optical microscopy.

6

Case 4:04-cv-40092-FDS    Document 28-8    Filed 10/27/2005    Page 3 of 8

Simonds Industry
Fitchburg Employees

| LIST | NAME | BIRTHDATE | AGE | D.O.H. | DOT | Age at DOT | TermReason | Location | Current Job Title | SALARY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Howard, John A. | 03/23/34 | 68 | 07/09/56 | 07/09/99 | 65 | Retirement | Fitchburg | MGR. MFG. SVC | 66,338.00 |
| 2 | Sylvia, Joseph L. | 04/11/45 | 57 | 08/10/70 | 11/30/99 | 54 | Resigned | Fitchburg | VP FINANCE CFO | 193,253.00 |
| 3 | Derivera, Eric O. | 04/02/57 | 45 | 01/03/89 | 12/31/99 | 42 | Resigned | Fitchburg | SR. MFG. ENGINEER | 71,167.00 |
| 4 | Ackles, Nancy P. | 12/28/32 | 69 | 07/20/66 | 01/07/00 | 67 | Resigned | Fitchburg | WORD PRO. SEC. | 28,202.00 |
| 5 | Larsen, Ronald | 11/08/38 | 63 | 09/30/69 | 01/07/00 | 61 | RIF | Fitchburg | PLANT OPERATIONS | 92,700.00 |
| 6 | Sylvester, Amy L. | 03/10/67 | 35 | 08/21/87 | 01/07/00 | 32 | Resigned | Fitchburg | COST ANALYST | 33,410.72 |
| 7 | Walsh, Robert L. | 01/06/60 | 42 | 11/12/96 | 01/21/00 | 40 | Resigned | Fitchburg | CUSTOMER SERVICE | 39,720.00 |
| 8 | Devilling III, Frank A. | 12/06/41 | 60 | 11/17/95 | 01/31/00 | 58 | terminated | Fitchburg | VP BUSINESS DEVELOP | 120,120.00 |
| 9 | Chase, John W | 01/31/49 | 53 | 11/17/97 | 02/17/00 | 51 | resigned | Fitchburg | CREDIT MANAGER | 63,440.00 |
| 10 | Souliere, Richard A. | 04/17/41 | 61 | 06/17/71 | 08/27/00 | 59 | Retired | Fitchburg | UNIT MANAGER | 63,162.00 |
| 11 | Carnivale, James J. | 05/27/44 | 57 | 10/17/90 | 09/30/00 | 56 | Retired | Fitchburg | HUMAN RESOURCES MGR. | 76,977.00 |
| 12 | Ilewicz, Robert L | 09/03/59 | 42 | 05/26/98 | 12/18/00 | 41 | terminated | Fitchburg | PRINCIPAL R&D ENGINEER | 69,628.00 |
| 13 | Harvey, Steven R. | 11/29/49 | 52 | 02/28/83 | 01/12/01 | 51 | Resigned | Fitchburg | SERIOR ACCOUNTANT | 59,760.96 |
| 14 | Owens, Ronald W | 11/30/44 | 57 | 03/31/98 | 03/31/01 | 56 | Retired | Fitchburg | SR. VUP OF MANUFACTURING OPER. | 151,400.04 |
| 15 | Byrom, Andrew M. | 06/22/71 | 30 | 07/29/96 | 04/06/01 | 29 | resigned | Fitchburg | TERRITORY MGR | 38,500.00 |
| 16 | Balcom, Wayne A. | 02/08/36 | 66 | 04/18/60 | 05/04/01 | 65 | Retirement | Fitchburg | UNIT MANAGER | 48,241.00 |
| 17 | Alberghini, Louis P. | 08/30/40 | 61 | 04/19/82 | 05/31/01 | 60 | RIF | Fitchburg | PROJECT ENG | 66,393.00 |
| 18 | Brown, Barry | 10/21/47 | 54 | 07/15/85 | 05/31/01 | 53 | RIF | Fitchburg | PRINCIPAL ENGINEER | 79,376.04 |
