# EXHIBIT 5

{}

1
2                          Volume 1
3                        Pages 1 - 160

4              COMMONWEALTH OF MASSACHUSETTS
             COMMISSION AGAINST DISCRIMINATION

5

LOUIS P. ALBERGHINI,              )
6              Complainant        )
                                  )
7        vs.                      )
                                  )
8     SIMONDS INDUSTRIES, INC.,   )
             Respondent           )
9

10

11        DEPOSITION OF LOUIS P. ALBERGHINI, taken at the
12    request of the Respondent, pursuant to the applicable
13    provisions of the Massachusetts Rules of Civil
14    Procedure, before Karen G. Farragher, RPR and Notary
15    Public in and for the Commonwealth of Massachusetts,
16    on October 23, 2002, commencing at 10:16 a.m., at the
17    offices of Bowditch & Dewey, 311 Main Street,
18    Worcester, Massachusetts.
19
20

21              ─────────────────────────
              FOR THE RECORD
22          COURT REPORTING SERVICES
              11 FISKE STREET
23        SHREWSBURY, MASSACHUSETTS 01545
24              (508) 845-1096

---

1    A P P E A R A N C E S :

2    FOR THE COMPLAINANT:

3    MARCIA ELLIOTT, ESQ.
     307 Central Street
4    Gardner, Massachusetts 01440

5

6    FOR THE RESPONDENT:

     BOWDITCH & DEWEY
7    311 Main Street
     Worcester, Massachusetts 01608
8        BY: JONATHAN SIGEL, ESQ.

9

10   ALSO PRESENT:  Ilda M. Thibodeau
                    David P. Witman
11
12
13
14
15
16
17
18
19
20
21
22
23
24

---

1                    I N D E X
2    DEPONENT:  LOUIS P. ALBERGHINI
3
4                                          PAGE
5    EXAMINATION BY MR. SIGEL                4
6
7
8
9
10               EXHIBITS
11   NUMBER                               PAGE
12    1  Resume.                            20
13    2  Resume.                            21
14    3  Complaint Intake Interview Form.   50
15    4  Charge of Discrimination.          61
16    5  Complainant's Rebuttal.            63
17    6  Document entitled Household       107
18       Manufacturing.
19    7  Document entitled Simonds Industries,  117
20       Inc., March 24, 1998.
21    8  Simonds Industries, Inc., Position Title  118
22       Process Metallurgist/Manufacturing Engineer.
23    9  Job Description Engineering Manager.   125
24   10  May 30, 2001 document.            147

---

1                P-R-O-C-E-E-D-I-N-G-S
2         MR. SIGEL:  Usual stipulation?
3         MS. ELLIOTT:  Usual stipulation. He will
4    read and sign.
5         MR. SIGEL:  Okay.
6         MS. ELLIOTT:  Thirty days, waive notary.
7         MR. SIGEL:  Great.  So waive objections
8    except as to form of the question at this point.
9         MS. ELLIOTT:  Yes.
10        MR. SIGEL:  The usual, all right.
11             LOUIS P. ALBERGHINI, SWORN
12   EXAMINATION BY MR. SIGEL:
13        Q.  Mr. Alberghini, my name is Jonathan Sigel.
14   I represent Simonds Industries in this case and I want
15   to ask you, first of all, if you have any health
16   condition or if you're taking any medications that
17   would impair your memory or ability to testify
18   truthfully at this deposition?
19        A.  No.
20        Q.  Mr. Alberghini, have you ever been deposed
21   before?
22        A.  No.
23        Q.  Just some grounds rules.  I'm going to ask
24   you some questions.  If there is anything that you

**69**

1  did all those things.
2      Q.   Were you told why he was in that position
3  and why you were not given that position?
4          MS. ELLIOTT:  Objection.  You can answer,
5  if you can.
6      A.   I didn't make any waves.  I had a job.  I
7  was back to work.  I enjoyed working at Simonds.  I
8  liked working there.  And I liked the job I was doing.
9  Project engineer was very interesting and it piqued
10  me.  That's why I didn't complain.  He took over my
11  jobs and, in fact, he was coming in and asking me
12  about the job that he was doing, the job that I was
13  doing before and that's how I knew.
14          Was I mad?  Yeah, a little bit.  It takes
15  a lot out of you when you get laid off, you know, then
16  I was elated when I came back, but I did know that
17  they didn't eliminate that position.  They just moved
18  all my job duties to him.
19      Q.   Okay, that's fine although it didn't
20  answer my question.  My question was:  Were you told
21  why he was doing that position and why you were not
22  offered that position of facilities manager?
23      A.   No.
24      Q.   Did you have or do you have now any belief

**70**

1  as to why he was selected for that and not you?
2          MS. ELLIOTT:  Do you know what he is
3  asking you?
4      A.   No.  Please ask it again, you know.  Go
5  ahead.
6          MR. SIGEL:  Repeat the question, please.
7          (The record was read by the reporter as
8  requested.)
9      A.   Because they made the statement that they
10  were eliminating my level and they were going to put
11  all my jobs or projects or whatever you call them,
12  under the plant manager but he couldn't handle -- the
13  plant manager couldn't handle all that work.  There is
14  no way that he could do all of that.  So they had to
15  give it to someone else to handle.
16          Why they didn't keep me and let him go?
17  Because he wasn't at that level.
18      Q.   At what level?
19      A.   At the level I was at.  When they say they
20  were going to take this level out and remove it, they
21  had to do that or there would be discrimination
22  charges against them, if there was age involved and
23  there was age involved and they knew that.
24      Q.   So do you believe their reason for

