# EXHIBIT A

<u>EXHIBIT A</u>

# APPENDIX 14

**Simonds Industries, Inc**
**Headcount Report**
**Location: Fitchburg & Sales**

FITCHBSALES

1:13 PM8/21/01

| | | Dec-00 | Jan-01 | Feb-01 | Mar-01 | Apr-01 | May-01 | Jun-01 | Jul-01 | Aug-00 | Sep-01 | Oct-01 | Nov-01 | Dec-01 | Jan-0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Direct Hourly | W 2 | | | | | | | | | | | | | | |
| Indirect Hourly | | 149 | 148 | 146 | 142 | 147 | 157 | 139 | 143 | | | | | | |
| Direct Hourly PT or Temps | W 4 & WC 1 | | | | | | | | | | | | | | |
| Indirect Hourly PT or Temps | | 55 | 53 | 51 | 49 | 49 | 41 | 41 | 42 | | | | | | |
| **Purchasing & Planning** | | | | | | | | | | | | | | | |
| 1 Page, Jan | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | | | | | | |
| 2 Mundie, Norma  28 | | | | | | | | | | | | | | | |
| 3 Mundie, Bob  31 | | | | | | | | | | | | | | | |
| 4 Markiewicz/DeMb  57 | | | | | | | | | | | | | | | |
| 5 Juslea, Raymond | | | | | | | | | | | | | | | |
| **Mfg. Engineering** | | | | | | | | | | | | | | | |
| 1 Logan, William  42 | | 7 | 7 | 7 | 6 | 8 | 4 | 4 | 5 | | | | | | |
| 2 Dexter, Jeremy  24 | | | | | | | | | | | | | | | |
| 3 Braun, Richard  49 | | | | | | | | | | | | | | | |
| 4 Evancik, Ernest  45 | | | | | | | | | | | | | | | |
| 5 Duperry, Peter  24 | sept | | | | | | | | | | | | | | |
| Salvatore Santoro N.H. Aug  55 | | | | | | | | | | | | | | | |
| Albaughlin; Collsbury  61 | | | | | | | | | | | | | | | |
| Fletcher/Meléa/Van John | | | | | | | | | | | | | | | |
| **R & D** | | | | | | | | | | | | | | | |
| **Plant Supervision** | R. Souliere | | | | | | | | | | | | | | |
| 1 Bourgeois, David R | | 11 | 12 | 13 | 13 | 13 | 12 | 12 | 12 | | | | | | |
| 2 Joyleet, John | | | | | | | | | | | | | | | |
| 3 Schutt, Jeffrey | | | | | | | | | | | | | | | |
| 4 Maßen, Robert | | | | | | | | | | | | | | | |
| 5 Bennett, Walter | | | | | | | | | | | | | | | |
| 6 Edmands, Karl | | | | | | | | | | | | | | | |
| 7 Hagelberg, Donald | | | | | | | | | | | | | | | |
| 8 Mansfield, Gary | | | | | | | | | | | | | | | |
| 9 Szocik, Tom | | | | | | | | | | | | | | | |
| 10 Thomas, Paul | | | | | | | | | | | | | | | |
| 11 Meatley, Stephen | | | | | | | | | | | | | | | |
| 12 Richards, Ronald | | | | | | | | | | | | | | | |
| Dalling Tood-eary Aug | | | | | | | | | | | | | | | |
| **LTD** | | | | | | | | | | | | | | | |
| 1 Stewart, Dennis | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | |
| **Fitchburg Plant Finance** | | | | | | | | | | | | | | | |
| 1 Martin, Jeffrey | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | |
| 2 Howe, Rachel | | | | | | 3 | 3 | 4 | 4 | | | | | | |
| 3 Breen, Marcia | | | | | | | | | | | | | | | |
| **Plant Shipping** | | | | | | | | | | | | | | | |
| **Fitchburg Plant HR** | | | | | | | | | | | | | | | |
| 1 Lanidas, Victoria | | | | | | 2 | 1 | 1 | 1 | | | | | | |
| 1 Bateman William | | | | | | | | | | | | | | | |

