

**Bowditch & Dewey**
ATTORNEYS

Direct telephone: (508) 926-3651
Direct facsimile: (508) 929-3071
Email: kabareoconnell@bowditch.com

March 13, 2006

*VIA ELECTRONIC FILING*

Martin Castles, Clerk
U.S. District Court
595 Main Street – Room 502
Worcester, MA 01608

  Re: *Louis P. Alberghini v. Simonds Industries, Inc.*
    *Federal District Court, Civil Action No. 04-40092-FDS*

Dear Mr. Castles:

  We are in receipt of Attorney Flick's letter dated March 10, 2006, enclosing copies of the pages missing from the electronic docket. We have no objection to the supplementation of the electronic docket with these pages.

           Very truly yours,

           Kathryn Abare-O'Connell

KAO:ss

cc: John M. Flick, Esq.
   Jonathan R. Sigel, Esq.

{Client Files\EMP\193083\0105\COR\00672603.DOC;1}