# FLICK & ELLIOTT, P.C.

### ATTORNEYS AT LAW

JOHN M. FLICK

OF COUNSEL:
MARCIA L. ELLIOTT
JILL A. ROMER

302 CENTRAL STREET
GARDNER, MA 01440
(978) 632-7948
FAX: (978) 630-3703

WRITER'S E-MAIL:

March 10, 2006

**VIA FIRST CLASS MAIL**

Martin Castles, Clerk
U.S. District Court
595 Main Street, Room 502
Worcester, MA 01608

      Re:    Louis P. Alberghini v. Simonds Industries, Inc.
             <u>Federal District Court, Civil Action No. 04CV11024</u>

Dear Mr. Castles:

      Counsel met after yesterday's hearing to discuss the pages missing from electronic filing of Plaintiff's appendices. We determined what happened. The Plaintiff's appendices were mailed to the Court from Attorney Elliott in Florida and not electronically filed. Several of the deposition pages included in the hard copy were printed on both sides. The reverse side of the documents were not scanned into the electronic docket. For that reason, the appendices printed from the electronic docket were incomplete.

      I have enclosed copies of the pages missing from the electronic docket. Please verify that Judge Saylor's copy includes these pages in the respective appendices. Copies of these pages were given to Attorney Siegel at the hearing.

      Thank you for your attention to these matters. Please call me if you have any questions.

Very truly yours,

John M. Flick

Cc:    Jonathan Sigel



# ADDENDUM

# TO

# APPENDIX 9

1                              Volume I

2                           Pages 1 - 160

3
                        COMMONWEALTH OF MASSACHUSETTS
4                    COMMISSION AGAINST DISCRIMINATION

5
    LOUIS P. ALBERGHINI,                    )
6                       Complainant         )
                                            )
7       VS.                                 )
                                            )    **COPY**
8    SIMONDS INDUSTRIES, INC.,              )
                        Respondent          )
9

10

11        DEPOSITION OF LOUIS P. ALBERGHINI, taken at the

12    request of the Respondent, pursuant to the applicable

13    provisions of the Massachusetts Rules of Civil

14    Procedure, before Karen G. Farragher, RPR and Notary

15    Public in and for the Commonwealth of Massachusetts,

16    on October 23, 2002, commencing at 10:16 a.m., at the

17    offices of Bowditch & Dewey, 311 Main Street,

18    Worcester, Massachusetts.

19

20

21                    _____
                           FOR THE RECORD
22                    COURT REPORTING SERVICES
                          11 FISKE STREET
23               SHREWSBURY, MASSACHUSETTS   01545
                          (508) 845-1096
24

1    Q.    Was there a reduction in force in May of

2    2001?

3        A.    Yes.

4        Q.    Was there a reorganization in May of 2001?

5        A.    I don't know.

6        Q.    You received Lean Manufacturing training;

7    didn't you?

8        A.    Uh-huh.

9        Q.    You have to answer verbally.

10       A.    Yes.

11       Q.    If you look at the next page, top of the

12   next page, where it says:  Simonds also sent

13   Mr. Dexter for further training in Lean Manufacturing?

14       A.    Yes.

15       Q.    So it's your testimony that you received

16   Lean Manufacturing training but you didn't receive

17   further Lean Manufacturing training?

18       A.    Correct.

19       Q.    Do you know if at any time prior to that

20   Mr. Dexter had received any Lean Manufacturing

21   training?

22       A.    He received the same as I did, I believe.

23       Q.    At the same time?

24       A.    Uh-huh.

# ADDENDUM

# TO

# APPENDIX 15

1                                    Volume I
                                     Pages:  1-65
2                                    Exhibits:  None

3              COMMONWEALTH OF MASSACHUSETTS
               COMMISSION AGAINST DISCRIMINATION
4

5    LOUIS P. ALBERGHINI,

6              Complainant

7         vs.                    No.  01SEM10657

8    SIMONDS INDUSTRIES, INC.,

9              Respondent

10              *    *    *    *    *    *    *

11

12        DEPOSITION of PETER DUPERRY called as a
     witness by the Complainant, pursuant to the
13   applicable provisions of the Massachusetts Rules
     of Civil Procedure, before Susan E. Lepore,
14   Registered Professional Reporter and Notary
     Public in and for the Commonwealth of
15   Massachusetts, taken at the Elliott Law Office,
     307 Central Street, Gardner, Massachusetts, on
16   Friday, January 3, 2003, commencing at 2:15 p.m.

