UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| LOUIS P. ALBERGHINI,<br><br>Plaintiff,<br><br>v.<br><br>SIMONDS INDUSTRIES INC.,<br><br>Defendant. | CIVIL ACTION NO. 04-40092-FDS<br><br>Jonathan R. Sigel BBO# 559850<br>Marcia L. Elliott, BBO# 564291 |

## STIPULATION OF DISMISSAL OF DEFENDANT'S COUNTERCLAIM WITH PREJUDICE

The parties to the above-entitled action, pursuant to the provisions of Fed.R.Civ.P. 41(a)(1), hereby stipulate that Defendant Simonds Industries Inc.'s counterclaim be dismissed, with prejudice and without costs.

SIMONDS INDUSTRIES INC.

By its attorney,

_____
Jonathan R. Sigel, BBO# 559850
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

LOUIS P. ALBERGHINI

By his attorney,

_____
Marcia L. Elliott, BBO# 564291
John M. Flick, BBO# 652169
Elliott Law Office, P.C.
307 Central Street
Gardner, MA 01440
(978) 632-7948

Date: October 10, 2006