UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Louis Alberghini,**

    **Plaintiff,**

  V.

**Simonds Industries, Inc.,**

    **Defendants,**

CIVIL ACTION

NO. **04-40092-FDS**

## JUDGMENT

**Saylor, D. J.**

In accordance with the Court's Memorandum and Order dated  8/14/06  granting  defendant's  motion for summary judgment in the above-entitled action, it is hereby ORDERED:

  Judgment for the   Defendant

                By the Court,

  11/6/06            /s/ Martin Castles
   Date             Deputy Clerk