| 19 | Baker, William B. | 02/03/52 | 49 | 04/05/99 | 05/31/01 | 49 | RIF | Fitchburg | QUALITY ASSURANCE MANAGER | 66,144.00 |
| 20 | Schofield, Betty E | 07/11/54 | 47 | 11/05/84 | 06/01/01 | 46 | Resigned | Fitchburg | HR ASSIST & TRAINING COORD | 33,325.00 |
| 21 | Niemi, Steven R. | 07/29/69 | 32 | 01/25/93 | 06/25/01 | 31 | Resigned | Fitchburg | SUPERVISOR MANUFACTURING ENG | 77,112.00 |
| 22 | Edson Jr., Raymond F. | 02/26/43 | 59 | 03/20/89 | 06/30/01 | 58 | Retired | Fitchburg | DIRECTOR OF ENGINEERING | 96,255.00 |
| 23 | Darling, Todd R | 03/30/62 | 40 | 05/19/97 | 07/23/01 | 39 | RIF | Fitchburg | UNIT MANAGER | 45,211.00 |
| 24 | Whitcomb, Ralph E. | 12/06/50 | 51 | 12/10/79 | 08/10/01 | 50 | terminated | Fitchburg | MANAGER CORPORATE ACCOUNTIN | 75,348.00 |
| 25 | Martin, Jeffrey R. | 07/31/45 | 56 | 06/29/01 | 08/10/01 | 56 | Resigned | Fitchburg | PLANT CONTROLLER | 84,000.00 |
| 26 | Gruytch, Stephen R. | 09/06/37 | 64 | 08/09/66 | 08/31/01 | 63 | RIF | Fitchburg | SR ACCT MGR | 63,996.00 |
| 27 | Jordan, John W. | 07/30/47 | 54 | 01/07/85 | 08/31/01 | 54 | Retired | Fitchburg | FITCHBURG PLANT MANAGER | 97,759.92 |
| 28 | Rodriguez, Jesus | 02/25/56 | 46 | 11/30/99 | 08/31/01 | 45 | RIF | Fitchburg | INSIDE SALES | 33,325.00 |
| 29 | Manktelow, David W. | 06/05/44 | 57 | 12/08/69 | 09/14/01 | 57 | RIF | Fitchburg | MATERIAL COORD | 41,161.42 |
| 30 | Carnivale, Jeffrey J. | 03/03/71 | 31 | 02/14/94 | 09/14/01 | 30 | RIF | Fitchburg | PROD MGR | 51,500.00 |
| 31 | George, Ross B | 11/29/32 | 69 | 10/20/80 | 09/15/01 | 68 | Retired | Fitchburg | President | 108,333.16 |
| 32 | Breen, Marcia F. | 09/14/51 | 50 | 09/19/88 | 09/21/01 | 50 | RIF | Fitchburg | COST ANALYST | 30,030.00 |
| 33 | Kozloski, Robert J. | 10/17/39 | 62 | 08/26/64 | 11/02/01 | 62 | RIF | Fitchburg | MGR SYSTERMS & PROG INFOR SER | 41,643.16 |
| 34 | Zirpolo, Joanne | 04/12/54 | 48 | 12/27/88 | 11/02/01 | 47 | RIF | Fitchburg | SWITCHBOARD/RECEPTION | 23,982.14 |
| 35 | Schutt, Jeffrey A. | 05/07/56 | 46 | 05/22/79 | 11/30/01 | 45 | RIF | Fitchburg | MGR LEAN MFG | 71,999.98 |
| 36 | Meattey, Stephen M. | 06/24/54 | 47 | 04/09/86 | 11/30/01 | 47 | RIF | Fitchburg | UNIT MANAGER | 43,724.98 |
| 37 | Bennett, Walter H. | 11/08/47 | 54 | 07/23/01 | 11/30/01 | 54 | RIF | Fitchburg | PRODUCTION SUP | 58,000.00 |
| 38 | Bastien, Richard | 09/01/52 | 49 | 03/27/72 | 12/07/01 | 49 | RIF | Fitchburg | PAYROLL COORD | 39,243.10 |
| 39 | Kamerkar, Udayan S. | 12/24/46 | 55 | 08/01/01 | 01/18/02 | 55 | Resigned | Fitchburg | SR FINANCIAL ANALYST | 57,000.06 |