**71**

1  selecting Mr. Scozik was based on his age versus your
2  age, selecting him for that facilities manager
3  position?
4      A.   Yes.
5      Q.   What do you base that opinion on?
6      A.   Just the facts.
7      Q.   What facts?
8      A.   The fact he is younger than I was.  That
9  was my position before and I should have got it back.
10  I think they did -- if I remember correct, there was
11  something said that we didn't drop down in level.
12          In other words, I could not go back and
13  apply for a job that was below my level if you can --
14  you know, the level in the hierarchy or whatever you
15  want to call it, all right.  That was, if I remember
16  correct, that was one of the statements made.
17      Q.   Do you know how old Mr. Scozik is?
18      A.   No, I don't.
19      Q.   Do you know how many years younger than
20  you he is?
21      A.   No.
22      Q.   But you're sure he is younger than you?
23      A.   Yes.
24      Q.   Do you know if he is in his forties?

**72**

1      A.   I don't think so.  If you want me to guess
2  how old I believe he is, mid '50s maybe, early '50s.
3      Q.   Okay.  And you believe that the basis of
4  the company's decision to put him into that position
5  and not you was because he was younger than you?
6      A.   No, what I said was they had to eliminate
7  a level and when they said they were eliminating that
8  level, all those projects would be put under the plant
9  manager's job and there is no way the plant manager
10  could handle that job.  So they took all my projects
11  and gave them to Tom, instead of hiring me back and
12  into that position.
13      Q.   So is your answer no, you don't believe it
14  was based on age?
15          MS. ELLIOTT:  Objection.
16      A.   At that time, I didn't believe it at that
17  time, no.
18      Q.   Do you believe it now?
19      A.   No.
20      Q.   In January of 2000, the company underwent
21  a reduction in force; correct?
22      A.   Yes.
23      Q.   There were others laid off in January of
24  2000 besides you; is that right?

117

1   exhibit, which I think is number seven.
2           (Alberghini Deposition Exhibit No. 7
3   marked.)
4       Q.   Ask you if you could just, Mr. Alberghini,
5   review that document.  For identification purposes, it
6   says at the top, Simonds Industries, Inc. and position
7   title, metallurgical technician.  I'd like to ask if
8   you had a chance to review that?
9       A.   Uh-huh.
10      Q.   And I'd ask you if you believe you, at the
11  time you were laid off, qualified to perform the
12  duties of that position?
13      A.   Was I qualified?
14      Q.   Correct.
15      A.   As assistant to the metallurgist?  I
16  probably could have handled it.
17      Q.   So it's your testimony you could have
18  performed each of those functions?
19      A.   Yeah, I think I could.
20      Q.   Had you had any experience?
21      A.   No, but that doesn't seem like it's too
22  hard a thing to do.
23      Q.   Do you know what is required to be a
24  metallurgist as far as educational background?

118

1       A.   I imagine you can work at it.
2       Q.   I guess I mean formal education,
3   background, other than experience.  In other words, do
4   you have any knowledge as to what educational
5   qualifications are necessary to become a metallurgist?
6       A.   No.
7            MR. SIGEL:  Can we mark this as the next
8   document.
9            (Alberghini Deposition Exhibit No. 8
10  marked.)
11      Q.   Mr. Alberghini, do you know what the
12  duties of the metallurgist are or were at the time you
13  were at Simonds?
14      A.   I knew some of the things they did, I
15  think, if I can recollect.  They took samples, tested
16  them for their hardness.  Also, check the machines to
17  make sure that the temperatures were correct on the
18  machines.
19           They looked into the metal structure, to
20  see if temperatures were correct to say if the
21  temperature, you know, the construction of the metals
22  was okay for the product, something like that.
23  Probably many other duties.
24      Q.   Do you believe you were qualified to

119

1   perform that position?
2       A.   With training, probably not qualified at
3   that time, no.
4       Q.   Would you know how to develop and/or
5   refine thermal processing techniques?
6       A.   Would I know how to do that?
7       Q.   Correct.
8       A.   Well, I did have it in school.  I suppose
9   I could go back, look it up, but no.
10      Q.   I show you Exhibit No. 8 now, ask you to
11  review that.  Have you seen that document before?
12      A.   No.
13      Q.   Were you employed at the same time as
14  Mr. Dexter that he was pursuing a mechanical
15  engineering degree?
16      A.   Yes.
17      Q.   How did you become aware of that?
18      A.   Just general knowledge.
19      Q.   Did he tell you?
20      A.   I don't think so.  Well, you mean back
21  when he was working as a student?
22      Q.   Correct.
23      A.   I don't know if he told me or somebody
24  else told me.

120

1       Q.   Do you know one way or the other whether
2   he achieved that degree?  I should say a bachelor's
3   degree in mechanical engineering.
4       A.   I never saw his diploma, if that's what
5   you mean.
6       Q.   Do you know at the time also whether he
7   was pursuing with that mechanical engineering degree
8   he was pursuing, he was focused in material science?
9       A.   No.
10      Q.   Do you know what material science is?
11      A.   Are you going to explain it to me?
12      Q.   I'm not the one to ask.  So I guess that's
13  a no?
14      A.   No.  Well, I could guess at it.
15      Q.   Okay.  Well --
16           MS. ELLIOTT:  No, don't guess.
17      Q.   Don't guess.  I mean, I'm asking you if
18  you know.  Did Mr. Dexter, at the time that he was
19  there as a student, did he make any contributions to
20  your group?
21      A.   To my group?  What group?
22      Q.   Well, to the engineering group to your
23  knowledge?
24      A.   Did he make contributions?