Keep                    Term

54  Barnett _____→ = Min 2 wks
70  Edmunds _____→ 3 yrs = 3 wks
54  Hagelberg _____■____
58  Marion _____■
61  Mansfield _____→ 42 yrs = 16 wks
47  Meatty _____→
53  Richards _____→
55  Schutt _____→ 22 yrs = 4 Months
58  Stewart _____→
53  Thomas _____→
51  Szocik _____→
    ‖
    2 - PTA, Rdo, Bits & Shanks  — Thomas & Richards

    3 - Metal Band          Marion Meatty Hagelberg

    1 - S/R                 Stewart

    1 - Maint               Szocik
    ___
    7

# EXHIBIT B

<u>EXHIBIT B</u>

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
### CENTRAL DIVISION

| | |
|---|---|
| | )     **CIVIL ACTION NO. 04-40092-FDS** |
| **LOUIS P. ALBERGHINI,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )     **Jonathan R. Sigel, BBO# 559850** |
| **v.** | )     **Kathryn E. Abare-O'Connell, BBO# 647594** |
| | ) |
| **SIMONDS INDUSTRIES INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### <u>AFFIDAVIT OF KATHRYN E. ABARE-O'CONNELL, ESQ.</u>

I, Kathryn E. Abare-O'Connell, do depose and swear as follows:

1.    I am an attorney at Bowditch & Dewey, LLP, which represents Defendant, Simonds Industries Inc.

2.    On November 7, 2002, Defendant produced documents in response to Complainant's First Request For Production Of Documents in the Massachusetts Commission Against Discrimination ("MCAD") action which preceded this litigation.

3.    Document Request No. 8 of Complainant's First Request For Production Of Documents in the MCAD matter requested the following:

> Any and all documents referring to, relating to or regarding any
> alleged RIF for five (5) years prior to Charging Party's termination
> to the present time, including but not limited to, notes, memos,
> procedures, policies.

4.    In response to Document Request No. 8, Defendant produced approximately two-hundred (200) pages.

5.    Among the documents produced by Defendant in response to Document Request No. 8 were the documents attached hereto as <u>Exhibit 1</u>.

6.      The documents attached as <u>Exhibit 1</u> were not produced as one document, but were instead separated by approximately one hundred thirty (130) pages.

Signed under the pains and penalties of perjury this 4th day of January, 2006.

*Kathryn Abare O'Connell*

Kathryn E. Abare-O'Connell (BBO# 647594)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA  01615-0156
Tel. No.:  (508) 926-3651
Fax No.:  (508) 929-3071

Date:  January 4, 2006

04-40092-FDS

2

# EXHIBIT 1

{}

EXHIBIT 1

|  |  | Keep | Rerun |
|---|---|---|---|
| 54 | Bennett | ────────────→ | = Min 2 wks |
| 44 / 34 | Edmonds | ────────────→ | 3 yrs = 3 wks |
| 54 | Hagelburg | ───→ |  |
| 58 | Marvin | ──→ |  |
| 61 | Mansfield | ────────────→ | 42 yrs = 16 wks |
| 47 | Meatty | ──→ |  |
| 53 | Richards | ──→ |  |
| 45 | Schutt | ────────────→ | 22 yrs = 4 Months |
| 58 | Stewart | ──→ |  |
| 53 | Thomas | ──→ |  |
| 51 | Szocik | ──→ |  |