17

18              * * * * * * * * * * * * * * * * * * * *

19
                **FLYNN REPORTING ASSOCIATES**
20              **Professional Court Reporters**

21                   One Exchange Place
                Worcester, Massachusetts  01608
22               (508)755-1303  *  (617)536-2727
                 TOLL FREE:  (888)244-8858
23                   Fax  (508)752-4611

24              * * * * * * * * * * * * * * * * * * * *

1    Basic now, in order to create them.

2         Q.    And did you ever use the MS Visual

3    Basic so far during your employment at Simonds

4    Industries?

5         A.    Several times.  When we moved Line 13

6    in, three or four of the machines out there are

7    programmed using Microsoft Visual Basic tied

8    into the PLC units, Programmable Logic Circuits,

9    as well as the welders that Steve Niemi built on

10   the carbide line, those are all controlled with

11   Visual Basics.

12        Q.    Have you used CNC programming during

13   your employment at Simonds Industries?

14        A.    Very frequently.  I use it for both

15   the wire EDM and the Normac, as well as the IBM

16   machine.  I'd say 30 percent of my time at

17   Simonds is spent programming CNC.

18        Q.    Is the CNC programming, is that

19   something that is generic to mechanical

20   engineering, or is it used in other types of

21   engineering as well?

22        A.    As far as I know, it's only the

23   mechanical engineering.

24        Q.    Do you need to be a mechanical

1    engineer in order to do that?

2         A.    No, you don't.

3         Q.    Have you had the experience of -- or

4    if you're aware of, or know of, other engineers

5    who are also capable of doing CNC programming at

6    Simonds Industries, besides yourself?

7         A.    Jeremy Dexter does use it.

8         Q.    Anybody else?

9         A.    I believe Rick Brault knows a little,

10   to some degree, but he doesn't use it very

11   often.  Usually he calls on Jeremy or I to fill

12   in the gaps, where he can't figure it out.

13        Q.    You mentioned Steve Niemi.  Do you

14   know him?

15        A.    I've met him a few times, yes.

16        Q.    Okay.  Have you met him since you've

17   been employed at Simonds Industries?

18        A.    Yes.

19        Q.    Okay.  Was he employed there when you

20   first became employed?

21        A.    No, he wasn't.

22        Q.    He wasn't, okay.  But you say you met

23   him at Simonds Industries?

24        A.    Well, I've -- he works for Tri-cycle

1          A.     Well, I have attended some Lean

2     Manufacturing Kaizen events.

3          Q.     Okay.  And where was that at?

4          A.     That was inside.

5          Q.     Inside.  And when did that occur?

6          A.     That was a few weeks after I was

7     hired.

8          Q.     Besides the Lean Manufacturing events

9     that you mentioned, did you go to any other

10    training courses, in or outside the company,

11    relative to your position?

12         A.     Not that I recall, no.

13         Q.     Have you had any disciplinary action

14    of any type, while you were employed at Simonds?

15         A.     No.

16         Q.     I'm going to make some references to

17    your performance review, and if you could just,

18    first of all, I guess it's not -- it's unsigned,

19    so I just want you to verify that this is the

20    performance review.  Some of it is unsigned, so

21    I'd like you to take a look at it and make sure

22    that it is the performance review that you were

23    given.  The first page says "Manager

24    Assessment."  Could you just look that over and

1            A.    I recall doing one the first week I
2      was there.  I designed a -- an arm to put on the
3      Si-Namic machine.  They were having problems
4      while running the Si-Namic machine, with the
5      blade falling off during operation.  It was
6      causing, I believe, like a 50-percent scrap
7      rate.
8            I worked with the operator to
9      determine why the band was falling off, and
10     figured out that if I mounted an arm with
11     adjustable height and depth, that I could hold
12     the band in place better.  So I designed that
13     and had it built and mounted.
14           Q.    Okay.  And other than that project,
15     did you work on any other projects not listed?
16           A.    Yeah, but I don't remember them off
17     the top of my head.  There were several things
18     that I did at the same time.
19           Q.    And this Si-Namic machine that you
20     mentioned, did that have anything to do with the
21     carbide line, or was that something else?
22           A.    That was, I believe, the carbide as
23     well as weld edge.
24           Q.    Okay.  To your understanding, were

1   you assigned to any one specific product line

2   during your employment?