Simonds Industry
Fitchburg Employees

| # | Name | Date1 | Age | Date2 | Date3 | Status | Location | Title | Salary |
|---|---|---|---|---|---|---|---|---|---|
| 40 | Day, Charles R. | 03/14/59 | 43 | 10/05/92 | 03/01/02 | 42 | resigned | Fitchburg MARKETING MANAGER OF FILES | 75,012.08 |
| 41 | Boyden, Jeffrey T. | 01/12/58 | 44 | 02/08/88 | 05/17/02 | 44 | resigned | Fitchburg STAFF ACCOUNTANT | 44,006.04 |
| 42 | Fletcher, Walter L. | 11/15/38 | 63 | 06/18/56 | | | | Fitchburg METHOD ENGINEER | 50,556.00 |
| 43 | Mansfield, Cary W. | 06/03/40 | 61 | 05/25/59 | | | | Fitchburg UNIT MANAGER | 60,639.02 |
| 44 | Richard, Roland R. | 01/08/42 | 60 | 05/31/61 | | | | Fitchburg UNIT MANAGER | 145,999.36 |
| 45 | Evancic, Ernest A. | 01/12/37 | 65 | 08/21/61 | | | | Fitchburg VP MKT S | 46,764.64 |
| 46 | Stewart, Dennis I. | 01/03/43 | 59 | 10/22/62 | | | | Fitchburg CHIEF METALLURGIST | 57,972.98 |
| 47 | Mundie, Robert R. | 10/08/44 | 57 | 11/17/64 | | | | Fitchburg UNIT MANAGER | 50,718.98 |
| 48 | Marien, Robert L. | 12/27/42 | 59 | 06/01/65 | | | | Fitchburg MASTER SCHEDULER | 49,683.92 |
| 49 | Bourgeois, David J. | 09/14/47 | 54 | 05/25/67 | | | | Fitchburg UNIT MANAGER | 49,959.00 |
| 50 | Richards, Ronald | 10/25/48 | 53 | 03/03/69 | | | | Fitchburg DIRECTOR OF CUSTOMER SATISFAC | 103,000.04 |
| 51 | Thomas, Paul R. | 10/28/48 | 53 | 08/12/69 | | | | Fitchburg UNIT MANAGER | 51,205.96 |
| 52 | Decosta, Kathleen A. | 02/14/48 | 54 | 08/28/69 | | | | Fitchburg GENERAL FOREMAN RULE | 36,800.92 |
| 53 | Jalbert, John T. | 12/12/46 | 55 | 05/11/70 | | | | Fitchburg INSIDE SALES REP | 65,583.18 |
| 54 | Rogers, Harry H. | 04/12/41 | 61 | 03/22/71 | | | | Fitchburg MANAGER PRICING ADMINISTRATION | 100,000.00 |
| 55 | Burdick, Robert A. | 03/30/46 | 56 | 08/23/71 | | | | Fitchburg VP INTERNATIONAL | 73,070.14 |
| 56 | Howe, Rachel A. | 10/10/52 | 49 | 12/16/71 | | | | Fitchburg TECH SUPPORT SPEC | 41,246.14 |
| 57 | Richard, Joan A. | 07/19/44 | 57 | 05/01/72 | | | | Fitchburg SR COST ACCOUNTANT COORDINAT | 37,557.00 |
| 58 | Peabody, Paula A. | 06/21/52 | 49 | 06/19/72 | | | | Fitchburg INSIDE SALES REP | 36,132.98 |
| 59 | Myer, Kenneth R. | 03/08/50 | 52 | 09/18/72 | | | | Fitchburg BENEFITS COORDINATOR | 116,549.94 |
| 60 | Long, Sandra L. | 07/18/47 | 54 | 12/04/72 | | | | Fitchburg VP PROCUREMENT | 53,152.06 |
| 61 | Kifer, John C. | 07/07/53 | 48 | 05/21/73 | | | | Fitchburg SR. ACCOUNT MANAGER | 106,808.00 |
| 62 | Deedrick, Robert W. | 12/04/42 | 59 | 06/11/73 | | | | Fitchburg DIRECTOR OPERATION FINANCE | 66,273.74 |
| 63 | Bourque, James J. | 09/23/51 | 50 | 06/25/73 | | | | Fitchburg | 115,000.08 |
| 64 | Mundie, Norma J. | 02/16/54 | 48 | 07/16/73 | | | | Fitchburg DIRECTOR FITCH/NEWC. PLANT | 35,921.08 |
| 65 | Hagelberg, Donald O. | 07/17/47 | 54 | 11/26/73 | | | | Fitchburg CUSTOMER ASSURANCE EXP | 60,498.88 |
| 66 | Lashua, Edward V. | 06/18/45 | 56 | 12/17/73 | | | | Fitchburg UNIT MANAGER | 51,500.02 |
| 67 | Vaine, Richard M. | 10/06/55 | 46 | 06/10/74 | | | | Fitchburg TRAINING ADMINISTRATOR | 60,900.06 |
| 68 | Cairns, Judith | 06/21/38 | 63 | 06/25/74 | | | | Fitchburg SUPR. DATA PROC OPER | 29,371.16 |
| 69 | Bent, Nancy J. | 08/20/37 | 64 | 10/18/76 | | | | Fitchburg TAPE LIBRARIAN | 58,263.14 |
| 70 | Frenette, Richard J. | 05/27/55 | 46 | 06/05/78 | | | | Fitchburg EXECUTIVE ADMINISTRATIVE ASSIST | 68,027.44 |
| 71 | Marrella, Sandra M. | 05/27/41 | 60 | 02/20/79 | | | | Fitchburg MGR. INTERNATIONAL SALES OFFICE | 29,500.12 |
| 72 | Logan, William S. | 05/17/58 | 44 | 08/20/79 | | | | Fitchburg DATA CONTROL/DATA ENTRY | 46,685.08 |
| 73 | Goodchild, Loretta A. | 02/06/42 | 60 | 11/05/79 | | | | Fitchburg ASSOC METALLURGICAL ENGINEER | 35,661.60 |
| 74 | Economo, Barbara A. | 10/08/45 | 56 | 08/11/80 | | | | Fitchburg INSIDE SALES REP | 37,765.00 |
| 75 | Heraty, Bridget | 11/30/50 | 51 | 04/13/81 | | | | Fitchburg INSIDE SALES REP | 83,838.04 |
| 76 | Chi, Ronald S. Y. | 12/31/47 | 54 | 02/22/82 | | | | Fitchburg VP SALES N.A. | 76,992.24 |
| 77 | Phelps, Jane L. | 02/08/47 | 55 | 08/30/82 | | | | Fitchburg MARKETING MANAGER METAL | 13,592.80 |
| 78 | Durrin, Lynda A. | 05/15/50 | 52 | 03/24/83 | | | | Fitchburg PT ACCTG. CLERK | 27,867.06 |
| 79 | Thibodeau, Ilda M. | 03/16/51 | 51 | 05/02/83 | | | | Fitchburg AR CORRESPONDENT | 78,832.00 |
| | | | | | | | | Fitchburg DIRECTOR HUMAN RESOURCES | |