11

2 - PTA, Role, Bits & Shanks  — Thomas & Richards

3 - Metal Bend        Marvin Meatty Hagelburg

1 - S/R                    Stewart

1 - Maint              Szocik

7

FITCHBSALES

1:13 PM 8/21/01

Page 1 of 4

**Simonds Industries, Inc**
**Headcount Report**
**Location: Fitchburg & Sales**

| | | Dec-00 | Jan-01 | Feb-01 | Mar-01 | Apr-01 | May-01 | Jun-01 | Jul-01 | Aug-00 | Sep-01 | Oct-01 | Nov-01 | Dec-01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Direct Hourly | WI 2 | 149 | 148 | 146 | 142 | 147 | 157 | 139 | 143 | | | | | |
| Indirect Hourly | WI & WC 1 | | | | | | | | | | | | | |
| Direct Hourly PT or Temps | WI & WC 1 | 55 | 53 | 51 | 49 | 49 | 41 | 41 | 42 | | | | | |
| Indirect Hourly PT or Temps | | | | | | | | | | | | | | |
| **Purchasing & Planning** | | | | | | | | | | | | | | |
| 1 Page, Jan | | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | | | | | |
| 2 Mundie, Norma | | | | | | | | | | | | | | |
| 3 Mundie, Bob | | | | | | | | | | | | | | |
| 4 Markejew, David | | | | | | | | | | | | | | |
| 5 Juaire, Raymond | | | | | | | | | | | | | | |
| **Mfg. Engineering** | | | | | | | | | | | | | | |
| 1 Logan, William | | 7 | 7 | 7 | 6 | 8 | 4 | 4 | 5 | | | | | |
| 2 Dexter, Jeremy | | | | | | | | | | | | | | |
| 3 Brault, Richard | | | | | | | | | | | | | | |
| 4 Evancic, Ernest | | | | | | | | | | | | | | |
| 5 Duprey, Peter | | | | | | | | | | | | | | |
| Salvatore Santoro N.H. Aug | | | | | | | | | | | | | | |
| **R & D** | sept | | | | | | | | | | | | | |
| Alberghini Lou/b-serv | | | | | | | | | | | | | | |
| Fletcher, Peter/sal cont. | | | | | | | | | | | | | | |
| **Plant Supervision** | | | | | | | | | | | | | | |
| 1 Bourgeois, David R | | 11 | 12 | 13 | 13 | 13 | 12 | 12 | 12 | | | | | |
| 2 Jordan, John | | | | | | | | | | | | | | |
| 3 Schutt, Jeffrey | | | | | | | | | | | | | | |
| 4 Marien, Robert | | | | | | | | | | | | | | |
| 5 Bennett, Walter | | | | | | | | | | | | | | |
| 6 Edmands, Karl | | | | | | | | | | | | | | |
| 7 Hagelberg, Donald | | | | | | | | | | | | | | |
| 8 Mansfield, Gary | | | | | | | | | | | | | | |
| 9 Szocik, Tom | | | | | | | | | | | | | | |
| 10 Thomas, Paul | | | | | | | | | | | | | | |
| 11 Meatley, Stephen | | | | | | | | | | | | | | |
| 12 Richards, Ronald | | | | | | | | | | | | | | |
| Dehring, Todd -serv Aug | | | | | | | | | | | | | | |
| **LTD** R. Souliere | | | | | | | | | | | | | | |
| **Plant Shipping** | | | | | | | | | | | | | | |
| 1 Stewart, Dennis | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| **Fitchburg Plant Finance** | | | | | | | | | | | | | | |
| 1 Martin, Jeffrey | | | | | | | | | | | | | | |
| 2 Howe, Rachel | | | | | | 3 | 3 | 4 | 4 | | | | | |
| 3 Breen, Marcia | | | | | | | | | | | | | | |
| 4 Bateman William | | | | | | | | | | | | | | |
| **Fitchburg Plant HR** | | | | | | | | | | | | | | |
| 1 Lanides, Victoria | | | | | | 2 | 1 | 1 | 1 | | | | | |