3       A.    I was assigned specifically to

4   carbide when I began, and then I also took on

5   Steel Rule, when that was moved to Fitchburg.

6   But our duties often overlap.  I help Jeremy

7   when he needs it and Rick when he needs it.

8   Those lines are kind of blurred, frequently.

9       Q.    Okay.  Is the "Created work

10  instructions for surface finish gauging in the

11  carbide area," is that anything different from

12  what you'd said in your own accomplishments?

13  Your supervisor mentions that, on the first

14  page.

15      A.    That's the Profilometer I had spoken

16  of.

17      Q.    Okay.  So it's the same thing we

18  talked about?

19      A.    Yes.

20      Q.    Okay.  And the prototype for triple-

21  chip products that your supervisor mentions on

22  the first page, is that the same thing that you

23  described in your accomplishments, in your own

24  Self-assessment?

```
 1        A.     No.
 2        Q.     What percentage, or part of the
 3   machines, have electrical components to them?
 4        A.     100 percent.
 5        Q.     Okay.  If something goes wrong with
 6   the electrical parts who is responsible, during
 7   your employment, that you know of, for handling
 8   the problems with the electrical components of
 9   these machines?
10        A.     Either our electrician, or an outside
11   vendor.
12        Q.     And on how many occasions have you
13   had an outside vendor in for that?  If you know.
14        A.     Very few.  Probably two to three.
15        Q.     Are you familiar with ISO 9,000?
16        A.     Yes.
17        Q.     Okay.  And what do you know about it?
18        A.     I've been trained as an internal
19   auditor.
20        Q.     And who trained you to do that?
21        A.     I went -- actually, I forgot about
22   that training, when you asked me before.  I
23   attended courses at -- or, a course a few months
24   ago, I don't even remember when it was, in order
```

1           A.      No, I did not.

2           Q.      Okay. Did you have discussions with

3    anybody else, relative to your testimony today?

4           A.      No.

5           Q.      Have you discussed with anyone Mr.

6    Alberghini, anyone at Simonds Industries?

7           A.      I've heard his name a few times, but

8    I never really -- if memory serves me correct,

9    Ernie said that he used to walk with them at

10   lunchtime. That's as much as I ever heard about

11   him.

12          Q.      Okay. I'm going to show you what,

13   apparently, is a job description for a products

14   engineer at Simonds Industries. Could you just

15   take a minute and look at that?

16               (Witness perusing document.)

17          Q.      Have you seen that job description

18   before?

19          A.      Yes, I saw this yesterday.

20          Q.      Okay. Is yesterday the first time

21   you saw this job description?

22          A.      Yes.

23          Q.      Did your supervisor, Mr. Brault, ever

24   give you a copy of this job description?

1         A.      No, he did not.

2         Q.      Okay.  How did you get your

3    instructions about what your job duties and

4    responsibilities were?

5         A.      Rick gave me a job to do, and I did

6    it.

7         Q.      Okay.  So did he relate that to you

8    verbally or --

9         A.      Yes.

10        Q.      Well, perhaps he gave you an

11   assignment in writing or something?

12        A.      Usually verbally.

13        Q.      Usually verbally, okay.  So you

14   haven't used this particularly, in knowing what

15   your job duties are?

16        A.      No, I have not.

17        Q.      I'd like to take a minute and go over

18   these responsibilities, so if you want to take a

19   minute and look at the document, go ahead.

20             (Witness perusing document.)

21        A.      This is pretty outdated.  A lot of

22   those responsibilities follow under the quality

23   manager now.