Simonds Industry
Fitchburg Employees

| # | Name | DOB | Age | Hire Date | Location | Title | Salary |
|---|---|---|---|---|---|---|---|
| 80 | Letourneau, Renee | 05/06/62 | 40 | 05/09/83 | Fitchburg | EXECUTIVE SECRETARY | 24,128.00 |
| 81 | Bray, Margaret | 10/22/51 | 50 | 03/26/84 | Fitchburg | SR COMP. & BENEFITS COORDINATO | 37,672.96 |
| 82 | Cochran, Phillip A. | 12/29/62 | 39 | 10/30/84 | Fitchburg | SR FINANCIAL ANALYST | 53,044.16 |
| 83 | Lanides, Victoria | 07/21/43 | 58 | 09/25/85 | Fitchburg | SAFETY & HEALTH COORD | 33,758.40 |
| 84 | Bateman Jr., William G. | 04/23/52 | 50 | 03/02/87 | Fitchburg | SR MFG FINANCIAL ANALYST | 54,836.08 |
| 85 | Purinton, David J. | 08/28/61 | 40 | 08/03/87 | Fitchburg | MARKETING MGR. WOOD PRODUCTS | 85,995.00 |
| 86 | Rocca, Norma | 11/16/52 | 49 | 12/01/87 | Fitchburg | INTERNATIONAL INSIDE SALES | 36,228.14 |
| 87 | Mattson Jr., Donald E. | 11/25/51 | 50 | 01/11/88 | Fitchburg | SR PROG ANALYST | 56,727.06 |
| 88 | Page, Jan L. | 08/29/50 | 51 | 02/29/88 | Fitchburg | STEEL PROC./PUCHASE SPEC | 56,795.96 |
| 89 | Mallet, Charles E. | 05/24/58 | 43 | 09/26/88 | Fitchburg | POWER TOOL ACCESSORY PROD MG | 68,959.02 |
| 90 | Varville, Mary A | 05/11/50 | 52 | 10/24/88 | Fitchburg | MARKETING SECRETARY | 33,699.90 |
| 91 | Magnette, Barbara J. | 01/31/67 | 35 | 12/06/88 | Fitchburg | EXEC SEC | 36,961.60 |
| 92 | Boudreau, Kevin P. | 11/19/59 | 42 | 05/01/89 | Fitchburg | COMPUTER OPERATOR | 30,735.90 |
| 93 | Pfeiffer, Eric J. | 12/03/57 | 44 | 05/01/94 | Fitchburg | MARKET DEVELOPMENT MANAGER | 93,120.04 |
| 94 | Burns, Mary Kathleen | 11/05/50 | 51 | 07/05/94 | Fitchburg | CREDIT CORRESPONDENT | 30,567.16 |
| 95 | Hautanen, Elena B. | 09/30/52 | 49 | 02/27/95 | Fitchburg | INSIDE SALES REP | 31,296.20 |
| 96 | Palmer, James E. | 02/13/41 | 61 | 03/31/95 | Fitchburg | VP SALEA & MKTG. METAL PRODUCT | 146,000.14 |
| 97 | Bourgeois, David R. | 01/07/67 | 35 | 11/20/95 | Fitchburg | FITCHBURG PLANT CONTROLLER | 84,460.22 |
| 98 | Szocik, Thomas | 02/10/50 | 52 | 06/17/96 | Fitchburg | FACILITY MANAGER | 70,181.02 |
| 99 | Hopper, Peter B. | 12/15/50 | 51 | 07/29/96 | Fitchburg | VP PROD DEVELOPMENT & QUALITY | 108,555.98 |
| 100 | Hutchins, Sharon | 08/21/55 | 46 | 12/30/96 | Fitchburg | SR. PRO ANALYST | 60,765.12 |
| 101 | Nally, Theresa | 11/29/39 | 62 | 02/03/97 | Fitchburg | AR CORRESPONDENT | 24,727.04 |