FITCHBSALES

| Category | | Name | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Manufacturing | | | 228 | 226 | 223 | 216 | 228 | 224 | 207 | 213 | 0 | 0 | 0 | 0 |
| Distribution & Shipping | | | | | | | | | | | | | | |
| Research & Development | sept | | 4 | 4 | 4 | 4 | 2 | 1 | 1 | 1 | | | | |
| Customer Service | | 1 Hopper, Peter | | | | | | | | | | | | |
| | | Brown, Barry serv | | | | | | | | | | | | |
| | | 1 Decosta, Kathy | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | | | | |
| | | 2 Richards, Joan | | | | | | | | | | | | |
| | | 3 Goodchild, Loretta | | | | | | | | | | | | |
| | | 4 Economo, Barbara | | | | | | | | | | | | |
| | | 5 Letourneau, Renee | | | | | | | | | | | | |
| | | 6 Vanville, Mary | | | | | | | | | | | | |
| | | 7 Hautane, Elena | | | | | | | | | | | | |
| | | 8 Rodriguez, Jesus | | | | | | | | | | | | |
| | | 9 Turano, Matthew | | | | | | | | | | | | |
| | | 10 Gruytch, Stephen | | | | | | | | | | | | |
| | | 11 Long, Sandra | | | | | | | | | | | | |
| | | 12 Roy,Raymond | | | | | | | | | | | | |
| | | 13 Rocca, Norma | | | | | | | | | | | | |
| | | 14 Bourgeois, David J | | | | | | | | | | | | |
| | | 15 Jalbert, John | | | | | | | | | | | | |
| Metal | Rogers, H | 16 Frenette, Richard | | | | | | | | | | | | |
| | | agreement | | | | | | | | | | | | |
| | | 1 Palmer, James E. | 5 | 5 | 6 | 6 | 7 | 6 | 6 | 6 | | | | |
| Marketing/Technical | | 2 Epperson, Albert L. | 5 | 5 | 6 | 6 | | | | | | | | |
| | | 3 Chi, Ronald S. Y. | | | | | | | | | | | | |
| | | 4 Lashua, Edward | | | | | | | | | | | | |
| | | 5 Pfeiffer, Eric J. | | | | | | | | | | | | |
| | | 6 LeBlanc, Brian A. | 6 | 6 | 6 | 6 | | | | | | | | |
| Regional Manager | | 1 Emeott, Michael J. | | | | | | | | | | | | |
| | | 2 Koenig, Robert P. | | | | | | | | | | | | |
| | | 3 Mallet, Charles | | | | | | | | | | | | |
| | | 4 Day, Charles R. | | | | | | | | | | | | |
| | | 5 Coleman, Vincent | | | | | | | | | | | | |
| | | 6 Greenway, Douglas | | | | | | | | | | | | |
| Territory Manager | | 1 Burke, Norman P. | 20 | 20 | 23 | 21 | 19 | 19 | 18 | 16 | | | | |
| | | 2 Dillon, Kevin D. | | | | | | | | | | | | |
| | | 3 Rutan, Robert A. | | | | | | | | | | | | |
| | | 4 Slirton, James L. | | | | | | | | | | | | |
| | sept | 5 Leonard, John T. serv | | | | | | | | | | | | |
| | | 6 Rinn, Kevin T. | | | | | | | | | | | | |
| | | Whiten, Sean N.H. Aug | | | | | | | | | | | | |
| | | Zyvert, William W. sept | | | | | | | | | | | | |

1:13 PM/8/21/01

FITCHBSALES

1:13 PM8/21/01

| Category | | | # | Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wood | Marketing/Technical | Longley | | | | | | | | | |
| | | LTD | | | | | | | | | |
| | | | 7 | Fallon, David J. | | | | | | | |
| | | | 8 | Hopp, James L. | | | | | | | |
| | | | 9 | Fowler, Roger Wade | | | | | | | |
| | | | 10 | Sugrue, Joseph S | | | | | | | |
| | | | 11 | Dedman, Wade | | | | | | | |
| | | | 12 | Duenas, Ronald T. | | | | | | | |
| | | | 13 | Hafenbrack, Daniel J | | | | | | | |
| | | | 14 | Massari, Frank C. | | | | | | | |
| | | | 15 | Mathis, Michael L. | | | | | | | |
| | | | 16 | Starner, Anthony | | | | | | | |
| | | | 1 | Richard, Roland R. | 8 | 8 | 8 | 8 | 9 | 9 | 9 |
| | | | 2 | Eluskie, Raymond T | 8 | 8 | 8 | 8 | 9 | 9 | 9 |
| | | | 3 | Purinton, David J. | | | | | | | |
| | | | 4 | Born, David G. | | | | | | | |
| | | | 5 | Carnivale, Jeffrey J. | | | | | | | |
| | | | 6 | Howe, Robert F. | | | | | | | |
| | | | 7 | Bloomquist, John | | | | | | | |
| | | | 8 | Barratt, Russell s. | | | | | | | |
| | | | 9 | Cox, Jeffrey G. | | | | | | | |
| Regional Manager | | | 1 | Fralney, William | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| | | | 2 | Payne, Stephen H. | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Territory Manager | | | 1 | Bratcher, Robert E. | | | | | | | |
| | | | 2 | Steer, Lee E. | 15 | 15 | 14 | 14 | 14 | 14 | 14 |
| | | | 3 | Olmstead, Gregory | | | | | | | |
| | | | 4 | Arsenault, Edward G | | | | | | | |
| | | | 5 | Irvin Jr., Jordan W. | | | | | | | |
| | | | 6 | Sanville, Charles M. | | | | | | | |
| | | | 7 | Cleveland, Stephen M. | | | | | | | |
| | | | 8 | Thornton, Dexton W | | | | | | | |
| | | | 9 | Gardner, Albert M. | | | | | | | |
| | | | 10 | Drury, Jay C. | | | | | | | |
| | | | 11 | Jochimsen, Peter W. | | | | | | | |
| | | | 12 | Brown, Norman A. | | | | | | | |
| | | | 13 | Gibson, Bruce E. | | | | | | | |
| | | | 14 | Simon, Michael John | | | | | | | |
| Information Technology | | | 1 | Casell, Susan T | 13 | 13 | 13 | 13 | 12 | 12 | 13 14 |
| | | | 2 | Burdick, Robert A. | | | | | | | |
| | | | 3 | Jones, Alan D | | | | | | | |
| | | | 4 | St. Amand, Brenda | | | | | | | |