24        Q.      Okay.  So let's go through the

```
 1    we just went over, and you can look at them if
 2    you like, which would be the working closely,
 3    the advising, the working closely and the
 4    documenting, those duties and responsibilities,
 5    do they require mechanical engineering skills?
 6                 (Witness perusing document.)
 7         A.    I would say no.
 8         Q.    Okay.  The next --
 9         A.    Except for --
10         Q.    I'm sorry?
11         A.    With the exception of the
12    troubleshooting, on the one that regards
13    troubleshooting, because I have designed new
14    machinery and modified the existing machinery in
15    order to prevent further scrap.
16         Q.    And designing things is a mechanical
17    engineer function; correct?
18         A.    Yes.
19         Q.    Okay.  "Approve cost reduction
20    suggestions for assigned product line."  Have
21    you done that?
22         A.    "Cost reduction?"  Well, yes and no.
23    I don't know exactly what they mean by cost
24    reductions.  We've -- except for, you know,
```

```
 1          A.    Yes.
 2          Q.    You didn't have that when you were
 3     hired, right?
 4          A.    No, I did not.
 5          Q.    All right.  It notes, on page two of
 6     this, that the products engineer position does
 7     not require one to have a four-year degree; is
 8     that right?
 9                (Witness perusing document.)
10                MR. SIGEL:  Are you asking him what
11     this document says, or whether he knows
12     independently?
13                MS. ELLIOTT:  What the document says,
14     for right now.
15          A.    That's what the document says, yes.
16          Q.    And has anyone told you anything
17     different, relative to what the qualifications
18     are for the product engineer position?
19          A.    I've never really discussed what the
20     qualifications are with anyone.
21          Q.    Is upgrading blueprints for the
22     carbide line the same project you referred to as
23     the one that you knew that you had obtained
24     from -- that was previously done by Mr.
```

```
 1    Alberghini?  Is that the same thing?
 2         A.    Yeah.  We've changed the format
 3    drastically, but it's the same project, yes.
 4         Q.    How did you find out that there was a
 5    job available at Simonds Industries?
 6         A.    Jeremy called me while I was working
 7    for my father.
 8         Q.    And what did Jeremy tell you?
 9         A.    He told me that Steve Niemi had quit,
10    and that there was now a position opened that
11    they were looking to fill in the next few
12    months.
13         Q.    Is it your understanding that you
14    replaced Steve Niemi?
15         A.    Well, they didn't -- I was never told
16    that I replaced anyone specifically, but he told
17    me that the gap left by Steve was -- needed to
18    be replaced.
19         Q.    Did Jeremy tell you anything else?
20         A.    No.
21         Q.    And what did you do from there, after
22    you learned that the position was open?
23         A.    I e-mailed Jeremy a -- actually, I
24    e-mailed Ilda Thibodeau a resume, and that was
```

1    it.

2         Q.    Who interviewed you for the position?

3         A.    I interviewed with Rick Brault, Chip

4    Holm and David Bourgeois, Jr.

5         Q.    And what position did they tell you

6    you were interviewing for?

7         A.    Product engineer.

8         Q.    And were all four of those people in

9    agreement that it was a products engineer

10   position that you were applying for, or did

11   anyone deviate from that?

12        A.    Well, actually, I was never -- come

13   to recall, they never actually said "product

14   engineer" during the interviews.  That's what

15   Ilda Thibodeau told me the day that I was hired.

16            MS. ELLIOTT:  Okay.  I don't have any

17   further questions.

18            MR. SIGEL:  I just have a couple.

19                      EXAMINATION

20   BY MR. SIGEL:

21        Q.    Mr. Duperry, is it fair to say that

22   the drafting project you took over from Mr.

23   Alberghini did not require any kind of

24   mechanical engineering degree or expertise?

# ADDENDUM

# TO

# APPENDIX 17

Volume I
Pages:  1-80
Exhibits:  None

COMMONWEALTH OF MASSACHUSETTS
COMMISSION AGAINST DISCRIMINATION

LOUIS P. ALBERGHINI,

      Complainant

    vs.             No.  01SEM10657

SIMONDS INDUSTRIES, INC.,

      Respondent

    *    *    *    *    *    *    *

    DEPOSITION of JEREMY P. DEXTER called as a
witness by the Complainant, pursuant to the
applicable provisions of the Massachusetts Rules
of Civil Procedure, before Susan E. Lepore,
Registered Professional Reporter and Notary
Public in and for the Commonwealth of
Massachusetts, taken at the Elliott Law Office,
307 Central Street, Gardner, Massachusetts, on
Friday, January 3, 2003, commencing at 11:35
a.m.

           * * * * * * * * * * * * * * * * * * * *

**FLYNN REPORTING ASSOCIATES**
**Professional Court Reporters**

One Exchange Place
Worcester, Massachusetts  01608
(508)755-1303  *  (617)536-2727
TOLL FREE: (888)244-8858
Fax (508)752-4611

           * * * * * * * * * * * * * * * * * * * *

1          A.     Welded edge metal band.

2          Q.     And the "Normac programmer," what was

3     that project?