| 102 | Roy, Raymond P | 07/10/61 | 40 | 02/10/97 | Fitchburg | CUST. SERVICE SPEC. | 41,184.00 |
| 103 | Jones, Alan D | 03/07/59 | 43 | 05/05/97 | Fitchburg | SR. SYSTEMS ANALYST | 69,000.10 |
| 104 | Carifaro, David P | 02/03/69 | 33 | 06/30/97 | Fitchburg | COMPUTER OPERATOR | 29,908.06 |
| 105 | Sierra, Carlos | 05/11/70 | 32 | 10/01/97 | Fitchburg | FINANCIAL MGR. RULE PRO | 47,380.06 |
| 106 | Edmands, S. Karl | 05/18/54 | 47 | 06/01/98 | Fitchburg | UNIT MANAGER | 46,846.80 |
| 107 | St.Amand, Brenda A. | 07/29/50 | 51 | 05/17/99 | Fitchburg | CONTROL CLERK | 30,963.14 |
| 108 | Martino, Raymond J | 08/27/54 | 47 | 09/15/99 | Fitchburg | President & Ceof | 389,549.94 |
| 109 | Holm Jr, Harold E. | 01/26/56 | 46 | 02/01/00 | Fitchburg | VP MANUFACTURING | 165,000.16 |
| 110 | Reeves, Jennifer L. | 04/18/78 | 24 | 02/22/00 | Fitchburg | AP CLERK | 23,986.04 |
| 111 | Turano, Matthew | 06/09/63 | 38 | 03/06/00 | Fitchburg | INSIDE SALES REP | 34,608.08 |
| 112 | Hytinen, Eric | 12/21/68 | 33 | 03/22/00 | Fitchburg | CREDIT MANAGER | 56,800.12 |
| 113 | Botticello, Henry J | 04/05/56 | 46 | 04/01/00 | Fitchburg | CHIEF FINANCIAL OFFICER | 192,000.12 |
| 114 | Caselli, Susan T | 11/08/55 | 46 | 05/01/00 | Fitchburg | V.P. INFORMATION TECH AND CIO | 138,000.20 |
| 115 | Benoit, Paul R. | 11/14/50 | 51 | 05/08/00 | Fitchburg | VP SUPPLY CHAIN MANAGEMENT | 135,000.06 |
| 116 | Dexter, Jeremy | 09/23/77 | 24 | 07/17/00 | Fitchburg | PROCESS METALLURGIST MFG. ENG | 54,912.00 |
| 117 | Brault, Richard A. | 09/02/52 | 49 | 08/14/00 | Fitchburg | ENGINEERING MGR FITCHBURG PLA | 75,899.98 |
| 118 | Morrison, Douglas | 08/03/60 | 41 | 07/01/01 | Fitchburg | PROJECT MGR | 81,900.00 |
| 119 | Dupuery, Peter A. | 02/23/78 | 24 | 07/23/01 | Fitchburg | PRODUCT ENGINEER | 49,920.00 |

Pag   of 4

**Simonds Industry**
Fitchburg Employees

| | | | | | | |
|---|---|---|---|---|---|---|
| 120 | Santoro, Salvatore | 08/29/46 | 55 | 08/06/01 | Fitchburg | QUALITY MANAGER | 74,900.02 |
| 121 | Boissoneau, Donald M. | 11/22/60 | 41 | 08/13/01 | Fitchburg | CORPORATE CONTROLLER | 98,800.00 |
| 122 | Reeves, Mark A. | 12/25/62 | 39 | 08/28/01 | Fitchburg | PROD & INVENTORY CONTROL | 66,999.92 |

Page   of 4

## Active Employees (Fitchburg Plant) as of December 2002

 20s = 3

 30s = 8

 40s = 25

50s = 34

 60s = 11