FITCHBSALES

1:13 PM/8/21/01

| Category | | Name | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Finance | | 5 | Vaine, Richard | | | | | | | | | | | |
| | | 6 | Cairns, Judith | | | | | | | | | | | |
| | | 7 | Marrella, Sandra | | | | | | | | | | | |
| | | 8 | Bourdera, Kevin | | | | | | | | | | | |
| | | 9 | Carlaro, David | | | | | | | | | | | |
| | | 10 | Kozloski, Robert | | | | | | | | | | | |
| | | 11 | Matson Jr. Donald | | | | | | | | | | | |
| | | 12 | Hutchins, Sharon | | | | | | | | | | | |
| | | 13 | Bausch, Rebekah (PT) | | | | | | | | | | | |
| | | 14 | Morrison, Douglas | | | | | | | | | | | |
| | | 1 | Botticello, Henry J | 14 | 13 | 13 | 12 | 9 | 10 | 10 | | | | |
| | | 2 | Whitcomb, Ralph | | | | | | | | | | | |
| | | 3 | Phelphs, Jane | | | | | | | | | | | |
| | | 4 | Reeves, Jennifer | | | | | | | | | | | |
| | | 5 | Cochran, Philip | | | | | | | | | | | |
| | | 6 | Boyden Jeffrey | | | | | | | | | | | |
| | | 7 | Hylinen, Eric | | | | | | | | | | | |
| | | 8 | Burns, Mary Kathleen | | | | | | | | | | | |
| | | 9 | Durrin,Lynda | | | | | | | | | | | |
| | | 10 | Nally, Theresa | | | | | | | | | | | |
| Human Resource | | | Kamerkar, Udayan N.H. Aug | | | | | | | | | | | |
| | | 1 | Thibodeau, Ilda M. | 6 | 6 | 6 | 6 | 4 | 4 | 4 | | | | |
| | | 2 | Bastien, Richard | | | | | | | | | | | |
| | | 3 | Peabody, Paula | | | | | | | | | | | |
| | | 4 | Bray, Margaret | | | | | | | | | | | |
| Administrative Other | | 1 | Martino, Raymond J | 6 | 6 | 6 | 6 | 5 | 5 | 5 | | | | |
| | | 2 | George, Ross B. | | | | | | | | | | | |
| | | 3 | Bent, Nancy | | | | | | | | | | | |
| | | 4 | Magnette, Barbara | | | | | | | | | | | |
| | | 5 | Zirpolo, Joanne | | | | | | | | | | | |
| Corporate Mfg. Burden | | 1 | Myer, Kenneth R. | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | | |
| | | 2 | Kiler, John C. | | | | | | | | | | | |
| | | 3 | Holme, Harold | | | | | | | | | | | |
| | | 4 | Benoit, Paul R. | | | | | | | | | | | |
| | Deedrick, Bob | | Agreement | | | | | | | | | | | |
| Total SG&A | | | | 119 | 118 | 121 | 118 | 109 | 108 | 108 | 107 | 0 | 0 | 0 |
| Total Active | | | | 347 | 344 | 344 | 334 | 337 | 332 | 315 | 320 | 0 | 0 | 0 |
| Total In-active | | | | 12 | 12 | 12 | 14 | 19 | 19 | 25 | 16 | 0 | 0 | 0 |
| Total Payroll | | | | 359 | 356 | 356 | 348 | 356 | 351 | 340 | 336 | 0 | 0 | 0 |