4          A.     It's not just a project, it's -- it's

5     throughout the whole year.   The Normac grinder

6     is what we used to -- it's one of the devices we

7     use to put the teeth in the band, and through

8     CNC controlling you control the diamond dresser

9     that will put the form into a silicon wheel,

10    which then pours it into the second band so you

11    can put the teeth into it.   So through the

12    computer, I can design the tooth form that's

13    going to be put into the band.

14         Q.     And did that project involve solely

15    computer work, or did it involve something else?

16         A.     It would involve me writing the

17    program on the computer, and then also working

18    with the operator and making sure the form was

19    correct.

20         Q.     When you say "working with the

21    operator," what would you do with the operator?

22         A.     I'd have him run it, I would bring it

23    to the comparative, I'd check to make sure that

24    it matched to the tooth form that I had

1          Q.     With regard to the projects you've

2     listed on your Self-assessment and the other one

3     we mentioned, the Red Streak line, which you

4     told me that the foreman worked on it with you,

5     did any other persons work with you on these

6     projects?  Would you like to look at the list?

7          A.     Sure.

8               (Witness perusing document.)

9          A.     On the Roll Bead unit, I did that.

10    Normac programmer, that was me.  Product

11    engineer, the product engineer was me.  You're

12    referring to the Red Streak improvements as

13    being the team effort.  That project engineer is

14    just me.  Laser programmer, just me, and turbo

15    tooth, this was a combination of me and

16    marketing.  In terms of engineering skill, me,

17    but they had to have some input into that.

18         Q.     Now, did you take over any projects,

19    at any point in 2001, that had previously been

20    worked on by Mr. Alberghini?

21         A.     Yes.

22         Q.     Okay.  And what were those projects?

23         A.     There was only one, and that was the

24    soft straightening project.

FLYNN REPORTING ASSOCIATES

1          Q.    And what type of a project was that?

2          A.    Lou was working on getting a new soft

3    straightening and roll burr cell put together.

4    We had two already, and he was making the third.

5          Q.    Okay.  And what would one do to make

6    that?

7          A.    Because this system had already been

8    made, it would require finding the drawings from

9    previous designs, contacting machine shops,

10   having a -- going through the quoting process,

11   writing up the EP, getting approval, and then

12   monitoring the build, and then having the system

13   put together when it came inside the shop.

14         Q.    Okay.  And putting the system

15   together when it came in the shop, would that be

16   something that would be done hands on or --

17         A.    No.

18         Q.    -- someone else would do it?

19         A.    As a supervisor, only.  The Union

20   would take care of putting it together.

21         Q.    Okay.  And did you do those things,

22   then, finish --

23         A.    Yes.

24         Q.    -- this project?  Were there any

1    other projects that you took over from Mr.

2    Alberghini?

3         A.   No.

4         Q.   Now, going back to the projects that

5    you put on your Self-assessment, and the

6    additional ones mentioned by your supervisor in

7    his assessment, what types of skills did those

8    projects require you to use?

9         A.   They'd require organizational,

10   drafting skills, machine design skills,

11   metallurgical skills, math and physics.

12        Q.   Okay.  And were those skills

13   mechanical engineering in nature, or some other

14   type of engineering?

15        A.   Mechanical.

16        Q.   100-percent mechanical, or did they

17   involve other aspects of engineering?

18        A.   I'm not sure if I can answer that.

19   It really depends on how you define mechanical

20   engineering.

21        Q.   Well, how do you define mechanical

22   engineering?

23        A.   Well, the reason why I said that was

24   I'm not sure if you're including any -- if

1              MR. SIGEL:  Objection.

2              MS. ELLIOTT:  On what basis?

3              MR. SIGEL:  "Computer engineering?"

4              MS. ELLIOTT:  Yes.

5        A.    Computer engineering, no.

6        Q.    No?

7        A.    No.

8        Q.    Okay.  The computer part that you did

9    would not be something that a computer engineer

10   would do, or could do?

11       A.    Can you rephrase that?

12       Q.    You mentioned some programming that

13   you did?

14       A.    Yes.

15       Q.    Okay.  Would that necessarily involve

16   having to have experience in -- as a computer

17   engineer, to do that?

18       A.    No.

19       Q.    The project that you acquired from

20   Mr. Alberghini, was that a mechanical

21   engineering project?

22       A.    It would be considered a

23   manufacturing engineering project, but because

24   of the fact that the parts were already designed

1    and it was just a matter of getting it rebuilt,

2    I don't know how you can really classify that as

3    engineering work.  It's more of a supervising

4    work.

5         Q.    Okay.  So in that particular

6    situation, that project was mostly supervisory?

7         A.    Yes.

8         Q.    Now, did you know about any projects

9    that Mr. Alberghini worked on?  Were you aware

10   of those when the two of you were working there

11   together at Simonds?

12        A.    The only project that I knew Lou was

13   working on was the sheets that he was doing up

14   for the carbide line, where he was finding out

15   what the product looked like in between each

16   operation, and I worked with him shortly on

17   that.

18        Q.    Okay.  Did you work together on any

19   other projects?

20        A.    No.

21        Q.    Now, on your second performance

22   review, I want to turn to the Goals sheet of it.

23   So I see these goals were -- is it your

24   understanding that these goals were to be

```
 1    while you were employed at Simonds?

 2         A.    Training in what?

 3         Q.    Anything at all.

 4         A.    I was trained as an ISO auditor.

 5         Q.    A what?

 6         A.    An ISO internal auditor.

 7         Q.    And was that an outside-of-the-

 8    company course that you attended, or was that

 9    something held in-house?

10         A.    It was outside.

11         Q.    It was outside.  Where did you go for

12    that?

13         A.    Marlboro.

14         Q.    Other than that training course, did

15    you have any other training courses in or

16    outside of Simonds?

17         A.    I was trained in Lean Manufacturing

18    Kaizen down at Wire Mold in Connecticut.

19         Q.    Okay.  When did you attend that

20    training?

21         A.    That would be in May of 2001.

22         Q.    And was that a one-time course, or

23    did you go again for additional courses in that?

24         A.    It was a one-week long course.
```

```
 1          Q.     Had you had any training in that lean
 2     manufacturing prior to May 2001?
 3          A.     Yes.
 4          Q.     Okay.  When was that?
 5          A.     I do not remember.
 6          Q.     After you were hired, though, right?
 7          A.     After I was hired, but before I went
 8     to Wire Mold.
 9          Q.     Okay.  Any other training courses
10     that you attended during your employment at
11     Simonds, up to today?
12          A.     I'm thinking.
13                 (Brief pause.)
14          A.     No.
15          Q.     Okay.  And back to number one, the
16     one that -- on the job description that says,
17     "Stays current with state of the art technology
18     applicable to manufacturing," is that something
19     that is generic to mechanical engineering?
20          A.     Can you rephrase that?
21          Q.     Is that something that is generic to
22     mechanical engineering, or is that something
23     that would be applicable to any engineering
24     process?
```

1          Q.    Once a month?

2          A.    Maybe.  It depends on the task at

3     hand.

4          Q.    Okay.  Other than those that we've

5     specifically talked about, I think you testified

6     earlier that they were all things that you did?

7          A.    Yes.

8          Q.    Okay.  I'm going to show you what

9     states that it's the "Process Metallurgist/

10    Manufacturing Engineer Job Description."  Is

11    that something that you've seen before?

12                (Witness perusing document.)

13         A.    Yes, I've seen this.

14         Q.    Okay.  And when did you see that?

15         A.    Yesterday.

16         Q.    Okay.  Did you ever see it before

17    yesterday?

18         A.    I don't remember.

19         Q.    Okay.  Did Mr. Niemi ever give you a

20    job description or --

21         A.    I don't --

22         Q.    -- Mr. Brault?

23         A.    I don't remember.

24         Q.    It's not something that stands out in

1    your mind, that they said:  Here's your job

2    duties?

3          A.    I don't remember.

4          Q.    How did you find out what your job

5    duties were?

6          A.    Verbally, from my superior.

7          Q.    Okay.  You don't recall, at any time,

8    whether they ever gave you any written document

9    like this to --

10         A.    I don't remember if they gave me a

11   document.

12         Q.    And if they did, you never referred

13   to it again, during your employment?

14               MR. SIGEL:  Objection.

15         A.    I don't remember.

16         Q.    Now, what, on this job description

17   for the manufacturing engineer process

18   metallurgist, what on that particular job

19   description involves mechanical engineering type

20   duties?

21               (Witness perusing document.)

22         A.    Well, number one, "Develop and refine

23   thermal processing techniques," along with

24   anything that's heat related, you also need to